IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-390 |
| | : | |
| EDWIN PAWLOWSKI | : | |
| SCOTT ALLINSON | : | |
| JAMES HICKEY | : | |

## **ORDER**

AND NOW, this 30th day of November, 2017, upon consideration of Defendant James Hickey's Motion to Join in Co-Defendants Pawlowski and Allinson's Motions to Dismiss Indictment (Documents 28 and 31) and Defendant Allinson's Motion for Severance (Document 30), it is ORDERED the Motion (Document 41) is GRANTED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.