IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

vs. : CRIMINAL NO. 17-cr-390-01

EDWIN PAWLOWSKI :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 5th day of March, 2018, came the attorney for the Government and the defendant being present with counsel, and

[ ]  The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]  A jury has been waived, and the Court has found the defendant not guilty as to:

[ X ]  The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts Two, Three, Seven, Nine, Twenty Three, Twenty Four and Twenty Five.</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
Juan R. Sanchez, J.

cc:   U.S. Marshal
      Probation Office
      Counsel

3/5/18            /s/
Date              By Whom

Cr 1 (8/80)