# Character Letters

Edwin Pawlowski Character Letters for Sentencing

| Name | Occupation |
| --- | --- |
| ☐ 1. James F. Reilly, M.D. | Trauma Surgeon |
| ☐ 2. Bill Leiner | Lehigh County Commissioner at Large (2007) |
| ☐ 3. Al Ritter | Allentown Resident |
| ☐ 4. Amy C. Beck, LSW, MSW | Executive Director of LVCIL |
| ☐ 5. Andre Boyle | Former Resident of Allentown |
| ☐ 6. Ann Breidenbach | ESL (English Second Language) Teacher |
| ☐ 7. Anthony Piergiovanni, Jr. | Lehigh Valley Resident |
| ☐ 8. Anthony Telesha, D.C. | Chiropractic Physician |
| ☐ 9. Ayoub Jarrouj | President; Syrian Arab American Charity Association |
| ☐ 10. Bill Villa | Ad Agency Creative Director; Allentown resident |
| ☐ 11. Carlen Blackstone | Teacher; Former Allentown resident (1979 – 2010) |
| ☐ 12. Carlos G. Rodriguez, Esquire | Attorney; Allentown Resident. |
| ☐ 13. Carol M. Klinetob | Lehigh County Resident |
| ☐ 14. Carol Williams | Allentown Resident |
| ☐ 15. Cesar Perez | School Bus Driver |
| ☐ 16. Chad Licsko | Executive Chef Bethlehem Area School District |
| ☐ 17. David R. Noel | Dual Temp Company; Allentown Business Owner |
| ☐ 18. Deborah & Giles Baker | Registered Nurse at St. Luke's Bethlehem Hospital |
| ☐ 19. Debbie DeLong | Realtor in Lehigh Valley; Allentown Resident |
| ☐ 20. Denise Jennings | Allentown Resident |
| ☐ 21. Denise Simon | Allentown Resident |
| ☐ 22. Donald A. Ritter | Allentown Resident |
| ☐ 23. Donald and Barbara Svachula | Long-time Friends |
| ☐ 24. Eileen Fricke | Sister |
| ☐ 25. Elizabeth Perez | Allentown Resident |
| ☐ 26. Elizabeth Seton Silver | Certified Public Accountant; Friend. |
| ☐ 27. Eugenia Santos | Allentown Resident |
| ☐ 28. Frank Sciackitana | Lakeview Realty Investors, LLC; Nephew |

| Name | Occupation |
|------|-----------|
| ☐ 29. George A. Heitczman | Attorney; Lehigh Valley |
| ☐ 30. Gwyndolyn D. Parker | Former Allentown Resident |
| ☐ 31. Howard Romans, Jr. | Registered Nurse; Lehigh Valley Resident |
| ☐ 32. Hugo G. Garcia | Lehigh County Resident |
| ☐ 33. Ibn Rashad Quawee | Lehigh Valley Resident |
| ☐ 34. Imran H. James | Teacher at a Charter School in Allentown. |
| ☐ 35. James M. VanArtsdalen | Lehigh Valley Resident |
| ☐ 36. Jane and Elaine Csondor | Lehigh Valley Residents |
| ☐ 37. Jeannie Hosten | Retired Medical Records Technician |
| ☐ 38. Jennifer Crall, Ph.D. | Licensed Psychologist |
| ☐ 39. Jessica Lee Ortiz | Allentown Resident |
| ☐ 40. JoDee Cook | Medical Assistant |
| ☐ 41. Joemill Gonzalez | Allentown Resident |
| ☐ 42. John C. Moser | Business Development; Allentown Resident |
| ☐ 43. John Groblewski | Senior Pastor; New Covenant Christian Church |
| ☐ 44. Joseph Anthony Sciackitano | Nephew |
| ☐ 45. K. James Thompson | Teacher; Resident of Allentown |
| ☐ 46. Kevin Lott | Business Rep for Lehigh Valley Carpenters Union |
| ☐ 47. Kristen Molander | Cousin; Director of Publications |
| ☐ 48. Leonid Z Liss | Former Resident of Allentown & Neighbor |
| ☐ 49. Lina Cabrera | Allentown Resident |
| ☐ 50. Linda Frisby | Allentown Resident |
| ☐ 51. Linda Maniscalco & Family | Allentown Residents |
| ☐ 52. Linda Pacifico | Document & Data Tech. at Lehigh Career Institute |
| ☐ 53. Lisa Pawlowski, LSW | Wife |
| ☐ 54. Luis Vazquez | Allentown Resident & Business Owner |
| ☐ 55. Marc Telesha | Allentown Resident & Neighbor |
| ☐ 56. Margarita Cabera | Allentown Resident |
| ☐ 57. Maria M. Martinez | Life-long Allentown Resident |
| ☐ 58. Maria W.E. Tjeltviet | Rector of the Episcopal Church of the Mediator |
| ☐ 59. Mark K. Fatzinger | Lehigh Valley Resident |
| ☐ 60. Marleen Halsey | Retired Payroll Accountant |
| ☐ 61. Marly Rodriguez | Allentown Resident |

| Name | Occupation |
| --- | --- |
| ☐ 62. Matthew Berry | Former Associate Pastor; Lehigh Valley |
| ☐ 63. Michael McNally | Allentown Resident and Business owner |
| ☐ 64. Mike Huang | Local Business owner |
| ☐ 65. Nadine Ritter | Warehouse Manager; Lehigh Valley |
| ☐ 66. Nancy C. Long | Lehigh Valley Resident |
| ☐ 67. Nancy G. Moreno | Allentown Resident |
| ☐ 68. Neil Boyle | Allentown Resident |
| ☐ 69. Nicole Campanine | Life-long Allentown Resident |
| ☐ 70. Nicole Woolley | Allentown Resident |
| ☐ 71. Norma Vazquez | Business Owner & Allentown Resident |
| ☐ 72. Pastor Jean F. Masiko & Joel Masiko | Lehigh County Residents |
| ☐ 73. Patricia A. Kercher | Allentown Resident |
| ☐ 74. Patricia Groblewski | Allentown Resident |
| ☐ 75. Paul Fuhrman | Allentown Resident |
| ☐ 76. Paula Alessi | Allentown Resident; HOPE Community Church |
| ☐ 77. Peter & Jane Duda | Allentown Residents |
| ☐ 78. Pinky Stanseski | Student |
| ☐ 79. Quinn Allen | Allentown Resident |
| ☐ 80. Radwan Jarrouj | Friend; Allentown Resident |
| ☐ 81. Rev. Beth Goudy | Pastor of MCCLV; Lehigh Valley Resident |
| ☐ 82. Richard H. Myers | Allentown Resident |
| ☐ 83. Roberta K. Carter | Writer & Publisher; Allentown Resident |
| ☐ 84. Ron Hartwig | Exec. Director of N. America Indigenous Ministries |
| ☐ 85. Rosa Calderon | Allentown Resident |
| ☐ 86. Roxane Telesha | Licensed Therapist/ Counselor; Family Friend |
| ☐ 87. Salome Kingsley | Life-Long Allentown Resident |
| ☐ 88. Samuel Guadalupe, Jr. | Allentown Resident |
| ☐ 89. Santos Redondo | Olympus Corp of America; Allentown Resident |
| ☐ 90. Sharon E Smith | Allentown Resident for 35yrs |
| ☐ 91. Sharon Riu-Porter | Realtor; Lehigh Valley |
| ☐ 92. Shirley Huang | Business Owner in Allentown |
| ☐ 93. Sophia DeRise | Student; Family Friend |
| ☐ 94. Stace Clifton | Lifetime Allentown Resident |

| Name | Occupation |
| --- | --- |
| ☐95. Stephanie Eid | Retired; Allentown Resident |
| ☐96. Steven Frei, M.D. | Emergency Physician; Lehigh Valley Resident |
| ☐97. Steven Puff, CHMM | Reg. Manager for N. Atlantic Environmental Services |
| ☐98. Theresa Bobula | Teller Supervisor; Family Friend |
| ☐99. Thomas L. Lightner, Esquire | Attorney; Lehigh Valley Resident & Business owner |
| ☐100. Tracy Miller | School Nurse; Allentown Resident |
| ☐ 101. Travis P. Toth | Pastor of Church if Restoration in Allentown |
| ☐102. Tricia Mezzacappa | PA State Constable & Nurse; Lehigh Valley |
| ☐103. Wilfredo Nunez | Allentown Resident |
| ☐104. Yancarlos Sanchez | Allentown Resident |
| ☐105. Yubelca Perez Pena | Allentown Resident |
| ☐106. Alex Pawlowski | Son |
| ☐107. Rev. Dr. Washington Plaza + *73 Signatures of support* | Allenton Residents |
| ☐ 108. Kay Pickel | Former Pres of Neighborhood 7 Crime watch |
| ☐ 109. Kelsey Sheppard | Student; Family Friend |
| ☐110. Mercy Pawlowski | Daughter |
| ☐ 111. Michael J. Leahy | Property Owner in Allentown |

*CHARACTER LETTERS*

March 3, 2018

The Honorable Juan R. Sanchez
United States District Court Eastern
District of Pennsylvania
James A Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

RE: Ed Pawloski

Dear Judge Sanchez,

Please accept this letter as information to be used in consideration for issues related to sentencing of Allentown Mayor Ed Pawloski. My name is James F. Reilly, MD. I am a trauma surgeon, general surgeon and surgical critical care physician. I grew up in Allentow and have known Ed Pawloski since 1998.  I feel well qualified to discuss Ed's overall character, moral integrity and motivation. Also, please understand the intention of this letter is not to minimize or trivialize the seriousness or legal consequences implied by the conclusion reached at Ed Pawloski's trial. Because I was not privileged to see the evidence presented at trial, I have no opinion as to whether or not Ed Pawloski was guilty of the crimes he was accused of committing. However, I do trust our legal system reached a fair conclusion.

The purpose of this letter is to ask that you consider a few points that bear no relevance to culpability but may have some use in determining an appropriate sentence. Although public outrage directed towards acts of corruption and misuse of power are understandable and reasonable, overall judgment of Ed Pawloski becomes more accurate when personal history, life's work and a long term pattern of goal directed selfless behavior is used to determine his current intentions and future threat to society. In my opinion, a careful review of Ed's background will be helpful in assessing his overall character and commitment to helping others. I also believe this perspective will identify a man who has spent his entire adult life trying to improve the lives of individuals living in depressed economic circumstances.

Ed was never a politician but did see public office as a means to continue his good work at a more meaningful level. His recent behavior, in the context of deciding to seek higher office, resulted in a series of devastating mistakes made by an otherwise very well-intentioned person. I believe this point becomes clearer when Ed's background is considered.

I first met Ed when he was Director of the Alliance for Building Communities located on Hamilton Street in downtown Allentown. At that time, I was working on a gun violence research project for the University of Pennsylvania and served as the Director of the Medical Professionals as Advocates Program (MPAP) for the Lehigh

1

Valley. As part of this study, a board of community leaders was assembled with the purpose of interpreting local data, determining strategies to reduce gun violence and advocating within the community for implementation the strategies.

As the MPAP board was being assembled, which consisted of many prominent community leaders; including the Mayor of Allentown, our local State Senator and our local US Congressman, several board members suggested that Ed Pawloski would make an excellent addition to the group. Among criteria used for board membership were community commitment, ethically responsible behavior and a passion to help those involved in various aspects of gun violence. Ed Pawloski was well known for his passionate approach to providing affordable housing to underprivileged individuals living in urban areas. As expected, Ed became a prominent member of our board. His knowledge, passion, focus and commitment clearly exemplified the culture our study sought in board membership. The MPAP study was highly controversial and drew significant attention from both sides of the gun control isle. Therefore, it was essential to select board members with impeccable credentials. Ed Pawloski met every expectation in these regards.

Ed's performance on the board was notable and exceptional. After a short time, it became obvious that Ed was wholly dedicated to those being brought up in unfavorable circumstances. Ed understood the root causes of inner city gun violence and provided insight and leadership to our impressive list of board members. Because of these characteristics, Ed was asked to serve as the Chairman of our Housing Committee. The MPAP board developed several strategies which were eventually used by the City of Allentown to obtain "Weed and Seed" funding from the State of Pennsylvania. Ed had a profound impact as a "behind the scenes" individual responsible for the success of the program.

In my opinion, during the past 18+ years I have known Ed, all of his actions were principally driven by a passion to help the community. His specific focus was always on poverty and helping inner city families live in an environment that provided opportunities and incentives to improve their economic condition. This has always been Ed's focus; before, during and after his time with Alliance for Building Communities. Ed's background has been impressively consistent with this selfless goal.

At the time I met Ed, he did not have political aspirations. However, a careful study of Ed's career will identify a pattern of accepting increasing responsibilities as he acquired new skills, but always with a focus on improving the condition of those living in unfavorable circumstances. This was certainly true when he first ran for Mayor of Allentown and when he decided to seek the offices of Senator and Governor.

One of Ed's major deficiencies, as it related to recent career objectives, is that he is not a career politician. Ed was always an "up front" person and spoke firmly and

2

accurately, regardless of whether his message was well received. In my opinion, Ed did not have good political skills, and this is why he ultimately failed in that role.

***Regardless of his failures, two things are worth consideration. First, Ed has been very focused, consistent and successful at achieving his continuous lifelong goal of helping others. Ed has been an asset to every community he has worked for and Allentown has been no exception. Second, although some of his most recent political actions may have been focused on raising money, this was done to advance his ability to help others. The purpose of that money was not to advance Ed's personal finances. The role of Senator and Governor were simply titles Ed knew would allow him to achieve even higher levels of success with regards to helping others.***

***As such, it is my heart felt opinion that Ed Pawloski is not a threat to society in any sense of the word. Ed made mistakes, but not with the intention of bringing himself personal monetary benefit. Any perceived benefit was, in reality, an attempt to enhance his ability to do good for society. Therefore, I would suggest that sentencing for Ed Pawloski would serve a dual purpose; to punish him and deter others from engaging in similar behavior. I do not feel sentencing would prevent Ed from committing future crimes as he is not at risk to engage in similar behavior. I am sure Ed thoroughly understands the detrimental effects of his actions on society.***

As a trauma surgeon, I have spent my career helping those in unfortunate circumstances. As such, I would never recommend any action I felt would bring harm to another. I know Ed very well and would never speak on his behalf if I felt contrary to the remarks in this letter. ***In fact, I feel compelled to write these comments because, at some point, I know an excessive sentence for Ed would ultimate harm the community by depriving people of his true talents.***

Perhaps political office is not the best place for Ed to use his talents. ***However, very few people have the passion, focus and well intentions of Ed Pawloski. My hope is that Ed's recent behavior eventually becomes a way for him to learn and grow from his mistakes. In my opinion, thoughtful sentencing can serve as a strong motivation and incentive for Ed to continue using his talents to serve the community.***

I do not profess to understand the law, nor will I suggest anything other than to simply consider what I have offered in this letter. ***In summary, I believe there is a pattern of behavior in Ed's life that suggests he is a dedicated, compassionate, effective and focused individual whose life mission has been to improve the lives of people living in urban environments.*** His rather short exposure to politics has clearly result in a significant setback. ***My only hope is that Ed will someday be able to continue with his good work, which to date has always benefitted the community much more than it has provided him with any monetary reward.***

3

Thank you for considering these issues to whatever extent they may be relevant. I would be happy to provide any additional information upon request.

Sincerely,

James F. Reilly, MD, MBA, FACS

484-866-1629
jfreilly3070@aol.com

James F. Reilly, MD, MBA, FACS
3070 Fairfield Drive
Allentown, Pa 18103

4

*Character Letters Continue on the Next Page...*

The Honorable Juan R. Sanchez

Your honor I write this letter to hopefully shed additional light on Mr. Ed Pawlowski as a person. As you well know in life everyone makes mistakes. I want to convey what Mr. Pawlowski did for me, my youngest daughter, and family.

I met Ed when I was elected to the office of Lehigh County Commissioner At Large in 2007. At that time I found him to be dedicated to serving Allentown in the best way he could. As a former mayor we had a bond that developed into a working relationship. My view has always been that Ed is a decent, compassionate and caring person.

Having said this, about seven years ago my youngest daughter of my six children was swallowed up in addiction that ended in a profound heroin addiction. Needless to say, we experienced hell as I tried everything I could to help her defeat the monster that had gripped her.

About three years ago she had reached a low point that my efforts were only to work to keep her alive. She ended up in Allentown with a drug friend with her addiction out of control. I had a network of her friends in successful recovery trying to find where she was and working to contact her. At this point my whole family had given up. I was alone in my efforts. I persisted as I vowed to myself I would never abandon her no matter what. My greatest fear was finding her dead. Things were so bad I was making funeral arrangements and planning for her death. The situation was that bad.

After receiving a tip that she and her friend were in the four hundred block of Liberty Street in Allentown I went directly over there. I saw her sitting on the front porch of what was a drug house. I looked at her and said, "Get in the car. Please. You look awful. Let's get you help." It was heartbreaking to see, a truly beautiful kid, in that condition. They both ran away down an alley. I followed them but was not able to find them.

I went to the Allentown Police Department for help. The situation was relayed to a Sargent who blew off my request for help saying that there are many things they have to do. I returned to the drug house, entered it to see what was going on. It was a disgusting place. I stood outside for about 45 minutes with cars driving up to stop there, but driving away when they saw me with a cell phone pretending to be speaking with someone.

In a near state of despair I returned to the Allentown Police Department with my contact information and a color picture of my daughter. I told an officer that she is at very high risk for death and told him that if they find her dead tonight to please call me. He said they would go over to the house I identified later that day.

I left the police department in a state of grave concern because reports from her clean friends were that she was doing about 30 bags of heroin a day. Being a board certified psychiatric/mental health RN leader I knew the end was near if she was not found.

I then called Ed Pawlowski. As not a resident of Allentown he was under no obligation to

assist me. He called the police department telling them to get over to the drug house asap. Ed connected me with the Vice Squad leader. Ed remained in touch with me for updates from my view and spoke with me in a supportive manner. We were able to set up a sting and get her into jail, and treatment. In short, the goal was to keep her alive, and we succeeded. We succeeded in my mind because of the help of Mr. Ed Pawlowski.

Today, she is in recovery. She is working full time. Her fiance also in recovery is working full time. They also have a beautiful five month old baby boy.

You see your honor, I believe that without Mr. Pawlowski's assistance my daughter in all likelihood would have been found dead in the city of Allentown. I am a former candidate for the US House 7th District, a former mayor, former town council member and currently a director on the Whitehall-Coplay School District School Board. On March 1 we suspended our 7th district campaign to endorse a clear front runner. I say this to you because I was told by one of me campaign assistants from Washington DC early in my campaign effort in 2017 to stay away from Ed Pawlowski as a political operative. I relayed my story about Ed telling the political operative that only one person has the final say in my approach to Ed. It was me. I would not abandon him no matter what happens to him or if it would negatively affect my candidacy. His assistance to my daughter and me would not be forgotten.

What Ed Pawlowski did for me is far beyond politics. I can never abandon a person who had little reason to assist me in the circumstances I, we as a family, were in. I have shared this story with others that, guilty or innocent, in my mind, I have the baby of the family daughter back, and a beautiful grandson. Without Ed's help I am convinced I would not have a grandson because his mother would have died on the streets of Allentown.

Sincerely yours,

Bill Leiner
41 N 8th Street
Coplay, PA 18037
610 751-2745

*Character Letters Continue on the Next Page...*

The Honorable Juan R. Sanchez

I'm writing to request your leniency in the sentencing of Ed Pawlowski on wednesday June 27th. I ask and plead with you to give him the minimum sentence, just probation, and if prison is required I am requesting from you that you put him on house arrest. Also! please allow him to be free on bail while the appeals are taking place. Please! Don't punish his family. Ed is a very humble, kind, loving, and giving person. He has a servant's heart and has served the City of Allentown for 12 years. He did so much for Allentown. Ed has a very big heart and a great mind. He is and always will be a productive and model citizen. Prison does no one any good. If prison is for punishment and rehabiliation, he went through enough mentally the last few years, more than enough. As far as rehabiliation, I don't think he needs any and if he does then I'm very confident that it will be much more effective outside the prison. He is beloved in the City, some feel betrayed, most don't feel betrayed. I personally do not feel betrayed by him. I feel that I betrayed him by not thanking him a thousand times for the great Mayor that he was and all that he did for the people of the City of Allentown.

Thank You!
Sincerely

*Character Letters Continue on the Next Page...*

Mrs. Amy C. Beck, LSW, MSW
1042 Buckingham Drive
Allentown, PA 18103

March 21, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
Kames R. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Dear Judge Sánchez:

**RE: Ed Pawlowski**

Please accept this letter in reference to Mr. Ed Pawlowski. I have known Mr. Pawlowski for approximately 18 years as a colleague, leader, mentor and friend.

I first met Mr. Pawlowski when he approached me early in my tenure as Executive Director of LVCIL, a non-profit disability services organization in Allentown PA. At the time Mr. Pawlowski was the Executive Director for Alliance for Building Communities and he believed our two organizations might work together to provide home modifications for persons with disabilities and low income. The partnership proved to be a pivotal one for LVCIL and helped us grow and prepare to become a much greater resource for our consumers.

Since our first meeting, I have remained in awe as Mr. Pawlowski developed into a well-informed, visionary and compassionate leader. We have interacted countless times, and I have always had and still have the deepest respect and regard for him. His vision first in the City of Allentown's Department of Community & Economic Development and later as the Mayor of Allentown have truly transformed Allentown. Ten years ago, Allentown was a derelict shell of a city. People worked in the city, but fled the downtown at 5:00. Mr. Pawlowski rolled up his sleeves and put forth his vision for what would be the new Allentown. I still recall in early 2015 attending a PPL Center event for the first time. On a bitter February night, the streets of Allentown were packed with citizens flocking to the restaurants and other businesses. If not for the positive energy of Mr. Pawlowski and his vision, Allentown would still have the public fleeing after work.

Mr. Pawlowski has never been too busy to listen and advise me as I serve LVCIL. He has supported me and LVCIL's work, always showing the highest regard for people with disabilities. Many times he contacted me with a thought or idea to benefit the agency its consumers or staff.

Mr. Pawlowski is a family man, and I am friends with and supportive not only of Mr. Pawlowski but also his wife, Lisa, a fellow Social Worker. I have the highest opinion of his children and our community has watched as they have grown up.

Your honor, today I humbly ask for your leniency with Mr. Pawlowski. I personally implore you to allow him to be free on bail while his appeal is heard. I am very willing to speak to you in person to this point.

I would like to thank you for your kind attention to my letter, please feel free to contact me at 610-442-4873 or via email at amybeck@lvcil.org.

Very truly yours,

Amy C. Beck, MSW, LSW

*Character Letters Continue on the Next Page...*

To:

The Honorable Juan R. Sanchez

United States District Court Eastern District of Pennsylvania

James A. Byrne United States Courthouse, Room 11614

Philadelphia, Pennsylvania 19106-1797


From:

Andre Boyle

3244 E. Ford Road

Charlotte, NC, 28205


Honorable Sanchez,

I am writing you in regards to Mayor Ed Pawlowski, and how he has affected my family and my own personal life. **Mayor Ed Pawloski is a godsend to Allentown Pennsylvania.** Under Mayor Pawlowski's management, he has turned Allentown from a high crime slum, to a prosperous town with unlimited potential. I grew up in Allentown my entire life, and left many years ago due to the lack of opportunities and crime that has plagued my hometown. Because of Mayor Pawlowski's success in turning Allentown around, I am now considering moving back home, as there are numerous more opportunities to prosper in the city. My mother, who lives in Allentown, once feared driving through center city. Mayor Pawlowski has completely revamped this dangerous area into a successful market where businesses and consumers can conduct business without fear of life and safety. Honorable Sanchez, I cannot thank the Mayor enough for him cutting the crime down with his effective management of the city.

I am fully aware of the crimes the Mayor was accused of, and I truly feel that he did not commit these acts. He has shown and proved to our cities residents that he possesses unlimited capacity for being an ethical and sound civil servant. **Honorable Sanchez, I respectfully plead you to allow the Mayor to appeal his case while on bail, so that he can continue to be there for his wife, family and the people of Allentown.** We 100% stand by Mayor Ed Pawlowski.

Respectfully,

Andre Boyle

Former resident of Allentown (1989-2013)
702.503.5553
Andreboyle@outlook.com

*Character Letters Continue on the Next Page...*

March 5, 2018

The Honorable Juan R Sanchez
United States District Court Easer District of Pennsylvania
James A Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Re: Ed Pawlowski

My name is Ann Breidenbach and for 15 years I was an ESL (English as a Second Language) teacher at Raub Middle School in the Allentown School District in Allentown, PA.  I have known Ed Pawlowski since 2006 when he became mayor of Allentown.  At that time, he began several wonderful programs that directly benefitted the people of Allentown as well as those of us who work in the city.  I have known him to be loyal, hard working and extremely concerned for the citizens of his town.  Mayor Pawlowski is the hardest working person I know.  Before most of us are awake in the morning, he logs onto Facebook to greet people with happy birthday wishes, posts a good morning message and shares important information about street closures/school closings  as well as important news articles.  He spends his evenings visiting churches, businesses and schools in support of his community.  He also constantly takes time to help people on the Allentown Issues Facebook page attempting to connect people with resources to fight slum lords, deal with traffic issues, and promote safety.  He is always willing to listen to the concerns of his citizens as well as anyone who works or visits his community.

When Mr Pawlowski was elected, Allentown was a place that people were fleeing from instead of coming to live in.  In his years as mayor, he has decreased crime every year.  He has made it safe to walk down the streets again.  He helped the push to hire additional police officers for the benefit of the citizens and also put in a lot of security cameras all over the city to deter crime and protect the citizens.  He facilitated the clean-up and remodel of various parks so that the kids had a safe place to play and hang out after school.  He has supported the citizens by walking the streets, visiting their business and promoting them online, and most of all, living in their community and understanding their concerns.  He is loved and respected everywhere that he goes in Allentown.

I personally interacted with Mr. Pawlowski several times during the time that his children attended my school.  Mr. Pawlowski attended school functions and beamed with pride for not only his children, but for all of the children who were performing or receiving awards.  He always created a warm environment and made time to talk to everyone who wanted to meet him or share the good or the bad.  He participated in the good times and showed concern and tried to help in the bad times of the district.  As a teacher, you always knew the Mayor Pawlowski was on your side and the side of the students.

I have watched the judicial proceedings and while it is not my place to judge the outcome, I would like to ask you to allow Mr Pawlowski to be free on bail pending appeals so that he can continue to work for the people of Allentown.  I also ask that you take all of his good works into consideration when sentencing.  Mr Pawlowski has changed Allentown in so many ways for the better and the citizens of Allentown support him as seen through his recent reelection.   He works tirelessly for his people and his family.  I believe that he deserves to be free during the time he has to appeal the conviction.

I wholeheartedly support Mayor Pawlowski and would like to appeal to you for leniency and consideration when sentencing him.

Respectfully Yours,

Ann Breidenbach

*Character Letters Continue on the Next Page...*

March 5, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Dear Judge Sánchez,

I am writing on behalf of Ed Pawlowski. I have known Ed and his family for 16 years, before he was mayor or in any political office. Our families attend church together and for several years were members of the same Bible study group at our home.

The Pawlowskis are a good family who care about people, serve sacrificially, and get things done. They have never been about enriching themselves. They have also been loving and dedicated parents to their two children, Mercy and Alex, who have been model kids and very active in our church. Ed has been a drummer on one of our Sunday service worship teams for many years. He has also been a bridge to the minority community, the homeless, and to refugees, many of whom our church serves through our various ministries. Lisa was instrumental in the development of our church's Child Sexual Abuse Prevention program, researching best practices, writing policy, and training our staff and volunteers.

My entire family was very surprised and deeply saddened by the charges and subsequent conviction of Ed. That is not the man we know. But we understand that the jury has spoken and that you have a very big and difficult decision to make regarding appropriate sentencing.

I understand that sentencing needs to be about punishment, but I also hope that it is redemptive. Ed poses no danger to anyone. Additionally, he has skills and talents that are in great need in our communities, his core skill being urban planning and development. The evidence for this is the transformational work that he has done for Allentown. A city that was very close to bankruptcy when he took office is now thriving, and many lives have been positively impacted.

It is my request that, if at all possible, the sentencing be creative, incorporating a strong measure of the redemptive with the punitive. If, as part of his sentence, there is some way to provide the opportunity for Ed to serve some community or organization that desperately needs help, I believe it would be highly effective and beneficial to many. In addition to this approach to sentencing, I respectfully ask that Ed be allowed to remain free on bail while appeals are pending so that he may be there for his family, especially his teenage son Alex.

Thank you for your consideration of this request.

Sincerely,

Anthony Piergiovanni, Jr.
4497 Meadow Drive
Nazareth, PA 18064

*Character Letters Continue on the Next Page...*

**Anthony Telesha, D.C.**

24 Pratt St.                                        Voice: 203-482-9292

Southington, CT 06489                              FAX: 860-276-0801


The honorable Juan R. Sanchez

US District Court

Eastern District of Pennsylvania

James A. Byrne United States Court House

Room 11614

Philadelphia, Pennsylvania


Re: Mayor Edward Pawlowski

My name is Anthony Telesha, a practicing chiropractic physician in Connecticut.

My wife and I have know Mayor Pawlowski for about ten years since our son and daughter-in-law moved to Allentown, Pennsylvania. My son lives one block from the Mayor and his family.

We shared Christmas breakfasts at the Mayor's home with both families. My son, Marc has known him also for many years.

When our grandson was diagnosed with cancer in his leg, the Pawlowski family was very supportive and encouraging.

We know Mayor Pawlowski is a wonderful father and husband and a gentle and kind man. His integrity both personally and professionally is without question. In our interactions he showed how committed he is to his constituents and family.

I appeal to you to be lenient with sentencing and allow him to be free on bail while an appeal is made.

Thank you for your review of Mayors character and help if possible.

Respectfully yours,

*Anthony Telesha*

*Character Letters Continue on the Next Page...*



**Syrian Arab American Charity Association**
606 - 608 ½ N. 2nd Street, Allentown, PA 18102
Phone 610-432-8001, 610-432-8009, Fax 484-664-7115

March 26, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

RE: Ed Pawloski

Dear Judge Sanchez,

The Syrian Arab American Charity Association (SAACA) was created specifically to help Arabic-speaking immigrants adjust to American life as easily as possible. We provide services from job counseling to health screenings. We interpret for our 6000-member community in everything from banking matters to parent conferences to legal concerns.

Our organization has the privilege of knowing Ed Pawloski in a unique way. Ed has long been our faithful volunteer, our very competent problem solver, our friend.

For years, Ed has volunteered at our Food Bank. He greets all recipients with dignity and respect. He patiently directs the more than 170 clients through the maze of paperwork, boxes and health screenings. He helps clients load food boxes into their baskets and even carries dozens of 70+ pound boxes to client cars. He does this humbly in service to others.

Any neighborhood problem we brought to him was quietly and quickly resolved and if he couldn't bring satisfactory closure to the situation, he referred us to someone who could. Ed followed up on those referrals to make certain the solutions were both fair and workable, and, above all, agreeable to those involved. Whether the problem affected the whole neighborhood or just two neighbors, Ed was there to help.

Ed Pawloski respected our unique culture. He took the trouble to learn our names and always asked about our families both here and in Syria.  He participated in our celebrations. He asked for our input. He made us feel valued and proud. Ed has always focused on the good in people, getting us all to work together to improve our community. To impose a harsh prison sentence will do no one good.

Whatever happens next, we will never forget his kindness to our community.

Sincerely,

Ayoub Jarrouj
President
Syrian Arab American Charity Association
608 ½ N Second Street
Allentown, PA 18102

*Character Letters Continue on the Next Page...*

MARCH 6, 2018

Bill Villa
1128 North 18th Street
Allentown, PA 18104

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

**RE: ED PAWLOWSKI**

Your Honor:

My name is Bill Villa, I'm an advertising agency creative director and copywriter. I've known Ed Pawlowski since his days at the Alliance For Building Communities— I interviewed Ed for a publication and it was apparent to me that he was a razor sharp, buttoned-up, hardworking, community-minded guy who cared deeply about his adopted hometown and the region.

As the years rolled by, I always delighted in seeing Mayor Ed Pawlowski out and about in Allentown, our best cheerleader, mingling like the regular guy he is so comfortable being, living in a modest house downtown, sending his kids to Allentown public schools, sitting in on drums at the Mayfair Festival— approachable, likeable, dare I say it, lovable. I never missed voting for him.

The gleaming and miraculous renaissance-in-progress that is Downtown Allentown will forever be equated with Mayor Ed Pawlowski.

Your Honor, I respect the jury's verdict, right or wrong, and I realize there will be a price for Ed to pay— a debt to society that must be reconciled.

I also realize that Mayor Pawlowski may appeal his recent convictions, and that he may ultimately prevail.

Personally, I hope he does appeal; and I pray he wins.

If you put any mayor in America under a 3-year FBI microscope, I believe you'd find similar *"you scratch my back, I'll scratch yours"* interactions— i.e., political business as usual.

The real story here isn't who got a steak dinner and Eagles tickets but who was out to get Ed Pawlowski and why.

But I digress.

Your Honor, I am respectfully requesting that you go easy on Ed Pawlowski in your sentencing and that you allow Ed to remain free on bail while his appeals are pending.

Thank you for your consideration.

Best Regards,

**Bill Villa**

*Character Letters Continue on the Next Page...*

From:  Ms. Carlen Blackstone
       1517 Kennington Lane
       Macungie, PA  18062
       610-530-1962

March 5, 2018

Dear the Honorable Judge Sanchez,

I am writing this letter on behalf of Ed Pawlowski, the current Mayor of Allentown, PA.  I was honestly devastated by the verdict when I first heard it because I have known Ed, Lisa, Mercy, and Alex since they moved to Allentown and my daughter was in gymnastics classes with Mercy at age 5. Lisa and I took turns watching each other's kids when needed and I enjoyed having both Mercy and Alex spend multiple weekends with Mei-Ling and me when she was between 5 and 9 years of age. Whatever we did, they were incredibly well-behaved and embraced everything we did enthusiastically.

As a result of this connection, I have visited with the entire family at their home in Allentown on at least 30 different occasions over the past 15 years.  They have invited us to birthday and graduation celebrations and I have regularly called Lisa just to talk many times even as our children got older.  I lived in the city of Allentown from 1979 to 2010 before moving to Lower Macungie Township so Mei-Ling could go to school at Emmaus High School where I taught math and computer science for 35 years before retiring in June, 2016.  I have been a registered Republican all of my life, but switched to the Democratic party just to vote for Ed in the 2005 and 2009 primary elections.  I would have voted for him for Governor and U.S. Senate.  I began to do this because of our friendship, but I became whole-heartedly impressed with the actual change that he brought to the city of Allentown, change that was desperately needed and always done in the best interests of the city.

Mostly, there were things that truly impressed me about Ed's character and leadership style. He led by doing, not to gain power, but to embrace people.  He worked alongside others in diverse settings always caring about what was best for the people of Allentown.  He was the most genuine, hard-working politician I had ever known and nothing he did was for the purpose of political gain.  I will never forget the conversation I had with Lisa during his campaign for Governor when she said that it was so hard to be a politician who would not sacrifice his integrity because unless you are independently wealthy, the need to get large donations always involves donors who are looking for political favors.  He has never lived a lavish lifestyle and has chosen to live downtown, enroll his children in Allentown public schools from K-12th grade, and be as down-to-earth as possible.

I am sure that the realities of politics today can be tempting since there are few politicians at the local, state, or federal level who have not compromised integrity and morality in the pursuit of political gain, but Ed, in my opinion, is as straight as they come as communicated by his defense attorney during the trial.  I realize that this conviction will require him to step down as Mayor without completing a 4th term, but I hope that you will consider as lenient a sentence as possible so that he can continue to make an impact on a personal level as a father, a husband, a citizen, and a Christian.

Sincerely,

*Carlen Blackstone*

Carlen Blackstone

*Character Letters Continue on the Next Page...*

**RODRIGUEZ LAW OFFICES, INC.**
463 W. Linden St., Allentown, PA 18102-3453
Phone: 610-820-5980, Fax: 610-820-5982
Email: law@carlosgrodriguez.com

April 27, 2018

Hon. Juan R. Sanchez, United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614, 601 Market Street
Philadelphia, PA 19106-1797

RE:  Ed Pawlowski's Sentence

Dear Judge Sanchez:

This is regarding the upcoming sentence of Ed Pawlowski. I am a Hispanic attorney and business owner, who lives and work in Allentown, Pennsylvania, since March 2003. I personally met Mr. Pawlowski various times, including in three Spanish speaking church events, in a Puerto Rican parade and in Lehigh University during a volunteer activity that permitted students to interview members of different professions.

Mr. Pawlowski is well liked and respected in the Hispanic community, and I had seen the obvious positive changes Allentown experienced while he was mayor. I hope Your Honor take into consideration all the good he did for the city.

Thank you for your attention to this important matter.

Sincerely,

Carlos G. Rodríguez, Esquire

*Character Letters Continue on the Next Page...*

March 27, 2018

The Honorable Juan R. Sanchez

United States District Court

Eastern District of Pennsylvania

James A. Byrne United States

Courthouse,  Room   11614

Philadelphia, Pennsylvania, 19106-1797

Mrs. Carol M. Klinetob

6130 Sauerkraut Lane

Macungie, Pa 18062

610-395-9280

Klinetob@enter.net

Dear Honorable Juan Sanchez,

   I am writing a letter of support for Mayor Ed Pawlowski.  I met Ed and his wife Lisa about 10 years ago. We were members of the same church, New Covenant  Christian Community Church.  Ed was a drummer on the music team. He also volunteered to help the needs of the children at our sister church in Haiti. Lisa taught child abuse protection classes to our parishioners, and safety classes to our Sunday School teachers.  Lisa also opened her house and taught English to her Syrian neighbors in the city.

   I came to Allentown in 1970 to work and finish my education. The city was not as beautiful as it is today. Mayor Pawlowski  brought development  and jobs to Allentown and kept taxes down. Winning the election again this year shows how much Allentown loves their great Mayor and stand up for him.

   I ask for your leniency in sentencing and that you would allow Ed to be free on bail while appeals are pending. Without his pension would be a hardship since Ed has 2 children in college, along with everyday bills that have to be paid. Thank you for your consideration.

Respectfully

Carol M. Klinetob

*Carol M. Klinetob*

*Character Letters Continue on the Next Page...*

2119 B. Cedar Street
Allentown, Pa. 18109
March 26, 2018

To The Honorable Judge Sanchez,
    I am writing in reference to the Ed Pawlowski case. I have lived in Allentown for almost 50 years and I have never seen a city transformed under any administration in those 50 years as I did under Mr. Pawlowski. Unfortunately I have never had the pleasure of meeting him. He has attended many local events and functions in the city. I know that there are many others that do not always follow the straight and narrow that are never brought to justice and I will never believe otherwise. I do believe Mr. Pawlowski is being singled out after all the wonderful things he has done for the city. This sir, is a damn shame! I hope he will be vindicated.

       Sincerely,
       Carol Williams

*Character Letters Continue on the Next Page...*

Mi nombre es cesar perez, soy chofer de autobuses edcolares,trabajo para la compañía consolidated en el bronx,ny. Conozco al Sr. Pawlowski por las cosas positivas que han expresado siempre mi familia y amigos que residen allá. Pero además soy testigo de la transformación, el cambio en la ciudad. Es una ciudad totalmente diferente desde 10 años atrás cuando empecé a visitarla.  Le doy mis méritos al Sr. Pawlowski porque su arduo trabajo dio frutos.
Estoy identificado con el apoyo al Sr. Pawlowski y su familia,por su gran labor y el acercamiento con respeto a mi comunidad latina.

Sr.juez le pido humildemente que tenga indulgencia  con el Sr. Pawlowski y que el  pueda quedar en libertad bajo fianza mientras duren las apelaciones.

Esperamos que usted tenga clemencia y le damos las gracias,confiando que está petición pueda ser favorecida para el Sr. Pawlowski.

Atentamente,
cesar perez

*Character Letters Continue on the Next Page...*

# Chad Licsko

Executive Chef Bethlehem Area School District

1170 Fernwood Street, Bethlehem PA 18018

Phone: (610) 379-6026• clicsko@basdschools.org

.

March 26, 2018

Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A Byrne United States Courthouse Room 11614
Philadelphia, PA 19106-1797

RE: Ed Pawlowski

Dear Your Honor,

My name is Chad Licsko the executive chef for the Bethlehem Area School District.  I have known Ed Pawlowski  for over 15 years, as a fellow member of our church, New Covenant Christian Community Church of Bethlehem, PA.

I am an elder in our church with the charge of helping to oversee our congregation.  Over the years I have seen Ed's dedication as a valuable member of the worship team through his drum playing as well as supporting and participating in many community events.  Ed and Lisa, along with Mercy and Alex have been a gift to our church body and have spent countless hours in service to the community that New Covenant Christian Community Church serves both locally and outside of Bethlehem.

Ed's love for and service to the city of Allentown is matched by none.  He has stood as a man of faith and strong character through good times and bad.  He poses no danger or threat to anyone in society and I ask for leniency in his sentencing and that he would be allowed to be free on bail while appeals are pending.

Thank you, in advance, for your consideration of Ed Pawlowski at this significant time.


Respectfully,


Chad Licsko

*Character Letters Continue on the Next Page...*



March 8, 2018

The Honorable Juan R. Sanchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse – Room 11614
Philadelphia, PA 19106-1797

Re: Edward Pawlowski

His Honor:

I have known Ed throughout his terms as mayor of Allentown. As a local business owner of a large mechanical contracting company, and as a recent board chair of the United Way of the Greater Lehigh Valley, I have worked with him towards improvement in the quality of life for all area residents. I have known him to be always forthright, wise, and freely giving of himself and his time for the greater good.

When Ed first came into the mayor's office he faced a city in serious decline, hopelessly saddled with burdensome debt, and generally encumbered by the incompetence of predecessors to his office. What he has accomplished as a leader to straighten that mess out has been nothing short of transformative.

Over the years, my wife Jane and I also got to know Ed and his wife Lisa as friends. We socialized together, and even vacationed together. Last summer Ed and Lisa, along with son Dylan and daughter Mercy spent a week together with Jane and I, and our family at our beach house in Delaware. The newly issued charges against Ed did weigh heavily on him; yet I witnessed a loving and mindful husband and father, who still took daily time to keep his city responsibilities functioning with efficiency.

One very early morning (2am) I found Ed half asleep on my laundry room floor comforting my young (and noisy) puppy Oliver. That's just who he is. If something or someone can benefit by his presence, he is there. He knows no other way…

I write this trusting that on some level there is room for taking into account the humanity that I see in my friend.

Respectfully offered,

David R. Noel

CEO – Dual Temp Company
Allentown, PA 18103
(610) 360-6333 cell
noel@dualtemp.com

*Character Letters Continue on the Next Page...*

April 15, 2018

The Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania
19106-1797

RE: Edwin Pawlowski

Dear Sir:  My name is Deborah Baker and I am a registered nurse employed at St Luke's Bethlehem Hospital.  My husband is a nurse practitioner also employed by St. Luke's and  we have known Ed Pawlowski for 10 years since we began attending New Covenant Community Church.  Ed and his family are faithful members there and  we  have come to know them as a family devoted to serving God and serving their community.

We have been saddened to hear about the legal issues implicating him as he has served as mayor of Allentown.  We know him as a man dedicated to making positive change and this has been shown in the numerous improvements all have seen in Allentown over the years he has been in office.  Ed participates in the worship music at church as a drummer on a regular basis and we have had our sons participate together in a young men's program there as well.

We would like to ask you to please minimize any prison time Ed would be required to serve.  A longer prison sentence would be a significant hardship on Ed's wife and children, especially his son, as he is currently in high school.  Sons need their fathers, especially in this day and age, and after the turmoil their family has already gone through for months, it would be very difficult for them to endure Ed serving a long sentence.

Ed  Pawlowski is a good man.  He loves God, his family, and the community.  No man is perfect. And I can only think of Jesus saying, "Let he that is without sin among you  cast the first stone..." John 8:7.  We are appealing to you to please take Ed's good character, his  consistent service and his family into consideration when giving him a sentence.

Thank you very much.

Respectfully,

Deborah and Giles Baker

*Character Letters Continue on the Next Page...*

March 9, 2018

Deborah DeLong
Keller Williams Real Estate
40 S. Cedar Crest Blvd.
Allentown, PA 18104

Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, PA 191-6-1797

RE: Ed Pawlowski

Dear Your Honor:

Thank you in advance for taking the time to read this correspondence. My name is Debbie
DeLong. I have worked for lawyers and have been a Realtor in the Lehigh Valley since 1987. I
am one of the most straight forward, honest and caring people you could ever come to know.

I have been a life-long resident of the City of Allentown and have physically seen many changes –
good and bad – occur in our City throughout my 51 years of life. Since Mr. Pawlowski has
become the Mayor of the City of Allentown, our City has gone through many great changes and
no one has been able to accomplish as much for our City as Mr. Pawlowski has, which, that in
and of itself takes a lot of time, care, and heart. The City is much cleaner, safer and there are not
near as many individuals playing loud music in their cars, or out of their homes as there had
been in the past because the people that live here didn't care. They say you have to lead by
example and through Mr. Pawlowski's heart and dedication to turning our City around, the
people of this City now are full of hope and most care about and consider their neighbors. While
he may have done some wrong things, I can tell you that I have seen the many right things he
has done for our City. He is a good person who is well respected for all he has done throughout
his years as Mayor, and I am respectfully requesting you to consider some leniency in his
sentencing in light of all of the good things he has done to bring our great City to the point
where the people who live here consider it a wonderful community that is now full of hopes,
new jobs, new opportunities and a wonderful place to live.

Respectfully,

Deborah DeLong

Keller Williams Real Estate

*Character Letters Continue on the Next Page...*

**Denise Jennings**
**2130 Gordon Street**
**Allentown PA 18104**

March 10, 2018

The Honorable Juan R. Sánchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse Room 11614
Philadelphia PA 19106-1797

Dear Judge Sánchez:

I am a resident of Allentown and friend of Ed and Lisa Pawlowski. I have always had confidence in Ed as mayor of our city and found him to be a hardworking person who took his job seriously.

My heart is breaking for Ed and his family because of this ordeal which has stretched on for such a long time. So far, nearly the worst possible outcome has been reached and I am worried about what might happen next to Ed and thus to his family.

I know that they have a very deep, unwavering faith in God. As a thirty-eight-year resident of the City of Allentown, I have found Ed to be an extremely talented mayor. I truly believe that he has given his all to making the city a better place for every resident. For one small example, I've been at city events late in the evening and I'd find Ed working, while everyone else was having fun.

I respectfully ask you for leniency in sentencing and that you allow Ed to be free on bail while appeals are pending.

Kind regards,

Denise Jennings

*Character Letters Continue on the Next Page...*

The Honorable Juan R. Sanchez

United States District Court

Eastern  District of PA
James A. Byrne  US Courthouse

Room 11614

Philadelphia, PA 19106-1797


Dear Judge Sanchez,

I am writing to you regarding the sentencing of Allentown Mayor Ed Pawlowski.  I have gotten to know Mayor Pawlowski over the last fifteen years since I volunteer with many of the non-profit organizations on the East Side of Allentown and throughout the Lehigh Valley area.  My opinion and impression of the Ed Pawlowski I know is a caring and very generous individual who cares for his community and does all he can to support it.  As a member of the carnival committee, I have seen him many times at the carnivals we had at Our Lady Help of Christians Church as he would attend and bring his young son to play games and enjoy the festivities.  While there he would socialize and mingle with the folks just talking and enjoying being out with the people.

Also, while I have been involved with East Side Memorial Little League on the East Side of Allentown, Mayor Pawlowski was always available to help with anything we needed from a non-profit standpoint. We have had many meetings with him and he has always been very responsive when it comes to helping with the children and our organization.  Every year he has attended our opening day ceremonies and has talked to the children, often times taking pictures with the kids and their parents.  He even threw out the ceremonial first pitch on many occasions.

With all that said, I am asking that you take these type of things into consideration as you contemplate his sentencing.  In my opinion, he truly is a good man.

Thank you for reading this letter and for taking this into consideration.

Kindest regards,

Denise Simon

Denise Simon

1922 Hanover Ave.

Allentown, PA  18109

*Character Letters Continue on the Next Page...*

— 1 —

The Honorable Juan R. Sanchez

First and foremost, I want to thank you for your dedicated service in the Commonwealth of Pennsylvania as a Judge. My reason for writing is that I'm praying to the Lord for His spirit to soften your heart toward Ed Pawlowski. I ask, plead, and beg you to have mercy, and leniency for him during sentencing on Wednesday June 27th. I ask you to please give him the minimum sentence that the law allows. My reasons for asking and requesting mercy and leniency from you are as follows. He was arguably the best Mayor that Allentown ever had. He served the people of the City of Allentown with dedication for 12 years. He was very beloved by the residents of Allentown and by the great majority that had the honor and privelage of meeting or knowing him, proof of this is that he was elected Mayor, and then re-elected 3 times thereafter, the last re-election even with 54 counts hanging over his head. This speaks volumes on Ed Pawlowski's behalf. Ed has a very gravitating and endearing personality. He is a very humble, gentle, kind, caring, and loving man. He is a very productive citizen and a model citizen. My biggest fear is that he will be used as a pawn to set an example and to be a deterant to others. I think that would be great and gross injustice. He is a wonderful man, not an object. He suffered enough, more than enough. I wouldn't want to be in his shoes for even a day. If there were any lessons to be learned – he learned them over and over. Lastly, please! put yourself in his shoes. We all fail, we all need a great deal of forgiveness. I know there are a great deal of people that feel betrayed, I'm not one of them because I'm controlled by the love of Christ and prefer to extend my complete forgiveness. I also speak for the majority of Allentown residents.

-2-

I do not believe any prison time will do Ed or anyone else any good! He's an outstanding citizen, not a monster who should be caged up. He's not any threat to society, and his family and friends need him. I personally think the City of Allentown should be erecting a monument and statue in honor of Ed Pawlowski.

Sincerely

Donald A. Ritter Jr.

484-225-5446
DRitter@PTD.NET

*Character Letters Continue on the Next Page...*

United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia Pennsylvania
19106-1797


Your Honor,

My name is Donald Svachula and I am writing to support Mayor Palowski.  I'm a retired
Battalion Chief from the Chicago Fire Dept.  Married to Barbara for 55 years and we are proud
parents of 5 boys and 1 girl.
We met the Mayor in 1977 when his parents  bought adjoining summer property  on  a
Wisconsin Lake.  Ed was 11 years old at the time.   He was always open and honest with us.  We
never observed him cheat at any games the boys would play.  Ed like all young boys,  had his up
and downs as our sons had.  He always overcame the problems he faced.  He  never showed
meanness, vindictiveness, or ill will to anyone.  We watched him grow into a fine young man
with high principles.  He always wanted equality for everyone as shown by the improvements he
has made in both Chicago and Allentown.
We respect the juries verdict.  We are asking you to be lenient in your sentencing for his families
sake.

Sincerely,

Donald and Barbars Svachula
6922 Birchwood Ave.
Niles Il 60714

*Character Letters Continue on the Next Page...*

Honorable Juan R. Sanchez,

I am writing this letter for my brother in the hopes that you will see his honesty and integrity. We are 20 years apart and I feel as though he is my son. We were raised by parents who are honest and had integrity, and in all his years, Ed has strived to best the best and help the people around him.

I truly believe his campaign manager, Mike Fleck, has used my brother in lies and schemes for his own benefit. My brother had no knowledge of how to raise money and trusted this awful man who has left Ed with an undeserved bad name. My brother lives very modestly because he wanted to live with the people in Allentown. He wanted to really know the people of Allentown so he could help them better. Everything he has done has gotten sidetracked with the schemes of that awful Fleck.

My brother deserves a chance to make things right because he did not know there was anything wrong. Please consider all these factors and know that he is a good, moral man. He loves his family and wants to keep them together. Thank you for reading my letter and I hope you will see that my brother is a good man and not a threat to society

Sincerely,
Eileen Fricke

*Character Letters Continue on the Next Page...*

11 de Marzo 2018

The Honorable Juan R. Sanchez

United State District Court Eastern

District of Pennsylvania

James A. Byrne United States

Courthouse

Room 11614

Philadelphia, Pennsylvania

19106-1797


RE: Ed Pawlowski

Mi nombre es Elizabeth Perez, trabajo en el Depto. De O&D para la compania C&S en Bethlehem, PA conozco al Sr. Pawlowski por sus anos de arduo trabajo y dedicacion en Allentown. El es una persona que ha tenido un impacto positivo en la Comunidad Latina, por su trato amable y respetuoso, siempre accessible y dispuesto a escuchar los problemas que como alcalde le competen para resolverlos.

Se preocupo en orientarnos en temas de immigracion, pasaporte, buscando profesionales que hablaron en nuestro idoma. Siempre le estare agradecida por ese gesto. Para mi es el mejor alcalde que hemos tenido. La ciudad no sera la misma sin el. Nos perderiamos del exelente professional, de su capacidad de trabajo incansable, de futuros proyectos para esta ciudad que el ha demostrado es su pasion. Pero tambien su identificacion y respeto por las minorias.

En estos momentos dificiles expreso totalmente mi apoyo para ese gran ser humano y su familia.

Le pido humildemente Senor Juez que usted tenga indulgencia con el Senor Pawlowski, y que el pueda quedar en libertad bajo fianza, mientras esten pendientes las apelaciones.

Espero usted tenga clemencia, y le doy las gracias, esperando mi peticion pueda ser favorecida para el Senor Pawlowski.


Atentamente,

Elizabeth Perez

745 s. 8th Street

Allentown PA

18103

601-774-9842, 484-387-4301

*Character Letters Continue on the Next Page...*

Elizabeth Seton Silver
5 Apple Hill Road
Brookfield CT 06804
(203) 775-3432


March 8, 2018
The Honorable Juan R Sánchez
United States District Court
Eastern District of Pennsylvania
James A Byrne United States Courthouse
Room 11614
Philadelphia,  Pennsylvania 19106-1797

Dear Judge Sánchez.

My name is Elizabeth Seton Silver and I am a Certified Public Accountant in the state of Connecticut.

I have known Ed Pawlowski for over 7 years.  He and his wife Lisa and their children Mercy and Alex are very good friends with my brother's family in Allentown.   I see most, if not all, of the Pawlowski family every time I visit my brother and his wife and children in Allentown.   The Pawlowski family is a very close and loving family.

I ask for your leniency in sentencing.

Would you please allow Ed to remain free on bail while appeals are pending so that he can be with his family.

It would be detrimental to his wife and children if he were given a prison sentence or could not remain free while appeals are pending.

Thank you for considering my request.


Best regards,



Elizabeth Seton Silver

*Character Letters Continue on the Next Page...*

March 4, 2018

Juan R. Sanchez
United States District Court
Eastern District Of Pennsylvania
James A Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania
19106

Re: Edwin Pawlowski

Honorable Judge Sanchez,

My name is Frank Sciackitano and I work for Lakeview Realty Investors
LLC in Chicago IL Ed Pawlowski is my Uncle on my Mother side.

Ed is one of the most upstanding people I know.  He always makes an
effort to help someone out.  His passion has always been to help people.
From the first times of him preaching on the University of Wisconsin's
Whitewater Campus in College, to bringing a first class arena to
Allentown's blighted downtown and making it a must be place for all
Allentonian's and the surrounding communities.  Ed has taken on tough
opponents in his career to better the community he lives in.  From
unrealistic pensions, to budget shortfalls, Ed has found ways to make
everyone happy while reducing costs to Allentown and making it a better
community for all.

I recognize the seriousness of the charges Ed is facing and I ask for Ed to
be with his family rather than in a Federal facility while he prepares his
appeals and they are pending.  I also humbly ask for your Honor's leniency
in his sentencing.

Yours Truly,

Frank Sciackitano
2513 Brockton Circle
Naperville, Illinois 60565
sciackitanofrank@gmail.com
312-550-2867

*Character Letters Continue on the Next Page...*

THE HONORABLE JUAN R SÁNCHEZ
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
JAMES A BYRNE UNITED STATES COURTHOUSE
ROOM 11614
PHILADELPHIA PA 19106-1797                    March 6, 2018


**RE:   USA vs. Edwin Pawlowski**
 **Case No. 5:17-cr-00390**


Dear Judge Sánchez:

I write to request that you show leniency to Edward Pawlowski and, while taking into account the offenses of which he was convicted, please also consider the good he has done in his life.

I understand that the jury has spoken and the Court must accept his guilt in accordance with the verdict of the jury.

I had the privilege of representing Ed in his capacity as Mayor when he dealt with an issue involving City Council.  In my experience he proved to be a dedicated civil servant who really had the best interest of the taxpayers of the city of Allentown at heart.

I was present in court when the first witness in the trial testified, Attorney Donald Wieand, and noted that he mentioned that he had given political contributions to the Mayor and had been pleased with all of the good the Mayor had done for Allentown.

Shakespeare said that "the evil that men do lives after them; the good is oft interred with their bones. "

I respectfully request that you give Mr. Pawlowski the benefit of the good he has

Honorable Juan R. Sánchez
March 6, 2018
Page 2

done in formulating the appropriate punishment for the offenses of which he was
convicted.


Very truly yours,


George A. Heitczman

GAH:dd

*Character Letters Continue on the Next Page...*

March 7, 2018

Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, PA 19106-1797

Honorable Judge Sanchez;

I first met Ed Pawlowski at a college listening session when he was exploring a run for mayor of Allentown, PA.

He wanted our opinions, as leaders in the community, on what was the most pressing issues facing our community and our citizens from our vantage point.

Later I was asked to join a taskforce he set-up to flesh out tangible things we could do to make Allentown a better place to live, if he was elected mayor.

It is from this perspective that I now ask the court to have mercy.  Allentown was not a good place to live or thrive in back then.  No one wanted to claim it. Now it is celebrated as a Pennsylvania destination point and it is all due to the hard work and vision of Mayor Ed Pawlowski.

His family is loved and has exhibited what small town living can be in a large city with small neighborhood pockets.  They live on 12th street, and has continually worked to fix it up their home one small project at a time, mostly done by his wife and the help of their children.

It is my opinion that Ed always meant the very best for Allentown and its citizens.  When you look at how far it has come from where he started, his vision was a better place to live, work and play was realized and therefore I ask for leniency in sentencing and that he is free on bail while he goes through the appeal process and that all factors should be weighed in any final decision.

Best Regards,

Gwyndolyn D. Parker
4380 Split Creek Dr
Douglasville GA 30135

*Character Letters Continue on the Next Page...*

March 6, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


Re: Ed Pawlowski,

My Name is Howard Romans Jr, RN a practicing nurse at Gracedale Nursing Home in Nazareth PA.

I have been an acquaintance of Mr. Pawlowski by attending New Covenant Christian Community Church in Bethlehem, PA.

While Mr. Pawlowski and I have been on opposite political spectrum, I believe him to be a person of good character, based on my interactions with him.

I do recognize that at times bad people can do good things and good people, like Mr. Pawlowski, can do bad things.

You are familiar with the list of all the good things Mr. Pawlowski has done as well as the things he has been judged guilty of.

I hope that you will judge that his "good" greatly outweighs his "bad".


I recognize the need for Mr. Pawlowski to face punishment but I request that you show leniency in sentencing and that he would be allowed to be free on bail while appeals are pending.


Sincerely,


Howard C Romans Jr
744 Apple Blossom Rd
Easton, PA 18040
H: 610-258-2026
C: 610-703-1577

*Character Letters Continue on the Next Page...*

Allentown, Marzo 08, 2018

The Honorable Juan R Sanchez
United State District Court
Eastern District of Pennsylvania
James A Byrne United States
Courthouse room 11614
Philadelphia, PA 19106-1797

Respetable Juez

Yo, Hugo G. Garcia, 608 Ridge St, Emmaus, PA 18049, respetuosamente me dirijo a Ud. Sr. Honorable Juez, Juan R Sanchez ,para solicitar clemencia por el Alcalde Ed Pawlowski, lo conozco desde el año 2006 cuando se candidatizó para Alcalde por primera vez, y desde ese entonces lo he seguido como simpatizante y apoyandolo en sus campañas por haber transformado a nuestra ciudad de Allentown durante sus doce años como Alcalde. Yo vivi anteriormente en esta ciudad y se los logros recuperar una ciudad en deficit, ha hecho del centro commercial una verdadera metropolis, muchas companies estan regresando motivados por el progreso economic y social; gracias al Sr. Alcalde que impulse ha la reconstrucció futurista que ha generado trabajo y nuevas instalaciones de vivienda para sus ciudadanos.

Ha logrado bajar el indice de criminalidad gracias al apoyo a sus digno cuerpo de policies con camaras personales y con camaras en las calles, siempre pensando en el servicio a su comunidad, el Sr. Pawlowski siempre a disposición de sus ciudadanos sin importer su raza, color ni religion.

Tambien quisiera recalcar que no he conocido un Alcalde como el, que se preocupe de la comunidad latina y no latina. Admiro su labor social que hace con la gente que recibe comida y el voluntariamente entrega las donaciones en las Iglesias sin importar el tiempo, sea calor, frio, lluvia y nieve, el esta ahi presto a servir a la comunidad.

El unico Alcalde que camina por su ciudad sin guardaespaldas y te Saluda, dandote la mano si te ve en la calle, un hombre humilde, trabajador, respetuoso y dedicado a su familia y mas que nada entregado totalmente a su ciudad, es por eso que nuestra ciudad esta en la categoria de una de las mejores para vivir en los Estados Unidos.

Por todas estas razones pido clemencia para el y que se apiade en la sentencia que Ud. le imponga se lo suplico de corazón.

Sinceramente

Hugo Garcia

*Character Letters Continue on the Next Page...*

Ibn Rashad Quawee
81 East Broad St apt#3
Bethlehem, PA 18018


March 05, 2018

RE:  Mayor Ed Pawlowski

To:  Honorable Judge Juan R. Sanchez

 I have had the pleasure to meet and work side by side with Mayor Ed Pawlowski  during the Allentown
2011 gas explosion.  At that time I was the founder of the Brick City GM Crew Auto Club that had
approximately 40 members.
 I asked the Mayor what was needed to help the victims/families affected by this tragedy and he stated
that anything would be a great help at this time.  So the organization and myself were able to raise
money/household items/gift cards for the displaced and distributed items to the victims involved.
Throughout this unfortunate incident my members and I found Mayor Pawlowski to be a motivating
factor to contributing to all that had loss in this tragedy.

I also have had the opportunity to volunteer at the Food banks in Allentown along with the Mayor.  This
is something that I along with my son (Ibn jr) do every other weekend which Mayor Pawlowski  supports
in his efforts to help the less fortunate of Allentown.

In respect to the sentencing in the case that involves Mayor Pawlowski, I as a supporter of the good that
he has done for Allentown and its citizens I ask that direct leniency be consider as well as him being
granted Freedom on bail while the decision of his fate is being decided for the future of he and his
family.


Sincerely Submitted,


Ibn (Q) Quawee

*Character Letters Continue on the Next Page...*

April 22, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


RE: Ed Pawlowski

Dear Sir,

My name is Imran H. James, a Mathematics Teacher in a Charter School in Allentown, Lehigh Valley, PA. I am a friend of Ed and Lisa Pawlowski. We've attended the same church for well over 2 years. In addition, I'd helped Ed with his campaign in the recent election.

Before teaching in a school, I worked as a store manager at a few locations in downtown Allentown. All the people in the community feel safe and happy since the crime rate has tremendously lowered compared to a decade ago. There are more jobs in the town, more business and ultimately better life.

People in Allentown applaud Mr. Ed Pawlowski's untiring efforts to make Allentown a world class city that more and more people liked to move here from New York and New Jersey.  The community feels so blessed by a wonderful leadership of Mr. and Mrs. Pawlowski who are easily approachable. They reach to the needs of the community.

I find Ed to be one of the most impressive people to have ever worked as a public servant. He has restored Allentown from a junk bond status to one of growth and promise. Where other mayors borrowed funds from Allentown's golf courses (for example) to pay other city debts, Ed created revenue. His degree as city planner has served Allentown, in my estimation, better than the previous three administrations. This is why I'm so devastated by his current troubles.

Ed is not an outwardly effusive person, but I know he feels deeply for the city and for those around him. Unlike other Allentown mayors, he lives downtown – in a place where citizens frequently knock on his door, needing help (he and Lisa always stocked extra meals/food in their freezer for such occasions). One Allentown family had a child with a fatal disease. Ed and Lisa singlehandedly found donors and worked together with volunteers to redesign the family's backyard.

I feel that Ed acknowledges his responsibility in what happened under his watch and has behaved respectfully throughout the trial and aftermath. I ask leniency in sentencing – and that you might allow Ed to be free on bail while appeals are pending. I can't thank you enough for your consideration.


Respectfully,

Imran H. James
811 E. Tilghman Street,
APT. 2R
Allentown, PA. 18109

*Character Letters Continue on the Next Page...*

# James M. VanArtsdalen

*1936 Paul Ave * Bethlehem, PA 18018 * 610-867-1185*

March 13, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

**RE: Ed Pawlowski**

My name is Jim VanArtsdalen, and my time in retirement is spent working to leave this world a better place than we found it.  Previously, I was co-founder and CEO of a Bethlehem, PA based software solutions firm that serviced large organizations worldwide.

A mutual friend (a Christian pastor) introduced me to Ed Pawlowski shortly after his first election as mayor.  Since that time, I've come to know both Ed and Lisa as people who focus on the greater good, are wonderful cheerleaders for the City of Allentown, and are willing to lend a hand to help others.

I respect both the people and the process involved in our court system, and *my plea to you today is for leniency in sentencing.*

I believe Ed is leaving Allentown a far better place than he found it, and I believe with all my heart that his intent in seeking higher office was for the greater good.

Sincerely,

James M. VanArtsdalen

*Character Letters Continue on the Next Page...*

march 6, 2018

The Honorable Juan R. Sanchez
U.S. District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, PA 19106-1797

Your Honor:
RE: Ed Pawlowski

Our names are Jane & Elaine Csondor.
We know Mayor Pawlowski for many years as
we attend the same church. He and his
family have been faithful supporters of the
church & we have deep respect for him and
his family. He is sincere, compassionate and
very devoted to his family, friends and
community. The mayor is very hardworking
and passionate about helping the less fortunate
and he does this in a quiet, unassuming way.

We support both him and his wife and two
children and ask for leniency in his sentencing
and freedom while his appeals are pending.

Respectfully,

Jane and Elaine Csondor

*Character Letters Continue on the Next Page...*

April 3, 20018


Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania  19106 – 1797

RE:  Ed Pawlowski


My name is Jeannie Hosten, a retired Medical Records Technician, married to Gerard Hosten.
Lisa Pawlowski, wife of Ed Pawlowski, is our niece.

I first met Ed Pawlowski in 1988 when Marleen (Hosten) Halsey introduced Ed to our family. Soon after, they were married in our home, and planned to be missionaries after marriage. There was a change of plans soon after and Ed decided to further his education and get a master's degree in Urban Renewal. I found Ed to be a serious, sincere and warm person.  He also came from a warm, hospitable family who included our family in holiday and birthday celebrations.

I understand the seriousness Ed Pawlowski is in.  For me, Ed is a fair and trusted man who loves his wife and family.  Lisa Pawlowski vacationed and stayed at our home while Ed was working in Pa. Lisa shared with us all the success Ed was experiencing and how he included his children, Mercy and Alex, in many of his activities, as mayor. My husband and I had the privilege to visit Allentown in 2014. Ed gave us a tour of his office and P.P.L. Center he was so proud of.

My prayer is for Ed's sentence is to be fair and just.  Hopefully, through the appeals process, the charges could be reduced. Also, for Ed to be free on bail while the appeals are pending.



Sincerely,

*Jeannie Hosten*

Jeannie Hosten
26745 N. Longwood Drive
Lake Forest, Illinois  60045


JH

*Character Letters Continue on the Next Page...*

# Jennifer Crall, Ph.D.

Counseling & Psychological Services

1534 West Broad Street, Suite 600 • Quakertown, PA 18951

Phone: (610)730-4755 • jc@jennifercrallpsychology.com

March 22, 2018

Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A Byrne United States Courthouse Room 11614
Philadelphia, PA 19106-1797

RE: Ed Pawlowski

Dear Your Honor,

My name is Jennifer Crall, Ph.D., licensed psychologist in the state of Pennsylvania, owner of a private practice in Quakertown, PA, and adjunct professor at Lehigh University's College of Education Counseling Psychology program. I have known Ed Pawlowski for over 15 years, as a fellow member of our church, New Covenant Christian Community Church of Bethlehem, PA.

I know Ed to be a hardworking, kind, and generous man of faith. He is a man devoted to his family and the citizens he served in Allentown. Throughout the years, it has been common to see Ed playing drums on the worship team at church and participating at church events. He attends services with his family, and makes it clear that they are a priority. He has successfully raised two children who stand out among their peers as being grounded, intelligent and kind.

As a psychologist who works with a full range of mental health issues, I pride myself on making sound judgements of character. Ed is no danger to society. He is a man who contributes to the community in which he lives. He is a man who loves his family and the people of Allentown. He is a man who cares for others. A prison sentence for Ed will create devastating psychological harm, and financial destruction, on his wife and children. Frankly, his family will suffer the most if he is imprisoned.

Thank you, in advance, for your consideration of Ed Pawlowski at this significant time.

Respectfully,

Jennifer Crall, Ph.D.

*Character Letters Continue on the Next Page...*

March 7th, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Re: Edwin Pawlowski

My name is Jessica Lee Ortiz , I am a lifelong 5th & 3rd generation
Allentonian. My family is German Pennsylvania Dutch & Puerto Rican.My
grandmother is the 1st Latino in Allentown. I love my city like a member of
my family. I have been through do much like molestation , rape &
kiddnapping  yet I stay. Last year was the most important year for me as I
really became an organ in the city I love , and I owe that all to our MAyor
Ed Pawlowski. I am a Realtor and was vice chair of government affairs
which lead me to countless city meetings. I became very vocal very
quickly.I was becoming known for speaking up and out for the unspoken.
One day our Mayor approached me suggesting I apply to be on the human
relations commission.For me this was life changing. Shortly after I was
appointed to the commission and at my 1st meeting was elected chair.I
worked hard for the citizens of Allentown and always had the support from
our Mayor. I later had the privilege to work hand and hand with our Mayor
and cultural organizations to open a Multicultural center to service the
people.I witnessed his love and passion for humanity 1st hand.I have
witnessed on countless occasions his walk with Jesus , through his
preachings, missionary work and his worship through drums.  When it was
time for elections I knew I wanted to help the man who noticed me. Then
one day casually the mayor said I think you would be great on city council
maybe you should run. I was astonished that this Mayor I thought so much
of would notice me. I remember one day asking him if he would ever expect
anything from me and he said no, just be the fighter you are and stand up

for the people. Our Mayor not only guided me but he brought in my family. After I did not win the primaries we all joined in to help his campaign. He was always encouraging and warm to all of us. I was a lead worker on his 2017 campaign and can honestly say there is not a more honest , trustworthy and upfront politician and person I ever met. I spent time with him and his family and they are the most welcoming ,loving 1st family this town has ever seen. We elected him Mayor , we believe in him, we trust him , we love him, he is our MAYOR! Leave him to his people. I truly believe the case should be dismissed so our Mayor can move forward and continue all his great works with the city and Allentionians. I beg you for sympathy and leniency for my Mayor and his family as he is a great man and this has been a great strain and burden on his wonder wife and humbel children.A great man who sees all people for years, latinos and other minorities where unseen and unheard and he helped give us a voice. Our Mayor is truly a great man who does not deserve this at all, please ...we are hurting with our Mayor.No one benefits from sending our Mayor to jail.

Respectfully Yours ,



Jessica Lee Ortiz
523 W Tilghman St
Allentown PA 18102
484-951-0921

*Character Letters Continue on the Next Page...*

March 13,2018

The Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne
United States Courthouse
Room 11614 Philadelphia,
Pennsylvania, 19106-1797

RE: Ed Pawlowski,

My name is JoDee Cook, I am a Medical Assistant at Coordinated Health for 10+ years. I have 4 children and am happily married for 29 1/2 years. I am involved at New Covenant Christian Community Church (NC4) where I teach Sunday school, help at Family night on Wednesdays, on the Prayer team, and work on a team for Resorting the Foundations which brings inner healing to emotional wounded men and women. I met Ed and his wife Lisa 17 years ago at NC4 during a membership class. I was impressed by Ed and Lisa's passion for people and there desire to help others, to make a difference. I've had many conversations through the years with them and the passion has stayed lit. Ed played drums on the worship team and has been a vital part of our church community. Lisa his wife has helped so many woman hurt physically and emotionally. She always gives a listening ear when needed. I'm a republican who if I lived in Allentown, I would vote for him and I have encouraged others to do so because of the character that I see.

The difference in the city of Allentown is huge. When I was a kid, my family use to go there often to shop especially at the Hess store. Their strawberry pie and onion soup was to die for but then something changed and it was scary to go down town. The town became known for murders, fights, drugs, and prostitution. We only went there if we had too. The Lehigh Valley Mall was as far as we went. But than something changed for the better. Ed ran for Mayer and he brought communities, churches, and other organizations together and started rebuilding Allentown. It has been a process and has a way to go, yet my young adults aren't afraid to go there to eat and go to events at the PPL center and neither are there friends. I see healthy life back again. I believe this shows how much Ed loves people and the community- Allentown. He didn't give up but kept pressing forward to change bad into good. I hope Allentown can continue to go in the right direction.

In the light of all the good he has done for Allentown and others, I ask that you would allow Ed to stay home with his family during the appeal process. I believe it would be very hard on his wife and two children to be without him. The affect of this on them is great but not having a father around could as we've seen over and over destroy childrens' lives forever. The kids have a father that loves and cares for them. Please consider this request and grant Ed time with his wife and children during the appeal process.   Thank you for your work in keeping our justice system fair and true in our community.

Sincerely,

JoDee Cook

*Character Letters Continue on the Next Page...*

Honorable Juan R. Sanchez
United states District court
Eastern District of Pennsylvania

Le escribo éstas líneas con el
máximo respecto que usted merece.

Quisiera pedirle de todo corazón
se haga una mejor justicia con
mr. paulowski; porque para mí
él es una fuente de inspiración.
    Les cuento: En una de las veces
que visito mi familia en Allentown,
PA, si no me equivoco pude ver
un viernes a Mayor paulowski
ayudando a distribuír food para
los pobres en un parque. Es por
eso que mis familiares en una
ocación, me comentaron que mr.
Paulowski es capaz de dar amor
y ayudar a quienes necesitan,
sin espera de algo. y la otra
razón por la cual también me dirijo
a ud, es porque pude escuchar en
las noticias la injusticia que se

está cometiendo contra él.
Que Dios se apiade de los
que quieren hacerle daño y
les abra el corazón.

S S S
Joremil González
y familia de
siete miembros

*Character Letters Continue on the Next Page...*



March 15, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Re: Edward Pawlowski

Dear Judge Sanchez:

My name is John C. Moser, a business development associate at Vanguard Cleaning Systems in Allentown, Pennsylvania.  I have known the former Mayor Edward Pawlowski since 2003 when I was the Marketing Specialist for the Office of Community & Economic Development, County of Lehigh.

I have found Ed Pawlowski to be a most honorable man, a major positive influence in our communities, not only in his government endeavors but outside the office as well.  We are members of the same church and my wife, Jessie Ann Moser, and Ed Pawlowski serve together on the worship/musician team.  Despite his prominent positions in the community, Ed Pawlowski has served with a selfless attitude, always caring more for others.  His wife Lisa also serves in our church, where their two children attend as well. The whole family have been integral faithful members.  Personally, Ed Pawlowski has helped me when I was facing an employment crisis, urging me to offer my services to America on Wheels, a noted Lehigh museum, who eventually hired me.  His advice and caring counsel were a big encouragement to me.

Mr Edward Pawlowski has been recently convicted in a respected court of law. I  ask for a measure of compassion and mercy towards him.  It is my hopeful request that he could remain free on bail me while his important appeals are pending.  I know that an extended prison sentence would be extremely difficult for this family.  Already his teenage daughter, Mercy, has struggled with this outcome, requiring pastoral counseling and encouragement. She knows that Her Dad has a huge and good heart. And she is confused. I do know her Dad is learning much from these events. In fact, those who truly know him sincerely believe there is more in his life for him.  For that reason, we ask for this measure of kindness.

In closing,  I believe in this man's character and integrity. 5Thank you for your discernment as you address Mr. Pawlowski's future.  I respect your wisdom.

Respectfully yours,

John C. Moser

**121 N Cedar Crest Blvd, Allentown, PA 18104**

*Character Letters Continue on the Next Page...*



# NEW COVENANT
*ChristianCommunityChurch*

March 5, 2018

The Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania

RE:  Edwin Pawlowski

Honorable Judge Sanchez:

My name is John Groblewski and I have served as Senior Pastor of New Covenant
Christian Community Church in Bethlehem, PA for thirty-five years.  Our church is a
multi-ethnic, urban church, in the heart of Bethlehem.

Ed and his wife and two children have served the church as faithful member-
congregants for sixteen years.  During that time Ed has not merely attended regularly,
he has been integrally involved with church projects, ministries and missions.   His forte,
not only in Allentown but across the Lehigh Valley, has been to help the disenfranchised
and the poor while revitalizing the city.   I walked the streets with him, numbers of times,
when he was called upon to quell civil unrest in the city.  Ed also journeyed, on our
behalf, to Port-au-Prince, Haiti, to secure waste refuse haulers and an ambulance for
the Haitians made more bereft by the tragic earthquake.

Given the selfless way he has consistently served others, I find his conviction
disheartening because it is so inconsistent with my personal experience of the man.  He
has lived modestly as he oversaw the revitalization of a city that was on the brink of
disaster.  I hope that Your Honor would take this into consideration as you adjudicate
his future and I pray that you are able to extend to him a measure of mercy.

Specifically, I ask Your Honor to extend leniency in his sentencing and to extend his
freedom as he seeks to appeal.  I do thank you for your kind consideration in your
pursuit of justice.

Sincerely,

John Groblewski
Senior Pastor

*Character Letters Continue on the Next Page...*

Jose Tano 
7608 w Gunnison St Norridge, Il 60706
630-417-0077 TANOHVACR@YAHOO.COM

3-11-2018

Judge Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania

James A Byrne
United States Courthouse
Room 11614
Philadelphia, Pennsylvania
19106

Honorable Judge Juan R. Sanchez,

My name is Joseph Anthony Sciackitano. Ed Pawlowski is my uncle. Since I was a kid I always looked up to my uncle Ed. He was close to my brother and I when we were younger because we were always at our Grandparents house. Our mom was a single mom trying her best to provide for us. Our Grandparents were the most hardworking Christian people we know. They taught us to work hard, respect others, and trust in God. I can say from the bottom of my heart that my uncle's intention was not in selfishness. He was motivated by the values by our Grandparents. He wants to serve others and work hard doing so. His biggest mistake was trusting Mike Fleck. My uncle was new to politics and was grossly misguided by Mike Fleck. I trust in the judicial system and respect it greatly. I understand the convictions are very serious and he will have to receive punishment for his mistakes. I ask respectfully is please consider all the good he has done for others. To me he has done more good in this world than bad. Nobody is perfect. We are all vulnerable to be misled, coned or taken advantage of. I can't imagine the pain he is going thru. I know no matter what happens his trust in God will carry him thru this storm. Thank you for your time.

SINCERLY,

*Character Letters Continue on the Next Page...*



K James Thomson   1120 Oak Street, Allentown, PA 18102  484-554-5583  jmsatown@rcn.com

March 20, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
Jame A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


Re: Ed Pawlowski

I am a resident of Allentown and a local elementary music school teacher.
I've been living in Allentown for the last 16 years and for the last 14 years in my own
home in center city Allentown. Though not from Allentown, my mother grew up in
Allentown and I've had a connection to Allentown all of my life. I know our Mayor Ed
Pawlowski through my neighbors who attend the same church as the Pawlowskis and
met Ed at a church picnic one summer. Ever since I have been following him as a
"friend" on online media. You could say I'm simply a fan of Mayor Ed and the wonderful
manner that he has lifted enthusiasm and spirit for our new boomtown A-town.

I am rooting for "Mayor Ed" to have success with his appeal. But I also must respect the
current legal rendering and understand that he is awaiting sentencing. Honorable
Judge Sánchez, I'm the furthest thing there is from a politician. I could never do such a
job, it's not in my personality; but this is why I so respect the way that "Mayor Ed" has
continuously and so phenomenally reached out to our communities in Allentown. Every
day he is finding ways to connect with what is going on in our city and encouraging all to
continue with good works.

Now, my not being a politician type is precisely why I can't really digest all of what has
happened to "Mayor Ed". But part of my thinking is that he has gotten burned by a
system that he took by the horns in order to do the best he could for Allentown.
I am, as I said, rooting and praying that "Mayor Ed" has a better out come with an
appeal of his case. But in the meantime, by dint of "Mayor Ed's" stellar work for our city
and his love of all people, I am asking as a citizen of our town of Allentown, that "Mayor
Ed" be given the greatest grace and care in this process. I am writing to ask for
leniency upon him and also for his freedom from incarceration during the appeals
process.

I thank you so much for reading my letter, my thoughts and request.

Thank you and sincerely,

K James Thomson

*Character Letters Continue on the Next Page...*

Dear Honorable Judge Sanchez,


   My Name is Kevin Lott , I have been the Business Representative for the Lehigh Valley Carpenters Union for over 12 years. I am writing you to ask for leniency for Edward Pawlowski. I have known Mr Pawlowski for over 15 years. In that time , I have dealt with him on many issues  from , how do we get more inner city kids into our apprenticeship program to numerous community service projects. Mr Pawlowski , unlike most politicians , stayed to pass out the turkey and build the play ground for the inner city kids , and did not just stay for the photo opt.  Many Community Service projects he asked us to do were very low profile with no press or recognition. He was the real deal when it came to supporting our community. He always looked out and fought for the underdog. It is because of his true commitment to the people of Allentown that he was re elected even under the cloud of the investigation. I know he made mistakes in his desire to get to higher office, but I truly believe his desire was to help more people. I could tell you several stories about how he help people in Allentown but I guess what I most what to say is that Mr Pawlowski made mistake and apparently crossed the legal line but he is a Very Good Man that truly cares about his community and its people. I beg of you to find it in your heart to weight the good against the bad in this man.


                         Sinc erely,  Kevin Lott

*Character Letters Continue on the Next Page...*

1944 Willow Lake Drive
Newburgh, IN 47630


March 31, 2018


The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Re:  Ed Pawlowski

Dear Judge Sánchez:

My name is Kristen Molander, Director of Publications and Public Relations for
Bethlehem United Church of Christ in Evansville, IN as well as Ed's cousin.  Ed
and I spent our childhood years together in the City of Chicago as well as in the
suburbs where his parents lived out their retirement.


Ed has always been a person of deep faith with a servant's heart. Even while
living in Chicago, Ed would seek those in need putting himself out there to care,
comfort and connect people to much needed resources.  Still today, people are
expressing their gratitude to Ed for all that he has done for the countless
individuals of Allentown.  Ed's commitment and dedication has been critical to the
city's transformation over the years.


Judge Sánchez, I humbly ask you to listen carefully what the residents are clearly
saying about Ed's character, qualities and unquestionable dedication to the City
of Allentown.  I ask that you take the time to research the condition of Allentown
prior to him taking office and how things stand today.  You will be amazed as am
I.  Of course Ed's sentencing is in your hands, and a lenient sentence is vital to
the future of him and his family.  Finally, I also ask for you to allow him to be free
on bail while appeals are pending.


Sincerely,


Kristen Molander

*Character Letters Continue on the Next Page...*

Mar 5, 2018

The Honorable Juan R. Sanchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Dear Judge Sanchez,

I am writing to you today to ask for leniency in the sentencing of Mayor Ed Pawlowski. I have
known Mayor Ed for at least 18 years, first as a neighbor and eventually as Mayor of Allentown.
In the time I have known him, I have found him to be unselfish, hard working, motivated and
most of all a devoted family man. A harsh sentence will punish mostly his family who are guilty
of no wrong doing and serve no purpose in helping the community at large.

Mayor Ed has always been driven by one eventual goal, and that was making Allentown a great
city it once was. In the 40 years I have lived in or near Allentown, I witnessed decades of
precipitous decline. It was not until Ed Pawlowski took the helm, that the City once again started
growing, thriving and attracting new residents. This change came at a monumental sacrifice for
Ed Pawlowski and his family. He literally never stopped working and exhausted the free time he
should have had with his family in dealing with pressing matters of city business.

Perhaps all other people I have ever heard of, that faced similar circumstances, did so with the
intention of enriching themselves. This does not appear to be circumstance we are facing. The
Mayor lives in the modest home and worked himself to exhaustion at a modest salary of a public
servant. The unselfish intent of his actions seems to be clear based on his financial
circumstances.

Based on his contribution to the community, the impact on his family, the intent behind his
actions, and the lack of personal gain, I ask that you consider leniency on his sentence and allow
Mr Pawlowski to remain free on bail while he works through the appeal process.

I want to add one more thing. 10 years ago I gave Ed Pawlowski the ultimate measure of respect.
I asked Ed Pawlowski to marry my wife and I. If I had the opportunity to do today, I would still
ask him. Please consider how important he is to our community when making your decision.

Respectfully,

Leonid Z Liss
316 Kennard Rd
Perkasie, PA 18944
610-462-8940
leonzliss@gmail.com

*Character Letters Continue on the Next Page...*

The Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania:

Me dirijo a usted
con todo el respecto que se merece;
para informarle que Mr Pawlowski
es una persona maravillosa, servicial,
carismática; Sábado por Sábodo, viene
a dar ayuda en el Food Bank de
United Methodist Church.
        Él es conocido
como la misma bella persona todo
el tiempo.
        He conocido muchas
personas con su posición y no había
conocido nadie como Mr Pawlowski,
tan dedicado al público sin esperar
nada a cambio, es por eso que él
se merece la libertad.
        En ésta Iglesia
UMC, todos lo admiran y lo quieren
por su bondadosa presencia.
        Por ser una persona
tan admirable, un sinnúmero de personas
que visitan el el Food Bank comentan:
que él, Mr Pawlowski, es una muy agradable
persona, y que da lástima que no quieran
ser justos con él.

y que esperan en Dios Todopoderoso
que se haga justicia y se aclare todo.
y que vean que él es merecedor de
la libertad.

Personas como él, repito,
merece la bien llamada "Libertad".

Sinceramente

Lina Cabrera

LINA    CABRERA

*Character Letters Continue on the Next Page...*

ERNŠA FRISBY
4336 Rt 309
Schnecksville, PA 18078

The Honorable Juan R. Sánchez
United States District Court Eastern
District of Pennsylvania
James A. Byrne United States
Court house  Room 11614

Dear Sir,

   I met Ed Pawlowski
when I lived in Allen Town.
I was vice president of
the 8th Ward neighborhood
watch. He was running for
Mayor. Over the years, he
never forgot the residents
of Allentown.
   He took the time to
listen to us. He helped
clean up our neighborhood.

Mayor Pawlowski created jobs within our city. Downtown went from a place people were afraid to go, to a place to be. This created community, and jobs.

The Mayor was always in attendance of community gatherings. His wife and or his children at his side. They took the time to speak with anyone who approached. They are a true Allentown Family and proud of it.

My son lives in my home in Allentown with

his family. they have lost an amazing Mayor.

I am aware Mayor Pawlowski was found guilty by a jury, however I and many others ask you to compare the good with the bad. You will see there has been far more good than bad. He is a great father. He attends sporting events and school programs. He is very involved with others in the community.

Please practice Leniency when sentencing. His family has suffered enough

His punishment... losing a job he was really great at. His re-election is proof of that. He is now suffering National Puplic Humilation. Please do not punish him or his family more.

Linda S Frisby

Linda S Frisby

*Character Letters Continue on the Next Page...*

My family has lived in Allentown for the last forty years. In that time I've seen Allentown undergo many changes, some good, some not so positive. But Mayor Ed Pawlowski came along and fought hard for the city. He made positive changes and plans where no one before him tried. Thanks to Mayor Pawlowski, Allentown is finally coming into its own again. Never before in forty years, has North Seventh Street seen such a vibrant beautiful Spanish community with many family owned businesses. The ice hockey arena and all the changes along Hamilton Street were only positive accomplishments by Mayor Pawlowski, all the while always having a presence around town.  He and his wife, graciously host the snack stand and attend many many functions at William Allen High School.  We stand behind Mayor Pawlowski and are respectively asking that he be free on bail to stay at the helm as our Mayor while he appeals this recent decision.  I can provide many further instances where Mayor Pawlowski and his beautiful family have made a huge difference to our city and we are all saddened by the outcome and potential to not have him.  Please let him be free on bail while he awaits appeal.

Respectively,

Linda Maniscalco & Family - Allentown, Pa

*Character Letters Continue on the Next Page...*

March 6, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

RE: Edward Pawlowski

My name is Linda Pacifico, a Document and Data Technician at Lehigh Career & Technical Institute. I am a lifelong resident of the Lehigh Valley. I have known Ed Pawlowski and his family for 10 years and we attend the same church. I have always found Ed to be full of integrity, extremely hard working and a man that can be depended on to serve the community. He is part of the worship team at church and is always willing to serve. Ed is also a dedicated family man who, along with his wife Lisa, are very involved in the lives of his children.

Watching how well Ed serves his community and loves his family has been a good example to me of what service truly means. The positive change and growth he provided to his community has caused a rebirth for Allentown that has brought hope and change to many lives.

In light of all the good Ed has brought to so many lives, I am seeking your leniency with his sentencing and asking that you would consider allowing him free on bail while appeals are pending. This would allow him much needed time to continue to support his children in their endeavors and spend time with his wife.

Thank you for any help and support you can proved to Ed Pawlowski at this time.

Respectfully Yours,

Linda Pacifico

*Character Letters Continue on the Next Page...*

Lisa L. Pawlowski, LSW
43 N. 11th Street, Allentown, PA 18101
Home: 610.434.0266, Cell 610.349.1046, PawlowskiLisa@gmail.com

March 8, 2018

The Honorable Juan R. Sanchez
United States District Court Eastern District of PA
James A. Byrne United States Courthouse
Room 11614
Philadelphia, PA 19106-1797

RE: Edwin Pawlowski

Dear Judge Sanchez:

I'm writing you today as a Licensed Social Worker in the State of Pa, Community Advocate, and Mayor Ed Pawlowski's wife of 29 years.  We met in Chicago at Moody Bible Institute when I was 17, marrying when I was 20.   The thing that drew me to him was his love of community with an urban focus, commitment to God, and his family.  I married him because I had those same interests.

He started our lives together as a Community Liaison for Lutheran Social Services, then a Community Organizer, then CEO of a non-profit affiliate of the Chicago Housing Authority.  We moved to Allentown to service a non-profit affiliate of the Allentown Housing Authority.  I was not surprised when Mayor Afflerbach asked him to serve as Director of Community and Economic Development.   I saw his vision of what the City of Allentown could become.   It was here we began to have family, and then he ran for Mayor.

Allentown has always been Ed's primary passion.  Never one to chase after other women, he did work all day, then attend community events and meetings at night.   But he has always supported us financially.  When we had our first child, Mercy, I was in the middle of getting my Masters of Social Work.  I finished that degree, then became a licensed social worker.  It was then I could realize my dream of devoting my primary energies to raising my children.  It was due to Ed's steady employment that I could be home with my kids for 19 years.  It was important to me to be able to supplement their education, as the public schools have a lack of time for arts and sciences.  I did some consulting, as well as community involvement and service during that time, including for our public schools.  But it is difficult to quantify the value of supporting my kids and husband on a resume.  I am now looking for full-time work, but the social service industry does not pay very much, especially since I haven't had full-time employment in the last 19 years.

My opinion of Ed's verdict differs from that of the Jurists.  I was shocked, and apologize for having to leave the courtroom while the verdicts were being read.  I know you run a courtroom of decorum, so I tried to leave the room before I became sick and would be a spectacle.  The US Marshalls took good care of me.

I was relieved you allowed to Ed could come home that night so we could proceed with decorum and dignity, as you yourself do.   I would ask that Ed could stay home until sentencing and appeals are exhausted.  If he is home, he could possibly do some consulting work in the areas in which he has

expertise.  That would be our best chance of saving some income in order to help us survive financially and emotionally as a family.

We are not a wealthy family.  My daughter is in her first year at Temple University.  My son is a sophomore at Allen High School, our largest public school.  I would hope to be able to continue to help my kids with their current and future educational costs.  But at this point I'm just concerned to keep living in our modest, inner city home, and have food on the table.   Ed is not a flight risk, violent, apt to commit crimes, or even dishonest.  The community loves him, and so do we.  Please allow him to be home until the legal terms end with an undeniable finality.

Sincerely,

Lisa Pawlowski

Cc: Jack McMahon

*Character Letters Continue on the Next Page...*

March 6, 2018

Honorable Juan R. Sanchez

United States District Court

Eastern District of Pennsylvania

James A. Byrne

United States Courthouse

Room 11614

Philadelphia, Pennsylvania 19106-1797

## RE: ED PAWLOWSKI

Your honor,

My name Luis Vazquez and I was a business owner of a party supplies store. I have known the defendant, Ed Pawlowski for very long. I met him one day when he was not yet mayor, leaving a reunion in the city hall in Allentown, Pennsylvania. It was late and we were having a normal conversation and he asked me why I didn't apply for permission to have the handy cap parking license. That's when we became friends. Ed is devoted to his family and is an amazing person as well as an amazing friend. Also very dedicated to his duties as mayor. The way he took care of his family and friends shows the great man he is and also shows how he doesn't deserve what is happening to him right now.

Respectfully yours,

Luis Vasquez

*Character Letters Continue on the Next Page...*

Marc Telesha
117 N. 11th St
Allentown, PA 18102

March 8, 2018
The Honorable Juan R Sánchez
United States District Court
Eastern District of Pennsylvania
James A Byrne United States Courthouse
Room 11614
Philadelphia,  Pennsylvania 19106-1797

Dear Judge Sánchez.

Ed PAwlowski and his family have been our friends and during our darkest time our support. We have
know Ed for over ten years. Our son, Zachi Telesha, was diagnosed with terminal cancer at 7 years old
and we were without any family living locally. The Pawlowskis stepped in helped us to go through almost
5 years of cancer treatments and surgeries. Their son Alex became best friends with our son. Ed spoke at
my son's funeral and helped extend his legacy through city wide activities after his death.

Our families have shared life together  for years and I have seen Ed's constant hard work for the citizens
of this city. Ed will continue to work to help those around him and support the local churches charities.
Please allow Mr. Pawlowski the ability to continue to do his good works in the community. His time with
the city will be of benefit to society. So please keep Mr. Pawlowski on parole while he continues the legal
process.

Respectfully Yours,

Marc Telesha

*Character Letters Continue on the Next Page...*

Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania

Me place dirigirme a ud. señor Sanchez, pues
mi preocupación no me deja expresar lo emocionada
que me siento de saber que si se quiere,
se puede; y es ahí donde me gustaria
aplicaran la justicia y vean que mr.
Pawlowski es una persona con my bellos
sentimientos y con una muy bella familia

El es una persona muy dedicada a
la gente en Allentown, PA.

Tengo por entendido que las personas
como mayor Pawlowski aqui en los
Stados Unidos de América, se les oye y da
una oportunidad. y en caso de: darle
carcel domiciliar o como le llamen.

Me pregunto; ¿porque no se le da valor
a su palabra?

Mis gracias anticipadas, porque
creo y espero ud señor Sanchez va a
tener piedad y aliviaran la sentencia,
si es que no le dejan salir inocente.

Dios mediante te mucha fé en su libertad

Sinceramente
Margarita Cabrera

*Character Letters Continue on the Next Page...*

March 21st, 2018

Honorable Juan R. Sánchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse, Room 11614
Philadelphia, PA 19106-1797

Dear Honorable Sánchez:

Hello, my name is Maria.  I was born in Puerto Rico and I have been a citizen of Allentown, PA for well over thirty-seven (37) years.

I recall being about 5 or 6 years old and my mother opening the door to what was, to me, then, a palace.  I finally was able to have my own bedroom and not have to share with my two sisters.  Your honor, that palace, was a three-bedroom apartment in the projects formerly known as Hanover Acres. Roaches, mice, new friends, green grass, monkey bars…that was all part of my childhood…I embraced it all (minus the roaches and mice). Yes, I was so ecstatic and I had my $1.00 generic Barbies that my mother had bought me, I had a used boom-box that the cassette player did not work but I was content that I could listen to the FM radio and when I finally got a TV, yes, it was a used black and white TV and I was only able to watch 2 channels (one of them was the Mary Taylor Moore shows) for free, because Mom could not afford additional cable payments.  The late Mayor Joseph S. Daddona was the Mayor of the City of Allentown back in 1982.  I did not know much about him as I was too small to comprehend it all, however, there was sure something that stood out about him and how he exposed himself to the City.

Let's fast-forward a few years, particularly to 1996.  This was the first year that Mayor Ed Pawlowski became Allentown's 41st Mayor.  There was a shift in the City that was beginning to happen.  A positive shift, a realistic shift, a measurable shift.

I recall hearing about and seeing this man, Mayor Ed Pawlowski…on radios, on television, in community centers, in churches, in homeless shelters, in the projects, in the well-established communities…he was everywhere, not just somewhere…learning about the needs, the wants of the citizens, of the visitors and of the City; he had a vision and unlike most, he carried out his vision…he worked day in and day out to make, what was then, "a City in dire need of a transformation in may aspects" to "a City that now many Mayors of other Cities envy."

I opened this letter with my short story regarding my "palace".  I have so many fun memories of my childhood but knew there were better and bigger opportunities for myself, and for my family…I just wasn't sure how to go about it.

Mayor Pawlowski's passion for Allentown, for the government, for the citizens, he knew what had to get done…he was serious about his passion – improving Allentown.  Mayor Pawlowski

was part of the HOPE VI Grant Initiative to revitalize the Housing Projects.  In 2005 the Allentown Housing Authority (AHA) was awarded $20 million dollars to revitalize Hanover Acres and Riverview Terrace, also known as HART.

Yes, my palace was about to get destroyed, demolished, in part, because of Mayor Pawlowski…yet, because of him, I was able to live and to witness the "new and better palace" that was being built for my three (3) children, Jatniel, Anthony and Kiara.

I am blessed, proud and humbly thankful to be a homeowner in the former projects where I used to live.  My children have created and continue to create many fun memories, perhaps not with roaches and mice, but, each in their own ways.

I cannot image all the endless hours, days and nights that Mayor Pawlowski gave up… maybe missing an anniversary with his wife, maybe missing a sports practice for his children, maybe skipping dinner to attend a meeting, etc.  I am sure there were tears that were shed, that we will never know about…some of those tears may have been happy tears and others may have been sad tears.  He gave up so much of himself and yet poured so much into the great City of Allentown…he made it great and deserves much the credit.

My family and I were in awe and saddened when we saw in the news about Mayor Pawlowski being charged.  It's like the end of a great era.  This should not end this way.

I, Maria, a citizen of Allentown, PA, would like to propose to you, Honorable Sánchez, leniency in Mayor Pawlowki's sentencing.  I request that he can be free on bail while appeals are pending so that he can make up time with his wife and children and to continue to be a bright light within the City. He is a man with character, who has built this City along with his staff, and us, the citizens.  I am sure he knows we owe him nothing because he did all the great things that he did, expecting nothing in return; however, I believe, that if there is anything this man deserves for all that great he has done, is a pardon from the government for what he has been charged for.  Kindly consider this.

Many Allentownians would like to continue to see Mayor Pawlowski in action in the City.  Even if it's going to a local city dinner and seeing him there with his lovely family or going to a high school basketball game and seeing him there showing his support.  His continued presence in the City will be beneficial.

Thank you very much for your time and for considering leniency in sentencing and what would be the greatest, is a pardon.

Respectfully Yours,

Maria M. Martinez

*Character Letters Continue on the Next Page...*

The Rev. Canon Maria W. E. Tjeltveit
124 S. Madison St.
Allentown, PA 18102

March 8, 2018

The Honorable Juan R. Sánchez
United States District Court, Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, PA 19106-1791

Dear Judge Sánchez,

I am writing regarding Ed Pawlowski, who resigned today as Mayor of Allentown, a week after a jury convicted him in the federal pay-to-play trial. I encourage you to give him leniency in sentencing.

I am the rector of the Episcopal Church of the Mediator, in Allentown. I also serve on the Allentown Board of Ethics, an appointment made by Mayor Pawlowski and approved by City Council twice. I have known Ed Pawlowski for almost twenty years, first personally, as a good friend of his wife, and then professionally, as a priest in the city of Allentown. He has worked hard during that time to fight for people in the city, first as the director of Alliance for Building Communities, as the director of the Department of Community and Economic Development for the city, and then as Mayor. He has reached out to build partnerships with clergy and other leaders in the community. He has been a tireless advocate for the city and has made a huge difference. The City of Allentown is a much better place today than it was when he was first elected mayor, and much of that change is due to his vision and leadership.

Like many people, I followed the trial in the news, and am disturbed by the picture that was painted of Mr. Pawlowski's dealings, working through Mike Fleck and others. Having been found guilty of many of the charges, it is appropriate that he serve a sentence for that of which he has been convicted. However, I believe that his contributions to our community outweigh what he has been convicted of doing and I hope that you will take that into consideration when you decide his sentence.

I encourage you to temper justice with mercy as you sentence Mr. Pawlowski.

Sincerely,
The Rev. Canon Maria W. E. Tjeltveit

*Character Letters Continue on the Next Page...*

3/11/18


The Honorable Juan R. Sánchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, PA 19106-1797


Dear Sir:

I am writing on behalf of Mr. Ed Pawlowski.

Outside of my time at college, I have lived in the Lehigh Valley my entire life. I was raised near downtown Allentown, went to Allentown schools, and until recently owned a home in Allentown's West End. Allentown has a special place in my heart. I have seen the city go from a fun, culturally vibrant place to shop and explore in the 1970s and 1980s to a shell of itself by the late 1990s - an unfortunate actualization of Billy Joel's prophetic song. But I continued to love Allentown and hold on to hope that, with the right leadership and investment, Allentown could be a great city again. Allentown could be a place to enthusiastically call home.

Ed Pawlowski brought that hope to fruition.

Although I differ politically from Mr. Pawlowski in many areas, I was intrigued by him. Here was a man who had educated himself to understand what makes urban areas work. I loved the fact that he and his wife chose to raise their family in a challenging downtown neighborhood. He and Lisa chose to send their own children to the struggling schools that serviced the children of their neighbors. I thought, "Wow. This guy has skin in the game". Allentown's success was not just something for him to watch from the edge of the city. Allentown's success was crucial to the health and future welfare of his own family.

I remember hearing Ed speak at a neighborhood meeting at Allentown's JCC. He was discussing a proposal that would require voter support. It was not a large group of people, but he took the time to speak with us clearly and pragmatically about what he hoped to accomplish.

His presentation was free of the emotional, divisive or overblown "I feel your pain" words of so many politicians. He was sincere; we all cared about our city and here was a practical idea to help it get better.  I was glad I had voted for his election to Mayor of Allentown. I gladly voted to reelect him three more times.

I decided to grab dinner tonight at Queen City BBQ in the center city.  I confidently parked on the street a block away and walked up the Arts Walk to the restaurant. As I ate, groups of people came in and the tables began to fill up. Here I was enjoying a terrific meal, surrounded by smiling faces in a busy restaurant - in downtown Allentown. Walking back to my car in the beautiful twilight, I kept admiring the new buildings and community spaces that had sprung up from the once empty lots. I felt happy to be in my city.

Having been a juror on a criminal case, I appreciate the difficult task put to a jury and I will not disparage their decision. I understand the gravity of being part of a community and deciding the fate of a fellow human being. I'm sure it must be even more difficult when deciding the fate of a person of whom one juror told the Morning Call (3/4/18) that: it was "apparent and obvious" that he was "'a good guy' with a good family" who wasn't "trying to line his own pockets".

As Ed Pawlowski moves into the sentencing phase and appeals process, I'm asking you to consider leniency and to allow him to remain free on bail as his appeals are pending.  I'm asking you to do this on behalf of Ed, Lisa and their children.  Allentown has become a better place to call home, and I believe Allentown has become this better place through the work of the Pawlowski family.


Regards,

Mark K. Fatzinger
2847 Pecan Dr.
Whitehall, PA 18052

*Character Letters Continue on the Next Page...*

Tuesday, March 6, 2018

Honorable Juan R. Sanchez
US district Court Eastern District of Pennsylvania
James A Byrne
Room 11614
Philadelphia, PA 19106-1797

RE: Edwin Pawlowski

My name is Marleen Halsey, retired payroll accountant. I have known Ed for 30 years and know this man
is an honest and hard-working person. He is a man who believes in God and the good in man-kind. If you
need a job or a meal he will be there for you.

His conviction is devastating to him, his children and his Wife. Please be lenient in your sentencing.
Nothing will be gained by a long-term sentence. This man has a lot to give and will be a benefit to
society.

Thank You

*Marleen Halsey*

Marleen Halsey

*Character Letters Continue on the Next Page...*

Allentown, Marzo 08, 2018

The Honorable Juan R Sanchez
United State District Court
Eastern District of Pennsylvania
James A Byrne United States
Courthouse room 11614
Philadelphia, PA 19106-1797

Respetable Juez

Yo, Marly Rodriguez, 1030 S Race St, Allentown, PA 18103, respetuosamente me dirijo a Ud. Sr.
Honorable Juez, Juan R Sanchez ,para solicitar clemencia por el Alcalde Ed Pawlowski, lo conozco  desde
el año 2006 cuando se candidatizó para Alcalde por primera vez, y desde ese entonces lo he seguido
como simpatizante y apoyandolo en sus campañas por haber transformado a nuestra ciudad de
Allentown durante sus doce años como Alcalde. Yo vivi anteriormente en esta ciudad y se los logros
recuperar una ciudad en deficit, ha hecho del centro commercial una verdadera metropolis, muchas
companies estan regresando motivados por el progreso economic y social; gracias al Sr. Alcalde que
impulse ha la reconstruccció futurista que ha generado trabajo y nuevas instalaciones de vivienda para
sus ciudadanos.

Ha logrado bajar el indice de criminalidad gracias al apoyo a sus digno cuerpo de policies con camaras
personales y con camaras en las calles, siempre pensando en el servicio a su comunidad, el Sr.
Pawlowski siempre a disposición de sus ciudadanos sin importer su raza, color ni religion.

Tambien quisiera recalcar que no he conocido un Alcalde como el, que se preocupe de la comunidad
latina y no latina. Admiro su labor social que hace con la gente que recibe comida y el voluntariamente
entrega las donaciones en las Iglesias sin importar el tiempo, sea calor, frio, lluvia y nieve, el esta ahi
presto a servir a la comunidad.

El unico Alcalde que camina por su ciudad sin guardaespaldas y te Saluda, dandote la mano si te ve en la
calle, un hombre humilde, trabajador, respetuoso y dedicado a su familia y mas que nada entregado
totalmente a su ciudad, es por eso que nuestra ciudad esta en la categoria de una de las mejores para
vivir en los Estados Unidos.

Por todas estas razones pido clemencia para el y que se apiade en la sentencia que Ud. le imponga se lo
suplico de corazón.

Sinceramente

Marly Rodriguez

Marly Rodriguez

*Character Letters Continue on the Next Page...*

March 8, 2018

The Honorable Juan R. Sánchez
United State District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


RE: Ed Pawlowski

My name is Matthew Berry, former associate pastor of New Covenant Christian Community Church
in Bethlehem, PA. My wife and I moved our family to the Lehigh Valley over 7 years ago in
September of 2010 to serve on staff where Ed and his family attend and worship. We still attend
church with the Pawlowski's after coming off leadership 4 years ago.

In the more than 7 years that we have known the Pawlowski family we've know Ed to be a consistent
and loyal part of our church community. His daughter, Mercy, has baby sat our two young boys on
numerous occasions and his wife, Lisa, was a significant help to me while, as a staff pastor, I lead
and oversaw several local outreach endeavors. The Pawlowski's are part of the core of our church.

Through mutual friends and the media I have been made aware of Ed's legal situation over the last
couple of years. While he has not shared his problems with me directly I have had several
conversations with Lisa regarding how they as a family are dealing with all that is going on.

I know Ed to be a good and decent man. An extended prison time would only mean tremendous
hardship for both Ed and his family and leave Lisa personally having to carry a heavy financial
burden and pain attempting to pay for court costs and provide for the rest of the family. I also believe
his children will be greatly impacted by this sentence. Mercy is enrolled at Temple University as a
Freshman. Ed's youngest, Alex is in High school and attends church youth group with my oldest son.
Both Mercy and Alex have demonstrated great courage and strength while showing signs of obvious
stress and anxiety.

I ask that Ed is released on bail while the appeal is pending. This would not only allow time for he
and Lisa to sort through financial and other family matters but give both Mercy and Alex the attention
needed during this troubling time.

Thank you in advance for your help and support to Ed Pawlowski in this very important time.


Respectfully yours,

Matthew Berry

*Character Letters Continue on the Next Page...*

Dear Judge,

Ed has done more for Allentown, PA than the steel industry did. I grew up in Center Valley, a suburb of Allentown. When I was younger, the city of Allentown was an eye sore. My father worked for Mack Trucks, which was headquartered in Allentown and I visited him at work often as a kid. The building they had was nice, I think LVHN is there now, but everything around the building was dilapidated.

Fast forward to 2016-2018, we now have the PPL Center, a really nice main street, and people who finally care about supporting culture in our region.

I remember when I was starting a business in Allentown, I was able to sit with Ed in his office because he had a open door policy. I got to meet the Mayor. I was beyond honored to meet him. He was a guy who was planning on building arenas for art and music professionals like me. He didn't have to be nice to me, I was nobody. He told me how to properly set our business for success in Allentown and how to play by the rules.

The minority owned business we started in Allentown is STILL active and paying taxes to the City to this day! Now we have access to great restaurants, art galleries, event venues that we can bring our talent into for development and bookings. That's Ed's doing. I am a person who strongly believes that music and art are what drive commerce in society. Our Valley businesses now have the opportunity to advertise and align with events in a meaningful way. Ed's vision to know that's what would happen is amazing.

The fact that he would be removed as Mayor of Allentown is a lot for me. I no longer live in Allentown, am pursuing opportunities in Los Angeles, but I still want to open music and art venues in Allentown, taking what I'm learning here to create great new experiences for my Allentownians. Ed's leadership is what gave me the desire to try. Our rise in popularity as a company could not have been possible without Ed's inspiration.

I admit, I don't understand what Ed has done wrong. The way I understand it, the man made commerce happen and is creating jobs and beautifying the city. I personally, and my family who still lives in Allentown have not been affected by Ed's actions. We think he's a great guy and a person who truly loves Allentown.

Give him some discipline, but let him back in our office. He's the best man for the job.

Thanks,

Michael McNally
amackclassic@gmail.com

*Character Letters Continue on the Next Page...*

March 5, 2018

Honorable Juan R. Sánchez

United States District Judge

601 Market Street Philadelphia, PA 19106

RE: Ed Pawlowski

Dear Judge Sánchez,

My name is Mike Huang, and I am local business owner in Allentown. I first met Ed Pawlowski when I owned a restaurant. At first, Allentown was a high crime rate town. Ever since he was elected, the crime rate has lowered. Not only did he help to decrease the crime rate, but he also helped improved the Allentown schools and helped the small businesses of Allentown grow. He really developed Allentown, and without him, Allentown would not be a flourishing town. Ed is truly a great man, and he is always working hard for the well-being of the people of Allentown.

Thank you for your time.

Respectfully yours,

Mike Huang

thuang10873@gmail.com

*Character Letters Continue on the Next Page...*

March 5th, 2018

Honorable Juan R. Sanchez

United States District Court

Eastern District of Pennsylvania

James A. Byrne United States Courthouse

Room 11614

Philadelphia, PA 19106-1797

RE: Ed Pawlowski

Dear Judge Juan Sanchez,

My name is Nadine Ritter, I am a warehouse manager for Hospital Central Services in Emmaus Pennsylvania.

I have known Ed for several years now, I know him to be a hardworking family man, who is community minded, He works hard in his church family and extremely hard as the Mayor of Allentown Pennsylvania. Ed is so involved in everything in Allentown, He discriminates against NO ONE. Anything going on in Allentown he is there, and involved. I don't not foresee anyone able to fill his shoes.

Allentown will sorely miss him as Mayor, It is such a waste to lock up a good citizen like this who does over and beyond for the community. I believe that an extended prison term will serve as a hardship for his wife and children, also for the people of Allentown, Friends, church, extended family, and all who know and love him.

I beg you Judge Juan R. Sanchez, Please have leniency on him, I beg you for no jail time for this man. Even though Mr. Pawlowski would not be Mayor anymore, I know he will still be a major asset to our community.

Respectfully  Yours,

Nadine J Ritter

*Character Letters Continue on the Next Page...*

march 8, 2018
2112 Pa Ave., apt F2
Bethlehem, PA 18018

atty. Jack Mc Mahon
139 W. Croskey St.
Philadelphia, PA 19103

Re: Pawlowski Case
    foR; U.S Dist Judge Juan R. Sanchez

Dear Atty. Mc Mahon:

I have followed the trial of mayor Ed Pawlowski and
the nine pay to play schemes. I was sorry to learn
of the outcome that he was found guilty of 47 charges,
I have known Mr. Pawlowski since 1996 when he
came to Allentown. I am asking for leniency from
judge Sanchez. I do believe he is guilty of some
of the charges. However all of us make mistakes
some time during our lifetime. I believe he associated
with the wrong people such as mike Fleck who
was previously found guilty of conspiracy to commit
extortion and tax evasion. I am also questioning why
mike Fleck was not put on stand to consider the
part he played in the entire case. He is the person
who stands on the edge of criminal scandals and
schemes and the jury should have heard him
directly (not via tapes). He should be held
responsible for his part in this landmark case.

Atty. Mc Mahon                    Page 2

Mr. Pawlowski is guilty but I am asking
that he receive a lesser sentence. I think
he was misled. His character and integrity
is much higher and beyond the list of charges
against him.

Please consider giving him some leniency. Maybe
he deserves a small time in jail but perhaps
you might consider some house arrest or
community service as a part of the sentence.
Knowing Mr. Pawlowski prompts me to write
this sincere letter on his behalf.
Thank you for giving me the opportunity to
express my feelings in this important case and
I'm sure many other people join me in this
request.

Respectfully yours,

Nancy C. Long

c. to Judge Sanchez
Fed. Court House, Allentown

*Character Letters Continue on the Next Page...*

Allentown, Marzo 08, 2018

The Honorable Juan R Sanchez
United State District Court
Eastern District of Pennsylvania
James A Byrne United States
Courthouse room 11614
Philadelphia, PA 19106-1797

Respetable Juez

Yo, Nancy G Moreno, 505 N 7th St, Allentown, PA 18102, respetuosamente me dirijo a Ud. Sr. Honorable Juez, Juan R Sanchez ,para solicitar clemencia por nuestro Alcalde Ed Pawlowski, lo conozco desde el año 2006 cuando se candidatizó para Alcalde por primera vez, y desde ese entonces lo he seguido como simpatizante y apoyandolo en sus campañas por haber transformado a nuestra ciudad de Allentown durante sus doce años como Alcalde. Logró recuperar una ciudad en deficit, ha hecho del centro commercial una verdadera metropolis, muchas companies estan regresando motivados por el progreso economic y social; gracias al Sr. Alcalde que impulse ha la reconstrucció futurista que ha generado trabajo y nuevas instalaciones de vivienda para sus ciudadanos.

Ha logrado bajar el indice de criminalidad gracias al apoyo a sus digno cuerpo de policies con camaras personales y con camaras en las calles, siempre pensando en el servicio a su comunidad, el Sr. Pawlowski siempre a disposición de sus ciudadanos sin importer su raza, color ni religion.

Tambien quisiera recalcar que no he conocido un Alcalde como el, que se preocupe de la comunidad latina y no latina. Admiro su labor social que hace con la gente que recibe comida y el voluntariamente entrega las donaciones en las Iglesias sin importar el tiempo, sea calor, frio, lluvia y nieve, el esta ahi presto a servir a la comunidad.

El unico Alcalde que camina por su ciudad sin guardaespaldas y te Saluda, dandote la mano si te ve en la calle, un hombre humilde, trabajador, respetuoso y dedicado a su familia y mas que nada entregado totalmente a su ciudad, es por eso que nuestra ciudad esta en la categoria de una de las mejores para vivir en los Estados Unidos.

Por todas estas razones pido clemencia para el y que se apiade en la sentencia que Ud. le imponga se lo suplico de corazón.

Sinceramente

Nancy G Moreno
505 N 7TH St
Allentown, PA 18102
Tel: 484 550-2011

*Character Letters Continue on the Next Page...*

Neil Boyle
2010 Beacon Hill Drive
Holland PA, 18966

March 8, 2018

The Honorable Juan R. Sanchez
United States District Court of Eastern Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Dear Mr Sanchez:

l am writing to you to request leniencey in the sentence you will impose on Mayor Ed
Pawlowski. Allentown PA is my hometown and Mr Pawlowski has done wonders
bringing it back from the hard economic times prior to him taking office. Ed is a quality
man who's greatest joy in life is helping the less fortunate.  Please allow Ed to be free on
bail while his appeals are pending

Sincerely,

Neil Boyle

*Character Letters Continue on the Next Page...*

3/19/2018

The Honorable Juan R. Sanchez
United States District Court Eastern District of PA
James A. Byrne United States Courthouse
Room 11614
Philadelphia, PA 19106-1797

RE: Edwin Pawlowski

Dear Judge Sanchez:

I am writing as a community member and friend of the Pawlowski family. Our sons, Noah Nagy and Ed Pawlowski's son, Alex Pawlowski, met while in 3rd grade at McKinley Elementary, in center city Allentown. Both boys were smart and well-behaved, so got along well and became good friends. Over the years the Pawlowski family hosted Noah for gatherings at their house and had him sleep over. Alex stayed the night at our house, or came to our family events.

We have lived in Allentown for 38 years. We have seen amazing changes in this city. We remember that before he was mayor there were dollar stores and pawn shops downtown, and not much more. Since Ed Pawlowski became mayor, the city has become safter, cleaner, and we have buildings, restaurants and businesses here that we wouldn't have imagined before.

We would ask you to allow Ed Pawlowski to be home while awaiting sentencing and while on appeal. We believe he will be found innocent on appeal. For the sake of his wife and children, please allow him to try to find temporary work to help save for the unlikely event that he has to go to prison. If he can't work, he will fill his days volunteering in the community, and Allentown will be better with the Pawlowski family in tact.

Sincerely,

Nicole Campanine

*Character Letters Continue on the Next Page...*

Nicole E. Woolley

2011 W. Allen St.

Allentown, PA

18104

The Honorable Juan R. Sanchez

United States District Court Eastern District of Pennsylvania

James A. Byrne United States Courthouse

Room 11614

Philadelphia, PA 19106-1797


Dear Judge Sanchez,

I am a lifelong resident of the city of Allentown and a friend of the Pawlowski family.    I appeal to you for leniency in sentencing Mr. Edwin Pawlowski.    Over the past 12 years our city has been transformed from a place that I was ashamed to call my hometown, a place that I desperately wanted to leave, to a place that is filled with hope and growth and positive energy.    While I fully recognize and respect the jury's ruling in Mr. Pawlowski's case, I ask that you would fully consider his positive impact on Allentown even as you consider his errors.


Thank you for your wisdom and compassion in this matter.


Nicole Woolley

*Character Letters Continue on the Next Page...*

March 6, 2018

Honorable Juan R. Sanchez

United States District Court

Eastern District of Pennsylvania

James A. Byrne

United States Courthouse

Room 11614

Philadelphia, Pennsylvania 19106-1797

## RE: ED PAWLOWSKI

Your honor,

My name Norma Vazquez and I was a business owner of a party supplies store. I have known the defendant, Ed Pawlowski for very long. I met him one day when he was not yet mayor, leaving a reunion in the city hall in Allentown, Pennsylvania. It was late and we were having a normal conversation and he asked me why I didn't apply for permission to have the handy cap parking license. That's when we became friends. Ed is devoted to his family and is an amazing person as well as an amazing friend. Also very dedicated to his duties as mayor. The way he took care of his family and friends shows the great man he is and also shows how he doesn't deserve what is happening to him right now.

Respectfully yours,

Norma Vasquez

*Character Letters Continue on the Next Page...*



**Pastor Jean F. Masiko**
**8678 Lyon Valley Rd.**
**New Tripoli, PA 18066  USA**
**Home:  610-298-3365**
**Office:   610-298-8220**
**Email:  Masiko@aol.com**

March 30, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Re:  Mayor Ed Pawlowski

Dear Sir:

We are writing this letter in support of Mayor Ed Pawlowski.  Joel and I have been friends of his for many years and during the past two and one-half years, we have spent much time with him in prayer supporting him as he and his family have gone through many difficult and hurtful times with the indictment he was facing.  He is a man of integrity and respect who has admitted to making some wrong judgment calls over the past few years.

Mayor Ed is a hardworking person who is family focused and cares about the residents of the city of Allentown which could be seen by the fact that the residents believed in him and that he wants the best for them when they re-elected him to the position of mayor this past November.

Mayor Ed realizes that he has made some mistakes and expresses regret for his actions. We understand that he has flaws, like most of us do, and appreciate your consideration of leniency in sentencing him and allowing him to be free on bail while appeals are pending. We believe that extended prison time would be a great hardship for him, his wife and children and ask that you consider that in your decision.

We are available for personal conversation if you would like to contact us at the email address or phone numbers listed above.  We are grateful that you will consider our comments and support Mayor Ed going forward.

Respectfully yours,

Pastor Jean F. Masiko          Joel C. Masiko

*Character Letters Continue on the Next Page...*

March 1, 2018

The Honorable Juan R Sanchez
United States District Court
Eastern District Pennsylvania

I'm writing to share with you how I know the Pawlowski family and to ask for you to allow him to be out on bail during the appeal process. I've known this family a long time. I attended church with the entire family for nearly 10 years. I've taught his children during Sunday school and enjoyed worship while Ed played on the drums. He's a family man and his family has been a very visible part of his administration as Mayor. He serves the less fortunate in the community downtown at times and he's doing what he can to turn this city around. Please consider not only Mr Pawlowski while making your decision, but that he has a family and a community that voted him into office, even with the pending case. That's no small feat; considering.

Blessings,
Patricia A. Kercher
Allentown PA resident

*Character Letters Continue on the Next Page...*

March 5, 2018

The Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania

RE: Edwin Pawlowski

Honorable Judge Sanchez:

My name is Patricia Groblewski and I have known Ed and Lisa
Pawlowski and their children personally for over fifteen years.
They are part of our church family and with compassion and
great care they have loved and given to the church and its
people.  It has also been with love and care that our community
has been served.  I have been truly saddened by his conviction.
It is truly contrary to everything I know of this man.

Having experienced Ed's caring character and nature, I am
asking your honor for mercy to be extended regarding his
sentencing.  I am also asking for mercy that he would be free
on bail while appeals are pending.

Thank you so much for your consideration.

Sincerely,

Patricia Groblewski

*Character Letters Continue on the Next Page...*



MARCH 8, 2018

THE HONORABLE JUAN R. SÁNCHEZ
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA
JAMES A. BYRNE UNITED STATES COURTHOUSE
ROOM 11614
PHILADELPHIA, PENNSYLVANIA 19106-1797

RE: MAYOR EDWIN PAWLOWSKI

DEAR JUDGE SÁNCHEZ,

MY COMPANY JHF ENTERPRISES WORKS WITH ARCHITECTS NATIONWIDE AS WELL AS
WITH LOCAL CONTRACTORS. JHF BUILT FACETS OF ALLENTOWN'S DOWNTOWN ARENA. I
HAVE BEEN A RESIDENT OF ALLENTOWN SINCE 2003 WHEN MY WIFE AND I PURCHASED A
HOUSE IN ALLENTOWN'S WEST END. WE WERE HESITANT AT FIRST BECAUSE
ALLENTOWN'S DECLINE WAS STILL ONGOING: CRIME, CLOSED STORES, A CREDIT RATING
THAT INDICATED IT WAS A RUST BELT LOST CAUSE. WE TOOK A SHOT BECAUSE THE
HOUSE AND NEIGHBORHOOD WERE SO LOVELY AND WE HAVEN'T REGRETTED IT, IN GREAT
PART BECAUSE OUR MAYOR'S CITY MANAGEMENT SMARTS SAW A PATH OUT AND UP AND
ALLENTOWN IS FINALLY ON AN UPSWING THAT NOTHING CAN STOP. THE CITY IS DEEPLY
INDEBTED TO HIM.

WE WORKED FOR HIS RE-ELECTION ALL THREE RUNS, ALL OF THEM UPHILL FIGHTS
AGAINST DOUBTERS AND TROLLS AFRAID OF THE DEMOGRAPHIC CHANGES THAT ARE
ROILING THE ENTIRE U.S., ALL OF THEM, THAT IS, EXCEPT ED PAWLOWSKI, WHO OPENLY
EMBRACED THE CHANGES.

I HAVE SPOKEN TO MEMBERS OF HIS CHURCH WHO DESPITE HIS CURRENT SITUATION NONETHELESS SOLIDLY DEFINE HIM AS A GOOD MAN OF HUMBLE MORAL CHARACTER.

I AND MANY OF MY FELLOW RESIDENTS WANT TO SEE MAYOR PAWLOWSKI FINISH AT THE HELM OF WHAT HE STARTED. I AM ASKING ON OUR BEHALF THAT YOU CONSIDER A LENIENT SENTENCE.

THANKS FOR YOUR CONSIDERATION,

PAUL FUHRMAN
2435 WEST WALNUT STREET
ALLENTOWN, PA 18104

*Character Letters Continue on the Next Page...*

The Honorable Juan R. Sa´nchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


March 7, 2018


Dear Judge Sánchez,

I am writing this letter in support of Mayor Ed Pawlowski.

I work with HOPE Community Church in Allentown located at 314 North 12th
Street.  If you are familiar with Allentown, you know that the kids and
families in this area are very needy.  I know the Mayor because he is so
supportive of our outreaches to this neighborhood.  He has attended many of
our events where we feed the crowds that gather for our summer outreach and
for our neighborhood Christmas party. I have watched the Mayor take the time
to talk with the kids and their parents and genuinely care about Allentown
and its citizens. He has addressed the kids at our 8 week sessions and
encouraged them to look up and strive for strength of character and for
their futures.  I have never known a mayor to be so hands on and involved
with his city.  The fact that Mayor Pawlowski cared enough to come out
regularly and talk with and mix with the community we serve speaks volumes
about him.

I am shocked and disappointed at what has befallen Mayor Ed Pawlowski, and I
respectfully request, Judge Sánchez, that as you are evaluating the case
against Mayor Ed Pawlowski that you consider what he has been to the
community he was serving and that you be lenient in sentencing him and also
allow him to be free on bail while his appeal is pending.

Mayor Ed Pawlowski is the best Mayor I have ever met.  Please consider the
good he has done and the positive impact he has had on the Allentown
community and please treat him fairly.

Sincerely,

Paula Alessi

HOPE Community Church

314 North 12th Street

Allentown, PA 18102

*Character Letters Continue on the Next Page...*

Mr. & Mrs. Peter & Jane Duda                                    March 14, 2018
1321 E. Highland Street
Allentown, PA 18109-1521


The Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


Dear Sir:

     We write this letter on behalf of the former mayor of Allentown,
Mr. Ed Pawlowski. We know Mr. Pawlowski for several years. We had the
pleasure to meet him at the Allentown City Hall during the commemoration
of the Polish constitution day on May 3, 2007. We were attending this
event ever since.
     We also met Mr. Pawlowski a few times at the annual Polish harvest fest
(dozynki) in Schnecksville, which was organized every year in July or
August.
     Mr. Pawlowski also used to visit the annual senior fest at the Allentown
fairgrounds, where he met many citizens of Polish descent. Whenever we
met him he was always listening to the people, asked how they were doing
and always offered his help.
     During Mr. Pawlowski's tenure in office the city of Allentown became
beautiful and safe. New roads and bridges were constructed and sidewalks
were repaired. The neglected downtown was revived, new buildings were
constructed, new stores and restaurants were opened. Allentown residents
are not afraid to go downtown in the evening anymore.
     We have some friends from other states. When we took them to downtown
Allentown they could not believe how the city improved since Mr. Pawlowski
became mayor.
     Mr. Pawlowski is a good human being and has a wonderful family. He was
never aloof because of his position and was always friendly and polite.
     We would like to ask you very much for your leniency during the
sentencing session and allow Mr. Pawlowski to remain free on bail while
appeals are pending.

                                        Very truly yours,

                                        Peter Duda
                                          +
                                        Jane Duda

*Character Letters Continue on the Next Page...*

U.S. District Judge Juan R. Sanchez                                    3-9-18

IN RE: Ed Pawlowski

Your Honor,
I am a 38-year-old Muslim woman who was born in New Jersey with health nightmares
that was caused by Doctors carelessness when I was born that almost killed my mom &
me, a Universal Life Church minister, a book author, and the only woman in my family
who is a Criminal Justice student at the University of Scranton with a goal to be a
criminal defense lawyer.

I support Ed Pawlowski, because I met him on the campaign trail many times, and he is
an awesome person!

Sincerely,
Pinky
Ms. Pinky Stanseski
326 Haverly Street
Throop, PA 18512-1217
(570)489-1579

*Character Letters Continue on the Next Page...*

**Ed powlowski**

quinn allen <q.allen.enterprises@gmail.com>
Wed 3/7/2018, 5:15 PM
**To:**mcmahonlaw@hotmail.com <mcmahonlaw@hotmail.com>;

I met him at first Baptist church in Allentown during its 150th anniversary.

He has done a lot for Allentown and I still respect him.

I think he needs a lighter sentence and remain mayor so more good can be done.

If he is guilty, he has learned his lesson and will not do it again.

*Character Letters Continue on the Next Page...*

March 4, 2018


The Honorable Juan R. Sanchez
United States District Court of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, PA 19106-1797


Re: Ed Pawlowski


Your Honor,

My name is Radwan Jarrouj, and I am a friend of Allentown Mayor Ed Pawlowski. I have known Mr. Pawlowski for about 13 years, dating back to before his first run for mayor. I have spent considerable time getting to know him and believe that he is a kind and sincere man who was dedicated to improving the city of Allentown.

We have had many conversations concerning his enthusiastic vision for the betterment of Allentown. Downtown Allentown has gone from a blighted inner city to a vibrant, safe environment filled with thriving business. These changes have come about under the guidance and vision of this admirable man.

I believe Ed Pawlowski is a man of faith with a wonderful family, and I am proud to call him my friend.  Please consider leniency in his sentencing, for his sake and the undue hardship a lengthy prison term would cause his wife and family.

 Sincerely,

Radwan Jarrouj

*Character Letters Continue on the Next Page...*



**MCC**
METROPOLITAN
COMMUNITY CHURCH
OF THE LEHIGH VALLEY

1401 Greenview Drive | Bethlehem, PA  18018 | 610-866-8223
website: www.mcclv.org

*MCCLV's purpose: Worshiping and serving God
through acts of justice and compassion*

March 7, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

RE: Ed Pawlowski

My name is Rev. Beth Goudy and I have pastored Metropolitan Community
Church of the Lehigh Valley since 1999. This is a letter of support for Ed
Pawlowski.

I have known Ed Pawlowski for many years and he has been a long-time ally of
Metropolitan Community Church. When MCCLV moved to new space in 2008,
Pawlowski spoke at the building dedication service. Not many politicians or
elected officials were interested in participating in an MCCLV event at the time,
due to the majority of the congregation identifying as Lesbian, Gay, Bisexual or
Transgender. But Ed was there and provided a warm welcome.

Because of his support of the LGBT minority community, it did not surprise me
that Pawlowski was one of the few outspoken government leaders in the United
States to support Syrian refugees in 2015. In November of 2015, Ed spoke
forcefully and eloquently at the "Interfaith Service to Welcome Syrian Refugees"
hosted by the Lehigh Conference of Churches.

Ed Pawlowski has been present at countless Allentown events, meetings and
festivals, providing encouragement and helpful service to city residents. He was
accessible to the public in person and via social media.

The charges against Ed were serious and a jury of his peers found him guilty on
47 counts. The citizens of Allentown were harmed by Ed's illegal activities. In the

religious tradition to which both Pawlowski and I belong, repentance is an essential spiritual practice. It is my hope that Ed will commit to a repentance journey, seeking to repair and restore the damage of broken trust and misuse of power. Like every human being who has sinned (*all have sinned and fallen short of the glory of God* Romans 3:23), Ed continues to have the potential to do redeeming work in the world.

A lengthy sentence would be a hardship to Ed's wife, children and community. Properly applied, Pawlowski's leadership skills can benefit society. While his season as an elected official has come to a close, if he is given another chance with a different organization, Ed could very well be a better leader after this experience.

Thank you for your consideration.

Sincerely,

*Rev. Beth Goudy*

Rev. Beth Goudy
Pastor, MCCLV

*Character Letters Continue on the Next Page...*

Good Day.

Ill keep this short.

Mayor Pawlowski is the best thing to happen to Allentown.

He has helped the city to grow and have a sense of pride.

Do I agree with everything he stands for. No.

But he gets the job done and Allentown is better for it

Going after this Mayor is a sham when you consider everything else going on in PA politics.

Respectful Regards,

Richard H Myers
rickmyers1981@hotmail.com

*Character Letters Continue on the Next Page...*

Blue Heron Book Works, LLC, 2435 W. Walnut St., Allentown, PA 18104 bathshebamonk@hotmail.com



March 4, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

RE: Mayor Edwin Pawlowski

Dear Judge Sánchez,

My name is Roberta K. Carter and I am a writer and publisher living in Allentown, Pennsylvania. My novels, published by Farrar, Straus & Giroux in NYC , have been reviewed nationally. I have written for *The New York Times* as well as *The Los Angeles Times.* Locally, I have written for *Inside Allentown*, a promotional magazine published by the LV Chamber of Commerce as well as feature articles for the *Times News*, which has nine regional papers. I taught English at Moravian College and Lehigh Community College. ArtsQuest partnered with me to produce the first large-scale writing conference in the Lehigh Valley in 2012. My publishing company, Blue Heron Book Works, LLC, specializing in memoirs, is based in Allentown, Pennsylvania and since our founding in 2014 we have published 15 books. Our authors are from all over the world. Prior to returning to the Lehigh Valley (where I was born) in 2003, I managed the real estate (2.2 million sq feet) and conceptual planning for Blue Cross Blue Shield of Massachusetts in Boston and prior to that I served in the United States Army, honorable discharge. I have a master's degree.

I met Mayor Pawlowski when he was running for his second term of mayor. At that time, my husband and I invited him to our home to have a "house meeting" where he gave a Power Point presentation to us and our neighbors about the problems of the city and his proposed solutions to them. At that time the city was strangled with absurdly generous union pension payments (I come from a union family and am sympathetic to unions), that were negotiated by the previous mayor, Afflerbach. Mayor Pawlowski was so methodical and intelligent, I was very impressed (to this day I remember his presentation) and became a supporter. In all our subsequent dealings, I found him to be a sincere person who really had the welfare of the city at heart. No ego.

His solution to the pension problem we faced was to solicit bids to lease our water and water management. He was tireless in presenting his ideas all over the city, answering citizens questions and

soliciting input. During this whole process I found him to be...brave. Certain public opinion against it was so loud and relentless it was almost impossible to talk rationally to people about it. The city did get a superior bid and were able to solve the pension interest problem and the next day, a big investor published his plans for developing downtown Allentown, our credit rating improved, and Allentown was on the way back to solvency.

I understand that competency in a job is not character, but I think that Mayor Pawlowski's devotion to the city of Allentown speaks volumes about his character. He was present at every event in the city that was humanly possible and frankly, mostly events sponsored by average citizens—the very citizens his critics said downtown development was leaving behind. He was courageous in welcoming immigrants to our city when the national mood was against it, in fact instituting an immigration office in response where immigrants could get help determining their status. In general, he did not appear to be a person courting big money. He lives in a very modest home and when I checked the city website several years ago, I saw he was making a very modest salary I wholeheartedly supported his bid for statewide office, thinking he should take his obvious talents to help more municipalities turn around.

I am writing to you, Judge Sánchez, to ask that Mayor Pawlowski be allowed to remain free on bail and to beg you to consider a lenient sentence without jail time. I sincerely believe his obvious talents will be wasted in jail and that having learned the lessons to be gotten from this, he will go on to contribute to society at a very high level that will benefit all of us.

Thank you, Judge Sánchez, for your measured consideration of my plea in support of Mayor Pawlowski.

Respectfully yours,

Roberta K. Carter

*Character Letters Continue on the Next Page...*



**Serving With First Nations To Reach All Nations**

April 3, 2018

Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

RE: Edward Pawlowski

Dear Honorable Juan R. Sánchez

My name is Ron Hartwig.  I am the Executive Director of North America Indigenous Ministries.  We are a missionary agency that works among First Nations/Native American people in Western Canada, the Pacific northwest and New Mexico.  NAIM is a Christian organization that does a lot of youth work and approaches communities embracing all ages.  We try to address the felt needs and spiritual needs of the places where we are invited to serve.

I first met Ed Pawlowski when we were students at Moody Bible Institute in Chicago in 1985.  We lived on the same floor – actually, next door neighbors.  We became friends and participated in a lot of activities and ministry projects while we were students for a period of at least two years.

After I graduated in 1987, we stayed friends.  We have been friends ever since.  At first we kept in touch touch through letters and emails.  But for the past 7 or 8 years it has mostly been through Facebook and Messenger.

I've lived in British Columbia, Canada working here since 1990.  My family and I visited Ed and Lisa and their two children in Allentown back in 2008 – the six of us stayed in their home.

I have the deepest respect for Ed.  I have always respected his concern for less privileged people – especially youth and children.  I have found Ed to be an honest

person and so willing to give of himself to others and to those in his community.  Ed
always backed up his words with action.  He wouldn't only dream about making this
world a better place, he gave of himself and did all he could to make dreams reality.

My wife and I wish we lived closer so we could be more of a support to Ed, Lisa and
their children.  The Pawlowski family are role models, positive and giving people.

I am praying for you as you determine the nature of Ed's sentencing.  I pray for grace
and mercy.  I pray for God's blessing on you as you perform your duties as the judge.

I hope that you would allow Ed to be free on bail as he pursues the appeal process.

Thank you for your service.

Respectfully,

Ron Hartwig
Executive Director NAIM

*Character Letters Continue on the Next Page...*

Allentown, Marzo 08, 2018

The Honorable Juan R Sanchez
United State District Court
Eastern District of Pennsylvania
James A Byrne United States
Courthouse room 11614
Philadelphia, PA 19106-1797

Respetable Juez

Yo, Rosa Calderon, 21 N Madison St, Allentown, PA 18102, respetuosamente me dirijo a Ud. Sr.
Honorable Juez, Juan R Sanchez ,para solicitar clemencia por nuestro Alcalde Ed Pawlowski, lo conozco
desde el año 2006 cuando se candidatizó para Alcalde por primera vez, y desde ese entonces lo he
seguido como simpatizante y apoyandolo en sus campañas por haber transformado a nuestra ciudad de
Allentown durante sus doce años como Alcalde. Logró recuperar una ciudad en deficit, ha hecho del
centro comercial una verdadera metropolis, muchas companies estan regresando motivados por el
progreso economic y social; gracias al Sr. Alcalde que impulse ha la reconstrucció futurista que ha
generado trabajo y nuevas instalaciones de vivienda para sus ciudadanos.

Ha logrado bajar el indice de criminalidad gracias al apoyo a sus digno cuerpo de policies con camaras
personales y con camaras en las calles, siempre pensando en el servicio a su comunidad, el Sr.
Pawlowski siempre a disposición de sus ciudadanos sin importer su raza, color ni religion.

Tambien quisiera recalcar que no he conocido un Alcalde como el, que se preocupe de la comunidad
latina y no latina. Admiro su labor social que hace con la gente que recibe comida y el voluntariamente
entrega las donaciones en las Iglesias sin importar el tiempo, sea calor, frio, lluvia y nieve, el esta ahi
presto a servir a la comunidad.

El unico Alcalde que camina por su ciudad sin guardaespaldas y te Saluda, dandote la mano si te ve en la
calle, un hombre humilde, trabajador, respetuoso y dedicado a su familia y mas que nada entregado
totalmente a su ciudad, es por eso que nuestra ciudad esta en la categoria de una de las mejores para
vivir en los Estados Unidos.

Por todas estas razones pido clemencia para el y que se apiade en la sentencia que Ud. le imponga se lo
suplico de corazón.

Sinceramente

Rosa Calderon
21 N Madison St
Allentown, PA 18102

*Character Letters Continue on the Next Page...*

RE: Ed Pawlowski                                          March 8, 2018

The Honorable Juan R. Sanchez                    51 North Main Street 3 H
US District Court                                         Southington, CT 06489
Eastern District of Pennsylvania
James A. Byrne United States Courthouse          203-482-9275
Room 11614
Philadelphia, Pennsylvania

Most Honorable Juan Sanchez:

    For about a decade Allentown has been like a second home for me; my son, Marc
Telesha and his family  bought their home and settled on 11th street near the Ed
Pawlowski family.

    From the first day I met Mercy Pawlowski it became evident that she came from a solid
home situation. I am a licensed therapist/counselor in private practice in Southington, CT.

    When my grandson, Zachi Josiah Telesha was being treated for osteosarcoma, a
terminal childhood cancer, Alex Pawlowski did not shy away or take a back seat but rather gave
freely of himself to our precious Zachi becoming his best friend. A man's children speak loudly
of a father's character.

    As time moved on we became acquainted with Mercy and Alex's parents. We have on
occasion stayed overnight in their home when they were away. We have enjoyed many hours
around their hospitable kitchen table and playing games with the Telesha and Pawlowski
children in their always welcoming living room.

    Ed has impressed me with his deep caring for his constituents, for striving to do his job
just right, for his dedication of time and energy beyond what one would expect of their Mayor.
And a man I am honored to call a good friend who is  very principled in all his ways.

    In the midst of my current long, ongoing recovery from the big Whipple surgery which
cured my pancreatic cancer and my slowly returning more each week to my practice, I have
been unable to follow Ed's trial closely.

    I am asking you, Judge Sanchez, for leniency in sentencing Ed and most especially that
his family would be allowed to have their father and husband present in the home to continue
his most important job … that of being a great Dad.

    Thank you for taking time to read my lengthy letter about a wonderful man, Ed
Pawlowski.

    Respectfully yours,

    Roxane Telesha

*Character Letters Continue on the Next Page...*

march 5, 2018

The Honorable Juan R. Sánchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne ~~Und.~~ United States Courthouse
Room 11614  Philadelphia, Pa. 19106-1797

Ms. Salome Kingsley
703½ Chester Street
Allentown, Pa. 18103


Dear Honorable Juan R. Sánchez,

      I write to you in defense of Mayor Ed
Pawlowski and I hope you will read my letter in it's
entirety, and consider everything I say here in writing.
I grew up here in Allentown since 1974. I have seen the many
changes from it being a great place for family, great memories,
and Hamilton as the place to be on a busy Saturday. Hess's,
Leh's, Adams store and more! Slowly the stores closed and then
not so appealing stores moved into Hamilton Street and worse,
crime and drugs settled in and Hamilton became a ghost
town. Empty buildings and it became a slum city that
expanded to most of Allentown, Pa. When Ed Pawlowski
ran for Mayor and won, I saw how he started transforming
Allentown, bringing it back to life! He brought in the
movers and the shakers, Entrepreneurs, and business
began booming! He cleaned up Hamilton Street, transformed
it with the amazing PPL Center and filling it with businesses
that would generate money for Allentown, Pa. Allentown
Center City looks beautiful and more to come with the
project of the "Riverfront" and renovation of the
Neuweiler brewery. Mayor Ed Pawlowski is part

of all this happening! He also partisipated in major
City activities suchas the J. Birney Crum Stadium
for the 4th of July events and every year he was there
handing out red, white, and blue Lei, T-shirts, and even
played the drums before the Fireworks was to start.
He partisipated in celebrating New Year's Eve at
the Center of Hamilton Street with many of us! He shook
hands with all and I got to meet him face to face and him
and his wife treated me like a valuable resident of
Allentown! A down to earth heart kind of a mayor and that
spoke volumes of his moral character! I have seen
nothing but good come out of him! He has and still
puts his heart and soul in the betterment of Allentown
which benefitted all of us near and far, residents
and visitors! Ed Pawlowski is the best thing that's
happened to Allentown, Pa!

    I hope you Honorable Juan R. Sánchez can
see through all this and know in your heart that all
these charges against Ed Pawlowski is unfair.
Even the FBI did not name Ed Pawlowski in any
wrong doing in their investigation. I hope you can
find Ed Pawlowski innorcent of these charges and
restore his good name and allow him to continue to
be our Mayor, as I and many others have voted and
elected him again as our favorable choice in running
our city of Allentown, Pa. I thank you for your
time in this most important matter.

                    Sincerely,
                    Salome Kingsley

    resident ——> Salomé Kingsley

*Character Letters Continue on the Next Page...*

Hello Governor Sanchez my real name is Samuel Guadalupe Jr and I'm writing to on my own free will in honor of Mayor Pawlowski I wanted to give my personal recommendation of his character as a man who truly hepls his community here's a personal testimony I was living on 14th and walnut a few years ago and the building complex was being condemned because the landlord was not being up to code but also he was behind on the building taxes so code tried to work with my landlord and didn't honor the agreement so code then deemed it condemned there was an eviction for the whole building I had just lost my job because it was bought by another company and relocated without a relocation package so I didn't have any money saved up it was suddenly and it was nearing the end date so I went down to Mayor Pawlowski office personally he told me to speak to his secretary and she'll help me to get my time extended and they did that's just my own personal testimony but now your honorable Judge Sanchez sir let's look at everything else Mayor Pawlowski has done since he's been in office he has helped turned around Allentown for the better he has brought in businesses which made jobs as well as many other documented achievements also and most importantly to me is that Mayor Pawlowski wasn't even going to run again for office he was going to retire but then we had a conversation on Facebook messenger he give me some words of encouragement as I did for him and lastly your honorable Judge Sanchez sir I ask you to look at the support he has from his family, friends and community and with all of that I ask you sir can you please grant the request bail for Mayor Pawlowski so he be there with his family as he awaits his time for sentencing when you do make your judgment your honorable judge Sanchez please remember my letter as well as the letters from everyone else thank you sir for your time God Bless You

*Character Letters Continue on the Next Page...*

11 de Marzo 2018

The Honorable Juan R. Sanchez

United State District Court Eastern

District of Pennsylvania

James A. Byrne United States

Courthouse

Room 11614

Philadelphia, Pennsylvania

19106-1797


RE: Ed Pawlowski

Mi nombre es Santos Redondo, trabajo en Olympus Corp. of the Americas,  Breiningsville PA 18031. Conozco al Sr. Pawlowski por sus anos de arduo trabajo y dedicacion en Allentown. El es una persona que ha tenido un impacto positivo en la Comunidad Latina, por su trato amable y respetuoso, siempre accessible y dispuesto a escuchar los problemas que como alcalde le competen para resolverlos.

Se preocupo en orientarnos en temas de immigracion, pasaporte, buscando profesionales que hablaron en nuestro idoma. Siempre le estare agradecida por ese gesto. Para mi es el mejor alcalde que hemos tenido. La ciudad no sera la misma sin el. Nos perderiamos del exelente professional, de su capacidad de trabajo incansable, de futuros proyectos para esta ciudad que el ha demostrado es su pasion. Pero tambien su identificacion y respeto por las minorias.

En estos momentos dificiles expreso totalmente mi apoyo para ese gran ser humano y su familia.

Le pido humildemente Senor Juez que usted tenga indulgencia con el Senor Pawlowski, y que el pueda quedar en libertad bajo fianza, mientras esten pendientes las apelaciones.

Espero usted tenga clemencia, y le doy las gracias, esperando mi peticion pueda ser favorecida para el Senor Pawlowski.


Atentamente,

Santos Redondo

745 s. 8th Street

Allentown PA

18103

601-774-9842

*Character Letters Continue on the Next Page...*

March 5, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


RE: Mayor Ed Pawlowski

My name is Sharon E Smith, and I am a 35-year resident home owner of Allentown, Pa. I am a recently retired Vice President of several internet technology companies. (Ad-Juster, Tacoda, AOL-Time Warner, 247-Real Media) My home in the Old Allentown Historic District is two blocks from Mayor Pawlowski's residence. I consider his family to be a friend an neighbor.

I have been a supporter of Ed from his first term and continue to fully support him in the job he has done for the city. In the last 30+ years our city had been in a downward spiral with the loss of businesses, vacant homes and buildings, crime and other big city issues. No other mayor has done what Ed Pawlowski has done to greatly improve our neighborhoods.

The development in the center city area was forged by the vision and hard work of the mayor. He has always cared deeply about the welfare of the residents and the stability of Allentown.

I am saddened by the verdict and hope we can keep the momentum going forward with all the plans Mayor Pawlowski has put in motion.

I am asking for leniency in sentencing to allow Ed to be free on bail and be with his family while appeals are pending.

Sincerely,

Sharon E. Smith

229 ½ North 11th Street

Allentown, Pa 18102

*Character Letters Continue on the Next Page...*

March 4, 2018

The Honorable Juan R. Sanchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

Re: Mayor Ed Pawlowski

My name is Sharon Riu-Porter. I am a Realtor with Berkshire Hathaway Homes Services, Fox and Roach in Coopersburg, PA. I have been a Realtor for 14 years.  I am not a resident of Allentown but I have been following Mr. Ed Pawlowski for many years.  I have come to know him as a dedicated and compassionate man who loves the City of Allentown and its citizens. It all comes down to this…all of us in the Allentown area have benefitted from his dedication to making the City of Allentown better. Whether it's been his volunteering to help by being literally out on the streets of Allentown in all kinds of weather helping his fellow citizens or striving to build Allentown back to a city we can all be proud of. I grew up here in the Allentown area back in the 60's and 70's. In the 80's, the city went steadily downhill. Up till recently, it was not a city to be proud of. No one wanted to go shopping, dine or even just step foot in the town. Finally, the city is seeing a resurgence. It's become a destination. Allentown is on it's way to being great again. I feel through all of his countless hours of hard work and perseverance, Mr. Ed Pawlowski is a major reason why and how this has come about.

Because I feel that Mr. Pawlowski has always had his heart in the right place, I am asking for your leniency in sentencing and that you would allow him to be free on bail while appeals are pending.

Thank you for your help and understanding to Ed Pawlowski during this important time.

Respectfully yours,

Sharon Riu-Porter

*Character Letters Continue on the Next Page...*

March 5, 2018

Honorable Juan R. Sánchez

United States District Judge

601 Market Street Philadelphia, PA 19106

RE: Ed Pawlowski

Dear Judge Sánchez,

My name is Shirley Huang, and I am local business owner in Allentown. I first met Ed
Pawlowski when I owned a restaurant. At first, Allentown was a high crime rate town. Ever since
he was elected, the crime rate has lowered. Not only did he help to decrease the crime rate, but he
also helped improved the Allentown schools and helped the small businesses of Allentown grow.
He really developed Allentown, and without him, Allentown would not be a flourishing town. Ed
is truly a great man, and he is always working hard for the well-being of the people of Allentown.
Thanks to him, I feel much safer walking in the streets of Allentown.

Thank you for your time.

Respectfully yours,

Shirley Huang
thuang10873@gmail.com

*Character Letters Continue on the Next Page...*

To the Honorable Juan R. Sánchez,

I am writing to speak on behalf of the Pawlowski family. For the past eight months, I have had the pleasure of living with Mercy Pawlowski at Temple University where we are both students. Throughout my time knowing her and her family, they have been nothing but welcoming and kind to me. On more than one occasion the Pawlowski's  have sent letters and postcards in the mail wishing me well. During our fall break, I was invited to the Pawlowski's home and being there felt like being a part of their family.

The Pawlowski family is a kind one. Lessening the sentence of Ed Pawlowski would simply be giving this family what they deserve.

Thank you,

Sophia DeRise

*Character Letters Continue on the Next Page...*

Stacey Clifton

233 N 11th Street

Allentown, PA 18102


March 15, 2018


The Honorable Juan R Sanchez

United States District Court Eastern District of Pennsylvania

James A Bryne Unites States Courthouse

Room 11614

Philadelphia, PA 19106-1797


RE: Ed Pawlowski

Your Honorable Juan R Sanchez,

My name is Stacey Clifton, I am a lifetime residence of Allentown, PA.  I live down the block from former Mayor Pawlowski, I supported him in his run for the mayor during all his terms and have met him on several occasions.  I have found him to be a humble, genuine man, who wanted only what is best for the City of Allentown, and had made wonderful things happen.  Through my lifetime, I watched as our city deteriorate and can honestly say that Mayor Pawlowski really helped to turn the city around and make it a place I am glad to call home, I find myself disappointed that his time for running the city has come to an end, and pray that whoever steps in to take over can do as good if not a better job for the city.

I am writing to you today to ask you to show leniency in sentencing and that you allow him to remain free on bail while his appeal(s) are pending, so that he can seek employment and help support his family. I can remember him and his wife walking the kids to our local school when they were little and I was always so impressed that the mayor chose to send his child to the local school and not some private school as so many do, I could tell how close the family is and how they depend on each other and if there is anything you can do to keep them together during the next phase of this would be wonderful.   I cannot imagine how hard it is on all of them and the more time they can have together to prepare I am sure he and his family would truly appreciate.

I would like to thank you for your time and consideration in this matter.

Sincerely,

Stacey Clifton

*Character Letters Continue on the Next Page...*

March 15, 2018


The Honorable Juan R Sanchez
United States District Court Eastern District of Pennsylvania
James A Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


RE:  Ed Pawlowski


My name is Stephanie Eid and I am retired. I know Ed Pawlowski since he has been in office starting January 3, 2006. He has made it a
safer city and has done a lot to decrease crime. He has done much in the community. Hanover Acres is now a modern Overlook Park
Community and there is also the redevelopment of Cumberland Gardens. He created a handicapped-accessible playground at Cedar
Beach Park. I have seen him at many community activities. He has always had time to talk to the people about any concerns or questions
they may have. These are just a few things Ed Pawlowski has done for Allentown. He is hardworking for the people. I was proud to have
him as  our Mayor.



I believe Ed Pawlowski is a good man. I think he was doing his best for Allentown. He will be missed by many as the Mayor. I believe that
if he goes to prison it will not only be a hardship for his family but also the community.



Thank you for your time.



Respectfully,



Stephanie Eid

*Character Letters Continue on the Next Page...*

2651 E Beersville Rd,
Bath, PA 18014
March 15, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797


R.E. Ed Pawlowski

    I am writing you regarding my knowledge of the character of Ed Pawlowski, and also his family. I am Dr. Steven Frei, an emergency physician at Sacred Heart Hospital and Lehigh Valley Hospital. I know Ed personally through our membership at our community church, and our discussions of the situations in Allentown, and Sacred Heart Hospital.

    In my work as an emergency physician I often have to make quick judgments about the personality and character of various people, and I think I can usually be fairly accurate. In all my contacts with Ed I have found him to be thoughtful about helping Allentown, diligent, and a straightforward person, without a chip on his shoulder. He has been humble, and I have only heard him boast about the good things that have happened in Allentown with his help. Unlike many high officials, he has lived in downtown Allentown in a fairly modest home, and has tried to be part of the community, not just a leader of it.

    I have talked with Ed's wife Lisa on many occasions. One of these was when she was looking for new employment during these recent legal events, since this has decimated the family financially. Lisa has been supportive of her husband, hardworking, and just an upbeat reasonable person.

    I am appealing to you, in view of this, to consider leniency in your sentencing. Certainly, Ed is not a danger to anyone in the community. I don't know myself what considerations go into sentencing, but I know any prolonged incarceration would be a real hardship on his family, a family that has participated in the Allentown community, and I think has been a good example for all.

    I know Ed has already suffered a lot, with political and financial destruction. He certainly has regret about what happened, even if he maintains he wasn't directly responsible. I know there are things he would like to have done differently.

    I hope this can be helpful to you in your decisions.


Sincerely,

Steven Frei, MD

*Character Letters Continue on the Next Page...*

Steven Puff, CHMM
1404 North 39th Street
Allentown, PA  18104


March 13, 2018


The Honorable Juan R. Sanchez
United States District Court of Eastern District of Pennsylvania
James A Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania  19106-1797

Re: Ed Pawlowski


To the Honorable Juan R. Sanchez,

My name is Steven Puff, CHMM, I am a Regional Manager for a North Atlantic Environmental
Services company and living in Allentown, PA.  My family and I moved to Allentown in 1999
before Mr. Pawlowski became Mayor and have witnessed firsthand how his leadership made a
very positive impact upon our community.  Through his guidance our community has
undergone tremendous business growth, promoted diversity acceptance and gender and has
brought real economic success to our city for a secure future.

He always made himself available to join in our community celebrations such as our annual
Chanukah menorah lightings, involved with inner-faith community outreach services for
peace, and frequently spoke out for racial justice and gender equality.  Mr. Pawlowski sincerely
gave his best efforts toward promoting a greater quality of life for all his constituents.

Despite the wrong doings he has have been found guilty of it has been my experience that Mr.
Pawlowshi is a good man and well worthy of your leniency and mercy.


Very respectfully yours,

Steven Puff, CHMM

*Character Letters Continue on the Next Page...*

March 26, 2018

The Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne
United States Courthouse Room 11614
Philadelphia, Pennsylvania
19106-1797

Re: Ed Pawlowski

My name is Theresa Bobula, Teller Supervisor of Parkway Bank and Trust in Chicago, Illinois. I have known Ed Pawlowski for over 13 years. I live with his Brother in Law, David L. Halsey. I know Ed to be a hardworking, devoted family man and volunteering in many Allentown community events. Ed Pawlowski took his job as the Mayor of Allentown as if Allentown was his family.

I understand that Ed Pawlowski has been convicted on 47 felony counts. This has been so very difficult for his family and friends. Ed apologized to the Allentown residents and the city for having had to endure the long drawn-out saga and resigned as the Mayor of Allentown.

I first met Ed when he would come to the Chicago area to visit his mother and family. He would look forward to simply sitting around the kitchen table and enjoying the many updates of stories and successes of his family and friends while enjoying a nice cup of coffee. Ed has never been a drinker of alcohol. I remember spending many Thanksgivings with Ed and the family, I noticed how much Ed enjoyed the simple things like playing not your average board games but games that were played to learn more about each other and not just winning a game. I've seen him do polar plunges in the cold winter while bonding with his son Alex. I've also enjoyed listening to Ed and his daughter Mercy who is on a debate team talk about their difference in opinions while debating with each other. Ed would enjoy putting his talent and joy cooking over the holiday giving his wife Lisa a break from the kitchen. Ed treasures these special moments with the family.

I am asking for your leniency when sentencing Ed and put into consideration his family. Ed has always been the soul financial provider of the family. Mercy and Alex deserve the opportunities to attend college to prepare them for the challenges that life will bring them. Lisa who will be left with the financial burdens if Ed is sentenced to a prison term. I know given the chance Ed will continue to provide for his family in other fields of expertise while he continues to volunteer in the community where I know his time will be better served.

Thank you for taking the time to read this letter and learning more about the Ed Pawlowski I know.

Respectfully yours,

Theresa M. Bobula

*Character Letters Continue on the Next Page...*



Thomas L. Lightner*
  *Member of PA & NJ Bars
tlightner@lightnerlaw.com

www.lightnerlawoffice.com

Bethlehem Office
610-317-9300

Easton Office
610-559-8500

4652 Hamilton Boulevard
Allentown, PA 18103
(610) 530-9300     Fax (610) 530-9310

March 5, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

     RE: Mayor Edwin Pawlowski

Dear Judge Sanchez:

In response to the mayor's request for a letter on his behalf, I provide you with the following and ask that you consider what this man has done for this City that was previously in shambles.

I moved into the Lehigh Valley in 1996 after completion of law school. At that time, the City of Allentown was no place that I would have wanted to travel through, much less live there.

After the Mayor was elected, the City began to take on dramatic changes, all for the better. I can't but help to believe that it was the direct result of the Mayor's action and hope that what he has done for this City will be considered by your Honor at time of sentencing.

I understand that what he was convicted of by the jury of his peers was wrong and clearly against the law. He overstep the boundaries but I can't help but to comment that it seems to be the norm of the majority of politicians in this day and age. Again, that doesn't make it right, however, one must ask was it for personal gain or was it done in order to allow this man to continue to do the good deeds that he has done for the City?  I understand that the victims in this case were

Page 2
March 5, 2018

those "other contractors" that didn't get the job that they might have otherwise received, but for the Mayor's actions. However, they didn't have to put out the work either so, really how bad was these actions on part of the mayor.

I personally didn't ever get to know Mr. Pawlowski, but from what I have been told by those that did know him, he cared very much for his community and for his family. I understand that as an attorney, this letter might be used against me in my private life; however I believe enough in this man that I write because it's the least that I can do for him. Other than send him away to waste his talents in prison and take him away from his family, I ask your Honor to consider other ways to punish him and to send a message to others that might decide to do the same thing. His life has been ruined by the mere fact that he is now a felon. Please Judge, try to avenge punishment against him in a manner that will truly benefit society and not so much punish this man's family. I can certainly see a lifetime ban on preventing him from ever holding another governmental position, and a long term probationary period, but I really don't see any benefit of locking him up causing society to foot his bill and harm his family, clearly other victims in this case.

I trust in your Honor to make the best decision and knowing that you do have discretion, I pray that you can see to it to spare this man from going to jail, and most particularly during the time in which his appeals are pending.

Respectfully submitted,

Thomas L. Lightner, Esquire

*Character Letters Continue on the Next Page...*

March 21, 2018

The Honorable Juan R. Sanchez

United States District Court Eastern District of Pennsylvania

James A. Byrne United States Courthouse

Room 11614

Philadelphia, Pennsylvania 19106-1797

Re: Edward Pawlowski

My name is Tracey Miller and I am a School Nurse in the Allentown School District, in Allentown, Pennsylvania.  I have been acquainted with the Pawlowski family for several years as our children are friends when they were at William Allen High School.

I am writing a letter of support for Mr. Pawlowski. I know his sentence will be up to you.  I have only read news accounts of the trial, and only conversed with Mrs. Pawlowski after the verdict, because I thought the jury would find him not guilty, and was surprised when it did not. What I find odd about the case is that the prosecution did not call Mr. Fleck; even after it was known that he stole money from the Pawlowski's. I think this missing piece of the puzzle is large enough to grant Mr. Pawlowski leniency until his appeals are heard. And, I think that he should be able to support his family financially on bail until the appeal process is completed, as not doing so will be an undue burden on his wife.

Sincerely,

*Tracey Miller*

Tracey Miller

*Character Letters Continue on the Next Page...*

March 24, 2018

The Honorable Juan R. Sánchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106-1797

RE: Ed Pawlowski

My name is Travis P. Toth, a pastor of Church of Restoration in Allentown, PA and a Quality Manager for Asbury Graphite Mills, Inc., in Asbury, NJ.  My wife, Jill Toth, and I, served on the Board of Directors for the 10,000 Men In Unity Conference held at the PPL Center on September 19, 2015.

It was at an early 2014 planning meeting for the 10,000 Men In Unity Conference that I met Ed Pawlowski for the first time. He came to the church we were gathered, Iglesia Christiana Nuevo Renacer on 15th St. at Turner in Allentown, and spoke to our group to encourage us and show his support and the support of the city of Allentown. I was moved. He had joy in his heart just to be there. Originally we learned that he had an important meeting in another city which prevented him from coming to our meeting, but it was cancelled that very morning while he was on his way. He quickly redirected back to Allentown to make our meeting. Ed delivered a memorable story to us about the original history of Allentown, that is was originally to be named Jerusalem because you had to travel through Jerusalem to go from Emmaus to Nazareth. Ed explained to us the amazing religious history of Allentown and why it was so fitting that we were putting together a Christian men's conference here. He offered his full support and thanked us on behalf of the city of Allentown.

I occasionally got to spend time with Ed throughout the conference planning because we had prayer meetings with him. In fact, one of the most memorable prayer meetings was held right in Allentown Council Chambers.  Ed was proud to have us in City Hall praying for the city and its people whom he loved so much. In this day and age, to see a mayor take the risk of holding a prayer meeting in City Hall was quite amazing, and to me and my wife it demonstrated his love to the city and to his God.

After the conference and after the legal charges were brought against Ed, I had the opportunity to sit and talk with him during a special prayer meeting at Hope Community Church on 12th Street to which he was invited to pray with the pastors of Allentown. I saw a man broken and confused, and he was not so much concerned for himself as he was for his family. I read carefully all 47 of the corruption charges to which Ed was found guilty, and they seemed really bad in the newspaper, but it is without question that during that prayer meeting, Ed was convinced he did nothing wrong, and would be found innocent. It was the cost and stress of the legal battle that had him so concerned, and the stress of the attack against his honest and humble character. Ed said to us plainly during that meeting as he held back tears, "I know I did nothing wrong," and we all believed him. I also believe to this day that Ed believes he did nothing wrong, but only what he believed was fair, moral, and reasonable for a city mayor.

I can honestly say, knowing Ed and his faith in God and Jesus Christ, that he has a strong moral compass, and if he believed that he was breaking the law, he would not have done it. The relatively small amounts of campaign contributions the 47 counts charge him as receiving illegally to me validate this assessment. Since Ed is not by nature a greedy man, but a humble civil servant, I believe the contribution amounts add up to nothing worthy of taking such a risk. Had Ed believed he was doing anything illegal, there is no way in my opinion he would have put everything at risk, his family, his reputation, and all his great accomplishments, just to raise a couple thousand here and a couple thousand there for a state senate race. He could have easily said no and surely raised the same from his salary, net worth, or from normal campaign fund raising efforts.

Taking an "illegal bribe" for a couple thousand dollars, if knowing it was illegal, is just is not worth the risk for a man of good character and reputation, and I am convinced that Ed did not believe there was anything wrong with how he handled these city contracts and any subsequent contributions. I believe people who are found to do illegal things innocently or ignorantly should not be sent to jail, only people who willfully and knowingly break the law, show disrespect for law and justice, show no remorse for wrongdoing and are a threat to repeat the crimes, and are ultimately a risk to public safety. Jail is ultimately for people who are a danger to society and need to be removed from the public for the common good. I believe fines are for people who break the law but not willingly or innocently, or have caused no harm to anyone in the process for which monetary punishment and public reprimand is sufficient.

It is my plea that Ed be found not guilty of needing to go to prison. Ultimately it is my desire that Ed be found innocent of these corruption charges during the

appeals process, but if the court decision remains in a guilty verdict, than we accept that, and beg for mercy that Ed should not see any jail time.

I write this letter to you sir, on behalf of both my wife and I, asking for mercy and leniency on a good man of solid character. He sacrificed himself to rebuild Allentown. He transformed lives in Allentown by reducing overall crime and violent crime significantly and consistently throughout his 12 year career as mayor. I think of all the lives he saved in Allentown by reducing crime, and ask for mercy on a man who by all means saved the city of Allentown.

A corrupt man would not have rebuilt a city like Ed has. If any wrongdoing has come to Ed's mayoral office, I believe it was brought in by other men of greed and jealousy, and Ed's good character was corrupted by said bad company who took advantage of a man who displays honesty and innocence like a child. I ask for your kind consideration of Ed's total career service to Allentown and his personal straight and moral character when reviewing sentencing or appeals. I ask most of all that Ed be found to have already learned his lesson before the public, your court, and his God, and be excused from any jail time. It would be a sad thing to put this good man in prison after what he has done for the city of Allentown, and for what he has done for so many people who have come to know him as a friend.

Please keep Ed free on bail during the appeals process, and give him the benefit of the doubt when hearing his appeals. For the crimes he has been accused, and found guilty of by the court, I pray to God for his forgiveness from the people of Allentown and the court, and that he be found not guilty during the appeals process. If the appeals process does not change the convictions, I pray dear judge that Ed Pawlowski be found to have already served his time over these last few years of public disgrace and great legal battles.

Thank you for your precious time to read this letter, and may God bless you and your family abundantly no matter what happens, and thank you for your honorable service to the people as a judge.

With sincere thanks and warm regards,

Travis Toth

Jill Toth

*Character Letters Continue on the Next Page...*

March 3, 2018

United States Court for the Eastern District of Pennsylvania
The Honorable Judge Sanchez
Edward N. Cahn Courthouse
504 West Hamilton St
Allentown, PA 18101

## RE: PAWLOWSKI VERDICT-via regular mail

Dear Honorable Judge Sanchez,

My name is Tricia Mezzacappa. I am a PA State Constable and Registered Nurse. I have resided in the Lehigh Valley for 19 years. I am a lifelong Republican, and currently hold elected office on the Executive Committee of the Northampton County GOP. I have been following this case for 2 years. There is no way, any person, can say with any credibility to their name that Mayor Pawlowski is a criminal. He is not.

I have personally witnessed this Mayor transform the City of Allentown from a dilapidated, blighted ghetto into an urban super center of redevelopment, prosperity, growth and positive change. That takes hard work, devotion, selflessness and integrity. Simply because his team of people may have pulled strings to bring upwards of $50 billion in re-investment to this city, it is clearly obvious a decisive witch hunt was started and finished with the Mayor becoming a "slaughtered lamb."

Mayor Pawlowski has been unnecessarily smeared, defamed, slandered and framed by media outlets, and those who are overcome with envy of his tremendous success in the City of Allentown.

My overall opinion of this travesty of justice, is that a team of skilled prosecutors manufactured a false narrative of criminal conduct, found and prosecuted others without backbone, then flipped every single one of them to point all fingers at an innocent man. I pray that you take this into consideration at the time of sentencing, which should be probation and nothing more.

Regards,

Tricia Mezzacappa
817 Ridge Street
West Easton, PA 18042
tricia817@ptd.net
610-330-6943

*Character Letters Continue on the Next Page...*

Honorable Juan R. Sanchez
United States District court
Eastern District of pennsylvania

Me dirijo a ud, porque tiene muy enojada
el ver que la verdadera justicia no es
aplicada en el caso de mr. Pawlowski
Me he puesto analizar las tantas personas
con tantos gigantezcos crimenes, están
aun libres de cargos; y otras personas
inocentes y poco poderosas les cargan
crimenes que no han cometido, como les
cargos que se les aplican a Mayor
Pawlowski.

Por favor, por Dios, sea flexible con él
ya que él es una muy linda persona
y muy querida por los pobres de
Allentown, PA

No se como trabaja la justicia; pero
creo ud mi señor, puede exigir que
investiguen profundamente y así quizás
vean quienes son los verdadero culpables
de los cargos que se les dan a Mr. Pawlowski
Desde lo mas profundo de mi corazón; a lo
mas profundo de su corazón, le ruego tenga
piedad con Mr. Pawlowski

This is the greatest country in the World,
Let's no damage it any more   su cordial servidor
                                                wilfredo nunez

*Character Letters Continue on the Next Page...*

11 de Marzo 2018

The Honorable Juan R. Sanchez

United State District Court Eastern

District of Pennsylvania

James A. Byrne United States

Courthouse

Room 11614

Philadelphia, Pennsylvania

19106-1797


RE: Ed Pawlowski

Mi nombre es  Yancarlos Sanchez, soy musico, conoci  al Sr. Pawlowski en actividades que el participo, apoyando siempre las artes en sus diferentes ramas. Soy residente de Allentown, de origen hispano, pero estoy muy agradecido con el Sr. Pawlowski por el trato amable y respetuoso para mi comunidad sin importar raza o credo, a todos por igual.

En mi opinion Allentown es hoy lo que es, gracias a el,la transformacion que tenemos fue por su arduo trabajo y dedicacion. El va a ser siempre nuestra referencia.

En estos dias dificiles para el Sr. Palowski y su familia, le brindo mi apoyo a esta valiosa familia, que ha aportado tanto ha esta comunidad en diferentes vertientes.

Senor Juez, le pido con vehemencia que usted sea indulgente con el Sr. Pawlowski, y el pueda estar en libertad bajo fianza, mientras duren las apelaciones.

Le pido clemencia y le doy las gracias, esperando mi peticion pueda ser favorecida para ese gran ser humano que es el Sr. Palowski.


Atentamente,

Yancarlos Sanchez

745 s. 8th Street

Allentown PA

18103

610-774-9842, 347-766-2686

*Character Letters Continue on the Next Page...*

11 de Marzo 2018

The Honorable Juan R. Sanchez

United State District Court Eastern

District of Pennsylvania

James A. Byrne United States

Courthouse

Room 11614

Philadelphia, Pennsylvania

19106-1797


RE: Ed Pawlowski

Mi nombre es Yubelca Perez Pena, trabajo en el Depto. De O&D para la compania C&S en Bethlehem, PA conozco al Sr. Pawlowski por sus anos de arduo trabajo y dedicacion en Allentown. El es una persona que ha tenido un impacto positivo en la Comunidad Latina, por su trato amable y respetuoso, siempre accessible y dispuesto a escuchar los problemas que como alcalde le competen para resolverlos.

Se preocupo en orientarnos en temas de immigracion, pasaporte, buscando profesionales que hablaron en nuestro idoma. Siempre le estare agradecida por ese gesto. Para mi es el mejor alcalde que hemos tenido. La ciudad no sera la misma sin el. Nos perderiamos del exelente professional, de su capacidad de trabajo incansable, de futuros proyectos para esta ciudad que el ha demostrado es su pasion. Pero tambien su identificacion y respeto por las minorias.

En estos momentos dificiles expreso totalmente mi apoyo para ese gran ser humano y su familia.

Le pido humildemente Senor Juez que usted tenga indulgencia con el Senor Pawlowski, y que el pueda quedar en libertad bajo fianza, mientras esten pendientes las apelaciones.

Espero usted tenga clemencia, y le doy las gracias, esperando mi peticion pueda ser favorecida para el Senor Pawlowski.


Atentamente,

Yubelca Perez Pena

745 s. 8th Street

Allentown PA

18103

601-774-9842, 484-387-4301

*Character Letters Continue on the Next Page...*

August 20, 2018


The Honorable Juan R. Sanchez
United States District Court Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 11614
Philadelphia, Pennsylvania 19106 – 1797

RE: Ed Pawlowski


     My name is Alex Pawlowski, son of Ed Pawlowski. I'm 16.   My father has taught me many life lessons, he's showed me how to be a man, to be honest, to have good character, to be responsible, to own up to my mistakes, and to be a hard worker in everything I do. My dad is an honest man, he goes to church every Sunday, he volunteers for almost everything he can, he's a people's person.  He loves connecting with others and trying to put smiles on their faces. I remember when I was around five or six years old we would get bags of popsicles and pass them out to people at west park listening to the bands.  He did it just to make somebody else's day not for any kind of benefit. I love and respect my father for everything he has taught and done for me. I'm writing this letter to ask for leniency in sentencing and to let him be home during appeal, times are going to get tough once my father is gone and letting him go on bail would relieve stress for just a little bit longer.


     Sincerely,


     Alex Pawlowski

     43 N. 11th Street

     Allentown, PA 18101

*Character Letters Continue on the Next Page...*

Jack McMahon                                                     March Sunday 11,2018
139 North Croskey Street
Philadelphia, Pa. 19103
E-mail-mcmahonlaw@hotmail.com
Mayor: Ed Pawlowski

The Honorable Juan R. Sanchez
United States District
Court Eastern District of Pennsylvania
James A. Byrne
State courthouse
Room 11614 Philadelphia, Pennsylvania 19106-1797

Dear Judge,

I am writing to you to let you know of our support in favor of Mr. Ed Pawlowski, whose twelve uninterrupted years in the Mayor's Office and dedication to making our city a better place has earned him our affection, we have been able to witness his honesty and loyalty to the city of Allentown, Pennsylvania. He has displayed a professional capacity that earned him the vote of the people, which is confirmed by each ended term.

While reevaluating the condition in which our city was, we soon came to realize what a shame it was to see the eight-million-dollars deficit left by Mayor Ed Pawlowski's predecessor, and we have also seen how he overcame that deficit which has now given an extraordinary leap evidenced by the recent city beautification works.

One of the projects that has impacted our local economy is bringing back the Amtrack that had abandoned the city of Allentown for half a century, and we had the opportunity to see the New York Amtrack touching the rails of Pennsylvania once again. That was all thanks to the municipal management of the project which was able to be developed and completed, projects that must be completed the chosen mayors.

It remains as a matter of record that the city is seeing better times, economically, and we request for all the projects that were left in plans to not be ignored, that is, the project where four hundred and fifty apartment homes that was offered to the elderly, among others.

The changes, the prosperity, and the businesses bancked by the chamber of commerce decreased the crime rates, the calamity,the prostitution, drugs, etc. we have seen how how the city has installed about one hundred and seventy-five cameras, one in each corner, that have apared us front theft, killings, and many more accidents, all of which has just decreased.

I would like to thank you Mayor for his dedication, his honesty, and his sincere love that left our city so much more different that I could have ever thought in during your twelve years as Mayor he has turned the city as role model for other cities in our states. His work speaks of his honor, dedication and in accordance to our Christian faith we offer a prayer for him asking for God to intercede for him in the name of Jesus Christ. We thank him and appreciate all the improvements to our city, of Allentown. May God bless him for the rest of his life, Amen. Please allow him to stay home until all the legal options are finished. Thanks one more time Honorable Juan R. Sanchez.

Rev. Dr. Washington Plaza
Florida Divinity University United States of America
wplazaS17@gmail.com

Edwin Defena   (718) 496-4511   226 W Liberty St Allentown, PA 18102

Edwin Def~

- Winifer Ordonez   (484) 280-9712   Add: 930 S 7th St
                                           Allentown PA 18103

Winnie Ordonez

Rev: Washington Plaza 729 N. Lumber St Atown, PA 18102 484-809-825_

- Maria Marquez (484.347.3867)
                      215 N 7TH ST ALLENTOWN PA
  Maria Marquez              APT 2    18102

- Arianna Gonzalez (484) 862-8028   215 N 7TH ST ALLENTOWN
                                              PA 18102.

- Juan F Medina   (484) 553-5881   215 N 7th St 3FL
  Juan F Medina

- E____ (610) 570-5833   957 W WASHINTON_
  EDWIN PEREZ

- Andrea Medina   (484) 387-7002
                   545 Arrowhead Cn
                   Breinigsville PA 18051

- Hector Pinto   484-779-7970
                 705 Gottwall dr bethlehem
                              18015

- Jasmin Resto   484-510-6161   2695 Vine St Apt #2
  Jasmin Ro

Andrea Mendez
484 280 5666
3336 Brynwood de
Whitehall, PA 18052

Miguel Rodrigrio 484 538 1075 227 N Jone St.
Allentown PA 18109

Ciria Sosa.
484 - 707 - 6395
633 W. Gordon St
Allentown PA, 18102

Justino Camilo
484 286 9386
217 E Cumberland ST Allentown PA 18103
Justino Camilo Hernandez

Justiniano Camilo
484 - 649 - 0529
217 E cumberlant. St   Allentown PA 18103
Justimiano Camilo

Rosa Hernandez
610 - 674 5297.
217 E cumberlant st Allentown PA 18103
Rosa Hernandez

Felix Lajara   711 N 7st   Allentown P.A 18102
484 862 7487

Hernando Duran  610 - 674 2851   728 Saint Johns st
MR

Omar Abreu - 484 - 252 - 3925 -   · 906 - Jordan Dr
Allantown PA

LAS OR QUIDAS 426 N 7st Allentown PA 484 350 3679
FLORESCIENTO

LAS. ORQUIDEAS.

Elvia galicia

Olga Urtiz    413 N church·St.    484-619-4374.
Olga Uty      Allentown PA

George Rivera    505 W chew St    484-479-7366

·Carmen Lugo    1627 Allen St    484.661.5248
·· Carmen Hugo

Martin Garillo    780 Benton St    484 795 8841
Clofa Ganike

Jose Zavala    1411 W Orvilla Rd.    215·275-6895
                Hadfield PA 19440

Sherly Tores    2447 SW 30 st    484 719 0113
                Allentown PA 18103
                Apt 14

Jose vives      2447 SW 30th St    484522 0729
Jose Vives      Allentown PA 18103 Apt 14

Rodolfo De Anda    1703 S Albert st Apt 5    484-350
Rodolfo De Anda    Allentown PA 18103    ·9986,

Marta Gonzalez    196 Redwood DR    PA 18951 267 642 4715
Morta Gonzalez    Quakertown

Fernando J Navarete    196 Redwood DR    18951 /267-272-7372
                       Quakertown PA

- Kevin Martin Jr    427½ N. Hall St
  K. Mart Jr         Allentown, Pa 18102    484-721-733

- Martha Tirado    422 W. Gordon St.
                   Allentown, PA 18102    484-447-898

- Mara Rivas       324 N. 6St.
  Matus            apt. 17  Allentown PA. 18102   484-6664-8666

- Anna Clanchunudi   1606 west Allen St.
  484 619 4387.      Allentown PA 18102.

                              1986 Gatewood Lane
- David Otte                  Bethlehem PA 18018
  Dan                         484-773-8163

- CARLOS NARANJO   PHONE - 203-550-8982

                   15 CHERRY ST APT-A
                   HATFIELD PA 19440.

- Estela Perez Reyes.    15 Cherry St Apt A 203-550 8016.
  Reyes                  Hatfield PA 19440

  Ricardo Cotto SR  428 Chestnut St
                    484 226-5247

- Gretchen M Rosario
Gretchen M Rosario

928 Evans st 2F
Bethlehem, PA 18015
484-478-2065

- Juan Márquez.

2434 Montenn
484 632 4157

- Ambury Rosario
610 570 1332
391 w greenlAe

- Aleida Tasaico
aludentasni

484·862·8515
co 132N. 10st
AllentownpA18102

- Lucia Garcia

533 N New st        tel. 610-2976533
Allentown pA 1807

- Lizette Hernández
Lizette Hernodez.

850. N. Halstead st. B2
Allentown PA. 18109
484-350-8598

- Nancy Medina
Nancy Medina

815 N 12st
Allentown pA 18/02
484-538-3238.

- Hilda Gonzalez

610 972 0736

- Hilm. Vily

787-605-4597

Lee Davies

484 538 0965

ROBERT VELEZ   484.358.4251

Angela Gonzalez   610 428 8008
413 N. 7th St
Allentown PA 18102

Ivan Sanchez   610 442 8003.
410 N 7th ST.
Allentown PA 18102.

Aualio Plaza   484. 719 0915
729 N. Lumber St
Allentown   PA 18102

Camail King   3475 Limestone Drive
Whitehall, PA, 18052.

Jessica Lee Diaz   523 Dilghman St
Allentown PA 18102

Milagros Canales   530 W Allen
Allentown PA 18102

Paul H Darr   2037 Vine St. Apt
Allentown PA 18103

Sarwah Goeh   1335 S. Howard St Apt #2
Allentown PA 18103   484-838-4792

Mary Nuahn   2825 Rhonda Ln
Attutui, AH 08103
774 312 4420

Rose   Thomas
2829 W Livingston St
Allentown PA 18104
610 905-1435

*(signature)* 1612 N. BLV.D.

BETHLEHEM; PA; 18017

FONO: 610-848-8719.

Samy Atwan
EDiTOR iN CHiE
Samy Atwan @ yAHoo - com

201-726-2435

E

MTANOS SABA

(810) 657-3949

*(signature)* 610 703 2046
3858 State Rd
Coopersburg, PA 18036

Nancy G Moran   (484) 550-2011
505 N 7TH ST
Allentown, PA 18102

Zoila Carvajal   (484) 550-2011
505 N 7TH ST
Allentown PA 18102

*(signature)* (484) 838-853
242 Ridge Ave.
Allentown, PA. 18102

Pastor Joseph Karanja 267 347 3204 931 W. Hamilton Str.
Allentown PA 18101

Ashim Bhowmik 610-457-4205 5427 Pioneer Dr P 18062

Supriyo Dey - 732·822-8252 18 Creek Ct.
Easton PA 18040.

C-D. Pandya 610·442 4387 6190 Palomino Dr
Allentown PA 18106

Jessenia Dominguez 484 597 3333 1040 Allen St
Allentown PA 18102.

Angela Caraballo 484 860 8095
718 N 10th St
Allentown PA 18102

*Character Letters Continue on the Next Page...*

1523 W. Liberty St.                                      July 31st, 2018

Allen town, pA 18102


Honorable Juan R. Sanchez

United States District Court

Eastern Division of Pennsylvania

James A Byrne  U.S. District Courthouse

Room 11614

Philadelphia PA.   19106-1797


RE: Ed pawlowski

 My name is Kay Pickel and I reside in west end Allentown Pa. l am former president of Neighborhood 7 Crime Watch in the West end.

I have known Ed Pawlowski since he was in Economic Development for the City of Allentown and also. since then when he was mayor of the Cit y. He spoke at several of our neighborhood Crime Watch meetings. I also took  him and his city department heads on guided tours throughout the area on several occasions.. I also attended many City Council sessions where he was present.  On many other occasions I was able to interact wit h Mr. Pawlowski.

Ed Paqlowski has came to my aid several times when I needed help from city departments. He has never refused me help at any  time in past years. As a single parent on extremely low in-come, I have had to trust God for my everyday needs.   All of us have sinned and came short of the glory of God. We have all made mistakes in our lives. God sent His only son to take the rap for our sins.  As t h e Bible states in John 3:3 if we ask Christ to forgive us, we are given a sec-ond chance.

I am am respectfully asking you to be merciful in considering his sentence. What a hardship this will be on his family and two children who need their father at such a time in their youg lives.

Thank you.

Sincerely

Kay A. Pickel

*Character Letters Continue on the Next Page...*

August 21, 2018

The Honorable Juan R. Sánchez

United States District Court

Eastern District of Pennsylvania

James A. Byrne United States Courthouse

Room 11614

Philadelphia, Pennsylvania 19106-1797


Dear Judge Juan R. Sánchez,

My name is Kelsey Sheppard. I am a sophomore at Temple University and am writing to you on behalf of Ed Pawlowski. I have had the privilege of knowing the Pawlowskis for one year.  During this year I have seen Ed and his family display an immense amount of strength, courage, and character. I give my full support to the incredible Pawlowski family. I am asking that you would be lenient in your sentencing. Ed is not a threat. He is not a dangerous man. So I am asking that you would please allow Mr. Pawlowski to be free on bail while appeals are pending.


Sincerely,

Kelsey Sheppard

*Character Letters Continue on the Next Page...*

August 21, 2018

The Honorable Juan R. Sánchez

United States District Court Eastern District of Pennsylvania

James A. Byrne United States Courthouse

Room 11614

Philadelphia, Pennsylvania 19106-1797

RE: Edwin Pawlowski

My name is Mercy Pawlowski. A second-year student at Temple University and Mayor Ed Pawlowski's Daughter. Growing up I would watch the man that he was. I would stare at him in awe about how amazing he was. My dad has a mind where he could just look at a situation and see what actions needed to be taken in order to make something great. That's what makes him such an amazing mayor.

This Letter is hard for me to write because it's making me come to terms that I am about to lose my father for some of the most important events of my life. I'm planning on graduating college in a year. I've met an amazing man that I hope to marry sometime in the next 5 years. I plan to have children in 10 and to picture my father not being there for any of those events is crushing. Being a girl who has always dreamed of her wedding I would hate to not have my father be there to walk me down the aisle or have him not meet his grandkids.

 I would always get mad at my dad for always showing up late to my swim meets and never being able to congratulate me after my debate events and always wished him gone. However,

since he has been home more we have been able to get along and know each other on another level. I got to see the man who he truly is and not just as "my father the mayor." While Ed Pawlowski is one of the best mayors the City of Allentown has ever seen he is also a pretty great man.

Ed Pawlowski is a follower of Christ. A problem solver. A father. A mentor. A friend. A husband. The defendant is a person who cares about his family, God, and his city. Since resigning from the position of mayor, Ed Pawlowski has been out in the community every day serving the less fortunate. I ask you to please let my father say out of prison during the upcoming appeals process. Ed Pawlowski is not a harm to society, in fact, he is opposite.

Thank you in advance for all of your help and support to Ed Pawlowski in this most important time.

Respectfully yours,

Mercy Pawlowski

*Character Letters Continue on the Next Page...*

**MICHAEL J. LEAHY**
**282 ROOSEVELT WAY**
**WESTBURY, NY 11590**

**516-458-9222**                                    **metropolis807@gmail.com**

May 24, 2018

The Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania
Room11614
Philadelphia, PA 19106-1797

Re: Ed Pawlowski

Dear Judge Sanchez,

I have known Ed Pawlowski for over fifteen years. In 2003 I purchased a vacant  building on
Hamilton St. At that time Ed Pawlowski headed the Allentown Office of Economic
Development. Downtown Allentown consisted of boarded up stores
and populated by homeless people and drug dealers and their customers. I invested
$4 Million because I believed in Ed Pawlowski and the future of Allentown.

I received financial economic incentives which the City of Allentown was offering
at the time. Working through Pawlowski's office there was never a quid pro quo.
Our relationship was professional; much more so than in many municipalities where we invest.

Fifteen years later (now) I still own the building known as FARR LOFTS. During the
entire time I have known Ed Pawlowski and in all our dealings with me as property
owner and developer and he as mayor, he has never been anything other than
professional and honest with me.

I have voluntarily supported his various campaigns for mayor as well as his charitable golf
outing each year.

I am heartbroken that this good man now could face prison. This does not seem right.

Thank you

Michael J. Leahy

*Chart of Convicted Politicans*

**CONVICTED POLITICIANS**

| Name | Convicted of | Position | State/ Federal | Sentence |
|------|--------------|----------|----------------|----------|
| Rufus Seth Williams | On March 21, 2017, Williams was indicted on 23 counts of bribery, extortion, and fraud. | former district attorney of the city of Philadelphia | Federal | On June 29, 2017, Williams pleaded guilty to one count of bribery. On October 24, 2017 he was sentenced to five years |
| John Irving Whalley | 1973 Whalley was accused of taking staff salary kickbacks, but said the money was used for office purposes only. He later pleaded guilty to obstruction of justice. | He was elected as a Republican to the Eighty-sixth Congress. | Federal | Was fined $11,000 and served three (3) years probation. |
| Ronald Waters | On June 1, 2015, he pleaded guilty to a bribery charge and was forced to resign his seat | Politician and former member of the Pennsylvania House of Representatives | State | was sentenced on the spot by Judge Scott Evans to 23 months probation. |
| LeAnna M. Washington | On March 12, 2014, the Pennsylvania Attorney General's office announced felony charges of diversion of services and conflict of interest against Washington. | Elected to represent the 4th senatorial district in the Pennsylvania Senate in a special election held on May 17, 2005 | State | Washington agreed to leave office early, in exchange for being permitted to retain her retirement benefits. These benefits include lifetime health insurance and a state pension. She will serve three months house arrest. |

| Michael R. Veon | 2008, charged with 11 counts each of conflict of interest, theft by unlawful taking or disposition, theft of services, theft by deception, theft by failure to make required disposition of funds. 2009, Attorney General Corbett announced further charges of corruption, unrelated to the previous charges, were filed against Veon and associate Annamarie Perretta-Rosepink. The indictment includes 25 counts of theft, and one count each of conflict of interest and criminal conspiracy against Veon. | Pennsylvania State Representative | State | 2010, Veon was sentenced to six to fourteen years imprisonment by Common Pleas Judge Richard A. Lewis |
| --- | --- | --- | --- | --- |
| James Joseph ("Jimmy") Tayoun | Plead guilty to racketeering, mail-fraud, tax-evasion and obstruction-of-justice charges. | Member of Philadelphia City Council and of the Pennsylvania House of Representatives | | He spent 40 months in prison. |
| William L. "Bill" Slocum | Slocum pleaded guilty to filing false reports to the PA Depart. of Environmental Protection | Former Republican member of the Pennsylvania State Senate | Federal | spent a month in federal prison |

| | | | | |
|---|---|---|---|---|
| William G. Stinson | Federal District Judge Clarence C. Newcomer declared him the loser of that election after finding that Stinson had engaged in election fraud | member of the Pennsylvania State Senate | | Judge ordered Stinson's Republican opponent, Bruce S. Marks, be seated in his stead. |
| Gregory Andrew Skrepenak | plead as part of the ongoing pay to play corruption investigation being conducted in Luzerne County. | Former Luzerne County, Pennsylvania commissioner | Federal | sentenced to 24 months in federal prison

three years probation |
| R. Tracy Seyfert | Pleaded guilty to theft of federal property and conspiring to influence a witness on May 12, 2000. | former Republican member of the Pennsylvania House of Representatives | Federal | In the plea agreement, more serious charges that she attempted to have a witness change his testimony was dropped. Sentenced to five years in federal prison and assessed a $5,000 fine. Seyfert was released from federal prison on March 20, 2001. |
| Frank A. Serafini | convicted of federal perjury (lying at a grand jury) | former Republican member of the Pennsylvania House of Representatives. | Federal | The District Court sentenced Serafini to five months' imprisonment and five months' house arrest as a condition of supervised release. |
| Harry Jannotti | Absacm – accepting a bribe, extortion and conspiracy | member of the Philadelphia City Council | Federal | sentenced to six months in prison and fined $2,000. |

| James Paul Scoblick | 1953, Scoblick and two of his brothers were indicted in a check kiting scheme involving their fruit-processing business, Scoblick Bros. Inc. | member of the U.S. House of Representatives | Federal | The three were convicted on December 3, 1954 and Judge Albert L. Watson sentenced James Scoblick to five years in prison. |
| George X. Schwartz | Abscam<br><br>Indicted on charges of accepting a bribe, extortion and conspiracy | member of the Philadelphia City Council for two decades | Federal | Both Schwartz & Jannotti were initially convicted of the charges against them, but later had their convictions overturned by the District Court, which agreed with their assertion that they were entrapped. However, the Appellate Court later reversed the District Court's decision and reinstated the verdicts.[8] The case finally reached the Supreme Court in mid-1982, and in the first high court ruling on Abscam, the court concurred with the Appellate Court's findings and let the convictions stand.<br><br>Schwartz had been sentenced to 366 days and was also ordered to pay a $10,000 fine. |
| Max H. Homer | convicted of extortion under color of official right | member of the Pennsylvania House of Representatives. | | sentenced to six years. U.S. Supreme Court affirmed his conviction. The sentence was later reduced to four years. Mr. Homer served 17 months before being released |

| Mitchell Rubin | obstruction of justice | chair of the Pennsylvania Turnpike Commission. | | five years' probation, with the first six months under house arrest with electronic monitoring. Rubin must also perform 150 hours of community service and make a $150,000 payment to the state Senate, the full value of a Senate contract he received from 1999 to 2004. |
|---|---|---|---|---|
| Stephen Russell Reed | After leaving office, Reed faced charges on nearly 500 counts of theft, fraud and corruption. | "Mayor- for - life" Harrisburg (7, 4-year terms) | | He pled guilty to 20 charges and was sentenced to probation and a fine, but no jail time. |
| Ernest D. Preate, Jr. | charged with federal racketeering and corruption. In 1995, Preate went to jail after pleading guilty to mail fraud charges involving a $20,000.00 campaign contribution. | Republican Pennsylvania Attorney General. | | Served a year in Federal prison. |
| Paul Pozonsky | charged with stealing cocaine from evidence and numerous other offenses, in May 2013. | | | Pozonsky was sentenced to serve 30 days to 23.5 months in jail and 2 years probation. Pozonsky also forfeited his $98,000 annual pension and lifetime health benefits. |

| | | | | |
|---|---|---|---|---|
| John Michael Perzel | Perzel pleaded guilty on August 31, 2011 to eight criminal charges, including two counts of conflict of interest, two counts of theft, and four counts of conspiracy | Member of the Pennsylvania House of Representatives from the 172nd district | State | sentenced Perzel to 30 months in prison and to pay one million dollars restitution to the state. The penalty of one million dollars was later dropped on appeal. |
| Brett Feese | Computergate state government corruption scandal. | State Representative | State | 4 to 12 years in state prison, an additional 2 years of probation, a $25,000 fine, and $1 million in restitution |
| Stephen Stetler | one count of conflict of interest, four counts of theft, and one count of criminal conspiracy | Secretary of Revenue of Pennsylvania | | sentenced to 1 1/2 to five years in prison and served 16 months before being released on parole in 2014. |
| Bob Mellow | pleaded guilty to using Senate staffers for campaigns | State Senator and Democratic Minority Floor Leader of the Pennsylvania Senate | Federal | Sentenced to 16 months in federal prison on November 30, 2012 |
| Jane Orie | convicted in March 2012, of 14 counts of forgery, conflict of interest and theft of services, which included five felonies. | State Senator and Republican Majority Whip | | sentenced to two-and-a-half to ten years in prison |
| Joan Orie Melvin | 6 of 7 corruption charges including theft of services, criminal conspiracy, and misappropriation of state property. | Pennsylvania Supreme Court Justice | State | 3 years of house arrest followed by 2 years of probation |

| Jose Miranda | perjury, criminal conspiracy and conflict of interest. | State Representative | State | judge sentenced Miranda to five years probation |
| George Hatalowich | Pay to Play | chief operating officer (turpike commission) | State | 5 years of probation and 250 hours of community service |
| Joseph G. Brimmeier III | Pay to Play | former turnpike CEO | State | 5 years of probation and 250 hours of community service |
| Rob McCord | pleaded guilty to two counts of extortion | Treasurer of Pennsylvania | Federal | |
| Ronald Waters | pleaded guilty to nine counts of conflict of interest | State Representative | State | sentenced to 23 months on probation. He was ordered to pay $8,750 in restitution to the state - the amount in bribes he accepted - and $5,000 to the Philadelphia District Attorney's Office for the cost of prosecution. |
| Harold James | pleaded guilty to one count of conflict of interest. | State Representative | State | He was sentenced to 12 months' probation and ordered to pay $750 in restitution and $2,000 for the cost of prosecution. |

| Michelle Brownlee | plead guilty to a felony conflict of interest | State Representative | | Sentenced to 18 months probation and is forced to give up her state House seat as part of the plea deal. |
|---|---|---|---|---|
| Louise Bishop | failure to report $1,500 in cash gifts on annual financial disclosure forms. | State Representative | State Pennsylvania's State Ethics Commission | pay $6,000 in fines and costs for failure to report $1,500 in cash gifts on annual financial disclosure forms. |
| Kathleen Kane | felony perjury charge, and an array of misdemeanors that included official oppression, obstruction, and related conspiracy charges. | Attorney General of Pennsylvania | State | 10–23 months in prison |
| Leslie Acosta | federal misdemeanor charge of conspiring to commit money laundering in connection with an embezzlement scheme. | State Representative | Federal | |
| Marc Gergely | pleaded guilty to counts of conspiracy and accepting an illegal campaign contribution | State Representative | | 18 months of house arrest & three years of probation |
| Barbara Hafer | | 33rd Treasurer of Pennsylvania | | sentenced to 3 years of probation.  Pay a $50,000 fine. Perform 500 hours of community service as well. |

| | | | | |
|---|---|---|---|---|
| Maurice S. Osser | 1972, he was indicted for mail fraud and taking bribes that were said to total tens of thousands of dollars over the previous fourteen years | Politician from Philadelphia who served as City Commissioner. | | Osser served seventeen months of a six-year sentence. |
| Frank LaGrotta | pleaded guilty to two felony counts of conflict of interest for having ghost workers on his payroll. | Pennsylvania House of Representatives | | Sentenced to six months of house arrest, along with probation and fines<br><br>*He will continue to receive his full pension of $48,000 per year, since conflict of interest convictions do not fall under the Pennsylvania State Employees' Retirement System's list of 23 crimes that require pension forfeiture* |
| Rolf Larsen | two counts of criminal conspiracy | elected to the Pennsylvania Supreme Court in 1977 | | one year of probation for each count and removed him from office |
| Ray Lederer | Abscam<br><br>convicted of bribery | member of the United States House of Representatives | | Sentenced to three years in prison and fined $20,000 |
| Lewis "Scooter" Libby | one count of obstruction of justice, two counts of perjury, and one count of making false statements | Chief of Staff to the Vice President of the United States | Federal | President Bush commuted Libby's sentence of 30 months in federal prison, leaving the other parts of his sentence intact |

| F. Joseph "Joe" Loeper | pleaded guilty in federal court of falsifying tax-related documents to conceal more than $330,000 in income he received from a private consulting firm while serving in the Senate | Member of the Pennsylvania Senate | Federal | serving 6 months. |
|---|---|---|---|---|
| Joseph P. Kolter | conspiring to defraud taxpayers in the House Post Office scandal. | Member of the U.S. House of Representatives | Federal | sentenced to six months in prison |
| Jeffrey Earl Habay (1) | conflict of interest charge | member of the Pennsylvania House of Representatives | State | sentenced to 6 to 12 months of prison followed by four years of probation. |
| Jeffrey Earl Habay (2) | 21 crimes, including retaliation against witnesses, intimidation of witnesses, and solicitation to commit perjury, filing false police reports, retaliation, and harassment. | member of the Pennsylvania House of Representatives | State | sentenced Habay to four to eight months in jail, 14 months house arrest, followed by two years probation. charged $8,650.84 in restitution for the United States Postal investigators and $2,050 restitution to the state |
| Linda Bebko-Jones | forging nominating petitions and submitting the fraudulent forms to the Secretary of the Commonwealth | Member of the Pennsylvania House of Representatives | State | sentenced 12 months probation and fined $1,500. Pled guilty to the misdemeanor charges of forging and submitting false signatures, and criminal conspiracy. |

| Leland M. Beloff | Extortion charges. (1986) | Member of the Philadelphia City Council | Federal | sentenced to 10 years in prison for extorting money from a Center City developer along with Philadelphia Mob boss Nicodemo Scarfo |
|---|---|---|---|---|
| Henry B. Cassel | fraud related to the construction of the Pennsylvania State Capitol | Member of the U.S. House of Representatives | | |
| Chaka Fattah | convicted on 23 counts of racketeering, fraud, and other corruption charges | Member of the U.S. House of Representatives | Federal | sentenced to 10 years in prison |
| Brett Feese | 40 counts for his role in the Computergate scandal. | Member of the Pennsylvania House of Representatives | State | 4 to 12 years in state prison, an additional 2 years of probation, a $25,000.00 fine, and $1,000,000.00 in restitution |
| Vincent J. Fumo | found guilty of all 137 counts of corruption and was facing a minimum of ten years in prison | Member of the Pennsylvania Senate | Federal | Sentenced to 55 months in prison, substantially below the sentencing guidelines of 11 to 14 years

Upon a judicial review of his sentence, his prison term was increased by six months and the amount of his court-ordered restitution payment was increased by $1.1 million. |
| Daniel John Flood | Three counts of perjury on charges that he lied about payoffs | Member of the U.S. House of Representatives | | |

| Frank Gigliotti | federal extortion, mail fraud, and tax evasion charges | Member of the Pennsylvania House of Representatives | Federal | 46 months in federal prison |
|---|---|---|---|---|
| *Robert Menendez* | *Bribery and corruption charges* | *NJ – United States Senator* | *Federal* | *Federal Judge acquitted Senator Robert Menendez and his co-defendant of seven of the 18 corruption charges they faced* |
| Daniel Van Pelt | Operation Bid Rig<br><br>federal corruption charges for allegedly accepting a $10,000 bribe | NJ – New Jersey General Assembly | Federal | Sentenced to 41 months in prison |
| Wayne R. Bryant | corruption charges for his alleged involvement in funneling millions | New Jersey State Senate | Federal | four years in federal prison |
| Joseph Coniglio | 5 counts of mail fraud and 1 count of extortion in 2009 | New Jersey State Senate | Federal | *The mail fraud conviction was later thrown out of court* The extortion cost Coniglio 20 months of confinement in a federal prison for corruption. pay $15,000 in fines |
| Sharpe James | five counts of fraud | NJ – State Senator | Federal | sentenced to 27 months in prison |
| Bob Asher | Perjury, Racketeering, conspiracy, and bribery in connection with a state contract award. | Chairman of the Republican State Committee of PA | Federal | Resigned after conviction and served one year in federal prison. |

| Bill DeWeese | Theft, conspiracy, and conflict of interest for using state-paid staff for campaign work | Former state house majority leader | State (2012) | Served 22 ½ months in prison before being paroled. |
| --- | --- | --- | --- | --- |
| Robert Wodrow Archbald | The United States House of Representatives voted to send 13 Articles of impeachment against Archbald to the U.S. Senate for receiving gifts for favorable deals. | Federal Judge | Federal | convicted of five of the 13 articles, and was impeached. |
| Henry J. "Buddy" Cianfrani | Racketeering, bribery, and obstruction of justice, including paying "ghost employees" in his office | Pennsylvania Senator | Federal | Convicted and sentenced to 5 years in federal prison. He only served 28 months. |
| Herbert Fineman | Obstruction of justice relating to a grand jury investigation of alleged payoffs to politicians | Pennsylvania House Speaker | Federal | He spent 111/2 months in prison. |
| Matthew Cianciulli | Conspiring to encourage people to give false address in voter registration forms. | Pennsylvania House of Representatives | Federal | Convicted and sentenced to three years in federal prison. |
| Joshua Eilberg | Conflict of interest. | U.S. House of Representatives | Federal | Pleaded guilty, and was sentenced to five years of probation and a $10,000 fine. |

*Article on Cyber Security in Allentown*

# Allentown computer virus fix to cost extra $220,000



This picture taken on November 3, 2016 shows on a screen viruses list at the LHS (High Security Laboratory) of the INRIA (National Institute for Research in Computer Science and Automation) in Rennes. (DAMIEN MEYER/AFP/GETTY IMAGES)



By **Emily Opilo**
Of The Morning Call

JULY 31, 2018, 8:40 PM   |   ALLENTOWN

Costs continue to rise for Allentown as it grapples with a cyberattack that crippled some of the city's most vital systems earlier this year.

An extra $220,000 will be needed to pay for virus remediation, according to an ordinance to be considered by Allentown City Council on Wednesday. That comes on top of the nearly $1 million that the city has already spent to rebuild systems following the attack.

According to city documents, the additional money is needed to change Allentown's licensing model with Microsoft to "ensure a secure environment for the future." Allentown is in the final year of its licensing agreement with Microsoft.

Allentown was struck by a malware virus known as Emotet in mid-February, an attack that threatened all city systems that run on Microsoft, including the city's 185-camera surveillance network.

Representatives from Microsoft were immediately hired for an initial $185,000 emergency response fee to contain the virus, which was stealing credential information from city employees such as passwords. In April, a $961,140 bill was submitted to council, which included the initial $185,000 fee.

City officials said at the time there was no evidence to suggest any personal information of residents had been compromised.

Paying for the fix required Allentown to tap its cash reserves, which had already been reduced to balance the city's 2017 and 2018 budgets. Money was also drawn from other areas of the city budget such as the solid waste fund and the streets department, requiring the city to put off improvements to the recycling drop-off center and to postpone hiring employees.

City administrators had recommended spending the extra money on a line-item for cleanup and contingencies for city budget.

Allentown officials previously discussed the cyberattack publicly over vehement objections from the city's IT director. This time, City Council met in a private executive session to discuss the issue, according to its agenda for Wednesday. Mayor Ray O'Connell and Managing Director Joe McMahon were present, as were members of the IT staff and a consultant.

"Matters of cybersecurity are confidential under both the federal Homeland Security Laws and the Pennsylvania state Confidential Security Information Protection Law," council's agenda states. "This subject matter is not subject to the open meeting requirements under the Sunshine Law."

O'Connell could not immediately be reached for comment Tuesday.

Allentown City Council will meet Wednesday at 7 p.m. in City Council chambers, 435 Hamilton St.

*eopilo@mcall.com*

*Twitter @emilyopilo*

*610-820-6522*

Copyright © 2018, The Morning Call

**This article is related to:** Cyber Crime, Microsoft