IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-390-1 |
| | : | |
| EDWIN PAWLOWSKI | : | |

## **ORDER**

AND NOW, this 22nd day of October, 2018, upon consideration of Defendant Edwin Pawlowski's motion for judgment of acquittal, made orally at the conclusion of the Government's case and renewed following trial, the Government's opposition thereto, and Pawlowski's supplement to his motion, it is ORDERED the motion (Document 171) is GRANTED in part and DENIED in part as follows:

- The motion is GRANTED as to Counts 11, 12, 13, and 14 of the Indictment, and the Clerk of Court shall enter a Judgment of Acquittal in favor of Edwin Pawlowski as to those Counts.

- The motion is DENIED as to Counts 1, 4-6, 8, 10, 15-18, 20-22, 26-55.[1]

BY THE COURT:

/s/   Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Pursuant to Third Circuit Local Appellate Rule 3.1, this Order will be supplemented with a memorandum explaining the basis for the Court's ruling.