# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL DOCKET NO. 5:17-cr-00390 |
| | : |
| EDWIN PAWLOWSKI | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Edwin Pawlowski, in the above-entitled case hereby appeals to the United States Court of Appeals for the Third Circuit from judgment and sentence imposed October 23, 2018.

Respectfully submitted,

Date: October 25, 2018

/s/ Jack McMahon
Jack McMahon
Attorney for Edwin Pawlowski