IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 17-390** |
| **EDWIN PAWLOWSKI** | : | |

## O R D E R

AND NOW, this _____ day of November 2018, upon consideration of the within Motion, it is hereby ORDERED that Counts 29, 31-32 and 38-39 of Indictment No. 17-390 be dismissed.

BY THE COURT:

_____
HONORABLE JUAN R. SANCHEZ
Chief Judge, United States District Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 17-390** |
| **EDWIN PAWLOWSKI** | : | |

### MOTION TO DISMISS COUNTS OF INDICTMENT

The United States of America respectfully moves the Court for leave to dismiss Counts 29, 31-32 and 38-39 of Indictment No. 17-390 in the above-entitled case as to this defendant and in support of this motion avers as follows:

1. The Grand Jury for the Eastern District of Pennsylvania returned an indictment against the defendant in the above-entitled matter on Criminal No. 17-390.

2. Because no evidence was presented at trial of interstate communications in the above counts the government moves that they be dismissed.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

s/Anthony J. Wzorek
ANTHONY J. WZOREK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the government's motion and proposed order to dismiss counts of indictment has been sent by electronic mail to :

>Jack McMahon, Esq.
>139 North Croskey Street
>Philadelphia, PA 19103

>s/Anthony J. Wzorek
>ANTHONY J. WZOREK
>Assistant United States Attorney

Date: 11/05/18