## pawlowski

### Jack McMahon <mcmahonlaw@hotmail.com>
Wed 5/13/2020 4:20 PM

**To:** Nancy DeLisle <Nancy_DeLisle@paed.uscourts.gov>
**Cc:** anthony.wzorek_usdoj.gov <Anthony.wzorek@usdoj.gov>; michelle.morgan2_usdoj.gov <Michelle.morgan2@usdoj.gov>

The 74 page order/ruling by US District Judge Michael Shea was filed yesterday afternoon

Martinez-Brooks v. D.Easter and M.Caraval No. 3:20-cv-00569 in federal district court Connecticut