June 25, 2020

Honorable Judge Juan R. Sanchez
Federal Court House
501 Market Street, Room 2609
Philadelphia, PA 19106

### Motion for Evidentiary Hearing: Case #18-3390, Dist Ct. #5-17-cr-0390-001

Dear Judge Sanchez:

On March 1, 2020 I submitted a pro se motion requesting an evidentiary hearing contingent upon newly discovered exculpatory Brady type material to determine the extent of the discovery violation and the likelihood of a new trial as a result of the discovery pursuant to Fed. R. Cr. P. 33.

I also submitted an affidavit for the government pursuant to 18 U.S.C. 3504 affirming or denying the occurrence of prosecutorial unlawful acts in relation to the new evidence in question. All was accompanied by a memorandum of points and authorities in regards to this request and submitted for your review.

According to PACER you have received this request and it was logged into the docket. It has been over 90 days since the motion was sent to the court and I am respectfully requesting a status update and evidentiary hearing date be set to discuss the issue of the Brady material.

Thank you for reviewing this motion. I hope to hear from you soon regarding this request.

Sincerely,

Edwin Pawlowski, pro se
Reg. No. 76166-066
FCI Danbury
33 1/2 Pembroke Road
Danbury, CT 06811-3099

◇76166-066◇
Federal Correctional Inst
Ed Pawlowski 76166-066
33 1/2 Pembroke RD
Danbury, CT 06811-3099
United States

WESTCHESTER NY 105

29 JUN 2020 PM 1 L



FOREVER / USA

Judge Juan R. Sanchez
Federal Court House
501 Market Street. Rm. 2609
Philadelphia, PA 19106

U.S.M.S.
X-RAY

19106-151301

FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE ROAD, DANBURY CT, 06811
DATE 6/22/2020
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU
THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN
THE ENCLOSURES TO THE ABOVE ADDRESS.