IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-390-1 |
| | : | |
| EDWIN PAWLOWSKI | : | |
| | : | |

**ORDER**

AND NOW, this 5th day of January, 2023, upon consideration of Defendant Edwin Pawlowski's Motion for an Evidentiary Hearing (ECF No. 289), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.