IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-390-1 |
| | : | |
| EDWIN PAWLOWSKI | : | |

## **ORDER**

AND NOW, this 16th day of April 2026, upon consideration of the Defendant Edwin Pawloski's Motion to Amend and Supplement Previously Filed Writ of Habeas Corpus (28 U.S.C. § 2255) (Dkt. No. 381), it is ORDERED the Motion is GRANTED. Defendant Pawlowski may amend his 28 U.S.C. § 2255 motion.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.